| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)*   Chapter   **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Chariots of Palm Beach, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **65-0440210** |
| 4. | Debtor's address | **Principal place of business**<br><br>**2400 N. Florida Mango Road**<br>**West Palm Beach, FL 33409**<br>Number, Street, City, State & ZIP Code<br><br>**Palm Beach**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.chariotsofpb.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor  **Chariots of Palm Beach, Inc.**                                                          Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                                           Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  **Chariots of Palm Beach, Inc.**　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Chariots of Palm Beach, Inc.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 27, 2017**
MM / DD / YYYY

X **/s/ Charles Sharoubim**          **Charles Sharoubim**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Steven S. Newburgh**          Date **July 27, 2017**
Signature of attorney for debtor          MM / DD / YYYY

**Steven S. Newburgh**
Printed name

**McLaughlin & Stern, LLP**
Firm name

**525 Okeechobee Boulevard**
**Suite 1700**
**West Palm Beach, FL 33401**
Number, Street, City, State & ZIP Code

Contact phone **561-659-4020**    Email address **snewburgh@mclaughlinstern.com**

**348619**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Chariots of Palm Beach, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alan and Susan Gilison** 1233 Breakers West Blvd Sands Point, NY 11050 | | **Trade debt** | | | | $756,000.00 |
| **Alexander P. & Winifred Aranyos** 3552 Jonathan's Harbour Drive FL 33447 | | **Trade debt** | | | | $100,000.00 |
| **American Express** PO Box 650448 Dallas, TX 75265-0448 | | **Credit Card Addtional Account No.: 96006** | | | | $5,000.00 |
| **Anchor Commercial Bank - Loan Ops** 11025 RCA Center Drive Suite 101 Palm Beach Gardens, FL 33410 | | **Bank Loan** | | | | $9,488.05 |
| **Anchor Commercial Bank - Loan Ops** 11025 RCA Center Drive Suite 101 Palm Beach Gardens, FL 33410 | | **Bank Loan** | | | | $5,877.39 |
| **AT&T** PO Box 105262 Atlanta, GA 30348-5262 | | **Utility Bill** | | | | $807.12 |
| **Carfax, Inc.** 16630 Collection Center Drive Chicago, IL 60693 | | **Trade Debt** | | | | $1,609.00 |

| Debtor | **Chariots of Palm Beach, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chase Cardmember Service**<br>**PO Box 1423**<br>**Charlotte, NC 28201-1423** | | **Credit Card** | | | | $4,000.00 |
| **Chase Cardmember Service**<br>**PO Box 1423**<br>**Charlotte, NC 28201-1423** | | **Credit Card** | | | | $4,000.00 |
| **Flagler Bank - Loan Dept**<br>**555 Northlake Boulevard**<br>**Suite 200**<br>**North Palm Beach, FL 33408** | | **Bank Loan** | | | | $14,821.50 |
| **Florida Power & Light**<br>**General Mail Facility**<br>**Miami, FL 33188-0001** | | **Utility Bill** | | | | $894.61 |
| **J&S Marketing & Advertising**<br>**7711 Military Trail North**<br>**Suite 1000**<br>**Palm Beach Gardens, FL 33410** | | **Trade Debt** | | | | $1,250.00 |
| **Mackail & Sterling, CPA's & Associates**<br>**636 U.S. Highway One**<br>**Suite 118**<br>**North Palm Beach, FL 33408** | | **Trade Debt** | | | | $1,150.00 |
| **Robert Berens**<br>**21 Hoffstot Lane**<br>**Sands Point, NY 11050** | | **Trade debt** | | | | $284,833.33 |
| **Sanford Berens**<br>**5 Benedictine Retreat**<br>**Savannah, GA 31411** | | **Trade debt** | | | | $69,333.33 |
| **Susan Gilison**<br>**1233 Breakers West Blvd**<br>**Sands Point, NY 11050** | | **Trade debt** | | | | $564,833.33 |

Debtor **Chariots of Palm Beach, Inc.**           Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Healthcare Insurance Company Dept. CH 10151 Palatine, IL 60055-0151** | | **Trade Debt** | | | | $3,343.25 |
| **Windstream Communications PO Box 9001950 Louisville, KY 40290-1950** | | **Utility Bill** | | | | $1,076.90 |
| **WPEC-TV c/o WTTO/WABM TV 651 Beacon Parkway Suite 105 Birmingham, AL 35209** | | **Trade Debt** | | | | $3,400.00 |
| **WPTV PO Box 116871 Atlanta, GA 30368-6871** | | **Trade Debt** | | | | $13,500.00 |

.

Alan and Susan Gilison
1233 Breakers West Blvd
Sands Point, NY 11050


Alexander P. & Winifred Aranyos
3552 Jonathan's Harbour Drive
FL 33447


American Express
PO Box 650448
Dallas, TX 75265-0448


Anchor Commercial Bank
11025 RCA Center Drive
Suite 101
Palm Beach Gardens, FL 33410


Anchor Commercial Bank - Loan Ops
11025 RCA Center Drive
Suite 101
Palm Beach Gardens, FL 33410


Ardex of South Florida
1801 N. Powerline Road
Pompano Beach, FL 33069


AT&T
PO Box 105262
Atlanta, GA 30348-5262


Autotrader Specialty
PO Box 934624
Atlanta, GA 31193-4624


Carfax, Inc.
16630 Collection Center Drive
Chicago, IL 60693


Carsforsale.Com, Inc.
PO Box 91537
Sioux Falls, SD 57109


Carswell Landscape
PO Box 14153
North Palm Beach, FL 33408

```
Chase Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423


City of Palm Beach
PO Box 30000
Tampa, FL 33630-3000


City of West Palm Beach Fire Rescue
PO Box 3366
West Palm Beach, FL 33402


Comcast
PO Box 105184
Atlanta, GA 30348-5184


Corelogic Credco, LLC
PO Box 847070
Dallas, TX 75284-7070


Dealer Services Corporation
11555 North Meridian
Suite 220
Carmel, IN 46032


First Corporate Solutions, Inc.
914 S Street
Sacramento, CA 95811


Flagler Bank
555 Northlake Boulevard
Suite 200
North Palm Beach, FL 33408


Flagler Bank
Att: Jose Cano
555 Northlake Boulevard
North Palm Beach, FL 33408


Flagler Bank - Loan Dept
555 Northlake Boulevard
Suite 200
North Palm Beach, FL 33408
```

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Focus Four, LLC
PO Box 938793
Cincinnati, OH 45263-8793


Global Autosports
125 Park Avenue
25th Floor
New York, NY 10017


H & S, Inc.
2400 N. Florida Mango Road
West Palm Beach, FL 33409-6418


J&S Marketing & Advertising
7711 Military Trail North
Suite 1000
Palm Beach Gardens, FL 33410


Legacy Bank of Florida
2300 Glades Road
Suite 140 West
Boca Raton, FL 33431-8516


LOD Loans One, LLC
329 W. 18th Street
Suite 601
Chicago, IL 60616


LQD Business Finance, LLC
329 W. 18th Street
Suite 601
Chicago, IL 60616


Mackail & Sterling, CPA's & Associates
636 U.S. Highway One
Suite 118
North Palm Beach, FL 33408


Massey Services, Inc.
PO Box 547668
Orlando, FL 32854-7668

```
Michael Phelan, CRO
Michael Moecker & Associates
1883 Marina Mile Boulevard
Suite 106
Fort Lauderdale, FL 33315


NextGear Capital, Inc.
1320 City Center Drive
Suite 100
Carmel, IN 46032


Nextgear Capital, Inc.
11799 North College Avenue
Carmel, IN 46032


Nextgear Capital, Inc.
Att: Sanford H. Schwartz
6205-A Peachtree Dunwoody Road
Atlanta, GA 30328


Nextgear Capital, Inc.
Att: Christopher Michael Trapp
1320 City Center Drive
Suite 100
Carmel, IN 46032-3816


North Florida Mango Credit
Robert Simses, Trustee
251 Royal Palm Way
Suite 400
Palm Beach, FL 33480


Office Depot Business Credit
Dept. 56-4235348389
PO Box 78004
Phoenix, AZ 85062-8004


Palm Beach Network Associates, Inc.
1728 Sawgrass Circle
Greenacres, FL 33413


Reynolds & Reynolds
PO Box 182206
Columbus, OH 43218-2206
```

```
Robert Berens
21 Hoffstot Lane
Sands Point, NY 11050


Roger O. Isphording
240 Nokomis Avenue South
Suite 200
Venice, FL 34285


Route 66 HF Holdings, LLC
118 King Street
2nd Floor
Alexandria, VA 22314


Sanford Berens
5 Benedictine Retreat
Savannah, GA 31411


Superior Interiors c/o
Donna Cheatham
6864 19th Drive South
Lantana, FL 33462-4010


Susan Gilison
1233 Breakers West Blvd
Sands Point, NY 11050


TGI Office Automation, Inc.
120 3rd Street
Brooklyn, NY 11231


United Healthcare Insurance Company
Dept. CH 10151
Palatine, IL 60055-0151


UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001


Windstream Communications
PO Box 9001950
Louisville, KY 40290-1950
```

```
WPEC-TV c/o
WTTO/WABM TV
651 Beacon Parkway
Suite 105
Birmingham, AL 35209

WPTV
PO Box 116871
Atlanta, GA 30368-6871
```