**Fill in this information to identify the case:**

Debtor name   **Chariots of Palm Beach, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **17-19455**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 14, 2017**    X **/s/ Michael Phelan**
                                              Signature of individual signing on behalf of debtor

                                              **Michael Phelan**
                                                Printed name

                                              **Chief Restructuring Officer**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **Chariots of Palm Beach, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **17-19455**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*......................................................................................    $     **1,338,957.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*...................................................................................    $     **7,829,705.97**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*....................................................................................    $     **9,168,662.97**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $     **13,059,606.48**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $     **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     **2,185,133.81**

4.   **Total liabilities** ..........................................................................................
     Lines 2 + 3a + 3b     | $     **15,244,740.29** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Chariots of Palm Beach, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **17-19455** |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:          Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Flagler Bank** | **Checking** | **0397** | **$4,305.97** |
| 3.2. **TD Bank** | **Checking** | **5696** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 5.    **Total of Part 1.** | **$4,305.97** |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

### Part 2:          Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:          Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| Debtor | **Chariots of Palm Beach, Inc.** | Case number *(If known)* **17-19455** |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | **162,481.76** | - | **162,481.76** | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **101,500.00** | - | **0.00** | = .... | **$101,500.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$101,500.00**

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** See attached | | **Unknown** | | **$7,723,900.00** |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

**$7,723,900.00**

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Chariots of Palm Beach, Inc.** | Case number *(If known)* **17-19455** |
|---|---|---|
| | Name | |

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1822 Upland Road, West Palm Beach, FL Description: Lots 5 and 6, Block D, Airport Industrial Park, according ot the Plat thereof as recorded in Plat Book 28, Page(s) 207, of the Public Records of Palm Beach County, Florida** | | **$0.00** | | **$1,338,957.00** |

**56.     Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$1,338,957.00** |
|---|

**57.     Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.     Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 3

| Debtor | **Chariots of Palm Beach, Inc.** | Case number *(If known)* **17-19455** |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** **License Certificate For A Dealer in Franchised Motor Vehicles** **Expires 12/31/2017** **Issued by:** **State of Florida** **Department of Highway Safety and Motor Vehicles** **Division of Motorist Services** | **$0.00** | | **$0.00** |
| **Resident Insurance License** **Issued by:** **Florida Department of Financial Services** | **$0.00** | | **$0.00** |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

| 66.  **Total of Part 10.** | **$0.00** |
|---|---|
| Add lines 60 through 65. Copy the total to line 89. | |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable** Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Chariots of Palm Beach, Inc.**        Case number *(If known)* **17-19455**
Name

---

73.    **Interests in insurance policies or annuities**
      **Liability insurance for various scheduled vehicles**
      **Policy held with:**
      **Empire Fire and Marine Insurance Co.**
      **Policy number ending in L33H**                              **Unknown**

      **Flood Insurance**
      **Policy held with:**
      **Florida Family Insurance**
      **Mark S. Horne Agency, Inc.**
      **4010 S. 57th Street**
      **Suite 104A**
      **Lake Worth, FL 33463**
      **Policy number ending in 4792**                              **$0.00**

      **Garage Liability Insurance**
      **Policy held with:**
      **Universal Underwriters Insurance Company**
      **7045 College Boulevard**
      **Overland Park, KS 66211-1523**
      **Certificate number ending in: 9213**                       **$0.00**

---

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                      **$0.00**
      Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Chariots of Palm Beach, Inc.**                          Case number *(If known)* **17-19455**
          <sub>Name</sub>

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,305.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $101,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,723,900.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $1,338,957.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,829,705.97 | + 91b. $1,338,957.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,168,662.97 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**CHARIOTS OF PALM BEACH VEHICLE INVENTORY**

**Inventory List        7/18/2017**

| ITEM # | STOCK # | YEAR | MAKE/MODEL | PRICE | VIN # | MILEAGE | COLOR | FEATURES | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 25 | P8829 | 2008 | Aston Martin D89 Volante | $77,900 | SCFAD02A58GB09303 | 6719 | Blue Met/Beige | Black Soft Top. Multi-Spoke Alloy Wheels. All Books. Garage Kept. Well Maintained. Superb! | |
| 24 | P8735 | 2013 | Aston Martin DB9 Coupe | $119,900 | SCFEDACMXDGA14939 | 4614 | Selene Bronz/Sandstorm | 20" 10-Spoke Factory Alloys. A-M 700w Premium Audio. Walnut Fascia Interior Trim. Stunning! | |
| 80 | N/A | 2008 | Audi 4 Door - A4 - 2.0T | | WAUAF78EX8A050841 | 169945 | Red/Black | Company Vehicle - Tag #PA8 20S - Used as Runner Vehicle | Not on Inventory Listing |
| 42 | N/A | 1966 | Austin Healy 3000 MK III - Convertible | | HBJ8L / 33872 | 2903 | Blue/Black | Consignment - Tag #67EPU | Not on Inventory Listing |
| 22 | P8414A | 2002 | Bentley Azure | $64,900 | SCBZK22E42CX01036 | 32590 | Sunrise Red/Tan | Perfect Beige Top. Burr Oak Veneers. 17" Multi-spoke Chrome Alloys. Bentley Audio with CD. Superb! | |
| 53 | P8665A | 2008 | Bentley Azure | $109,900 | SCBDC47L28CX12829 | 18164 | Peacock Blue/Saddle | 19" Seven Spoke Chrome Alloys. Brand New Pirelli P-Zero Tires. Alpine Audio. Fully Serviced. Stunning! | |
| 32 | C8767 | 2012 | Bentley Continental GTC V12 | $119,900 | SCBGR3ZA2CC077427 | 22085 | White/Magnolia | 20" Factory Chrome Alloys. Beige Soft Top. Rear Camera. Meticulously Serviced at Bentley PB. Superb! | |
| 70 | P8663A | 2007 | Bentley Continental GTC V12 | $71,900 | SCBDR33W77C044260 | 18737 | Sapphire/Saddle | Blue Soft Top. Multi-Spoke Alloy Wheels. Meticulously Maintained by Palm Beach Owner. Superb! | |
| 51 | C8822 | 2016 | Bentley Continental GTC V12 | $199,900 | SCBGU3ZA3GC055568 | 2814 | Sapphire Blue/Saddle | Mulliner Driving Specification. Blue Soft Top. Garage Kept. All Books. Stunning Color Combination! | |
| 6 | P8770 | 2014 | Bentley Continental GTC V8 | $129,900 | SCBGT3ZA7EC092204 | 9572 | Sunburst Gold/2-Tone Saffron | 20" 5-Spoke Factory Alloys. Dark Brown Soft Top. Wood/Hide Steering Wheel. Ventilated Seats. Superb! | |
| 7 | P8824 | 2016 | Bentley Continental GTC V8 | $189,900 | SCBGT3ZA5GC055607 | 3191 | Black/Hotspur Red | Mulliner Driving Specification. Black Soft Top. Garage Kept. All Books. Well Maintained. Stunning! | |
| 56 | P8718 | 2013 | Bentley Continental GTC V8 | $124,900 | SCBGT3ZA9DC085463 | 13062 | Moonbeam Silver/Beluga | 20" Five Spoke Chrome Wheels. Rearview Camera. Fresh Tires. All Books & Keys. Superb! | |
| 55 | P8782B | 2010 | Bentley Continental Supersports | $109,900 | SCBCU8ZA4AC064105 | 4179 | Black/Black | Painted Black Wheels. Carbon Ceramic Brakes. Rear View Camera. Listed New $274,515. Stunning! | |
| 39 | C8820 | 2010 | Bentley Flying Spur Speed | $74,900 | SCBBP9ZA6AC063448 | 35210 | Havana Met./Magnolia | Naim for Bentley Premium Audio. 4-Spoke Wood-Hide Steering Wheel. Fully Serviced. Stunning! | Cons |
| 52 | P8437B | 2016 | Bentley Flying Spur V8 | $169,900 | SCBET9ZAXGC058237 | 7057 | Silver Frost/Beluga | Mulliner Beluga Specification. 21" Machined Wheels. Naim for Bentley Audio. One PB Owner. Superb! | |
| 54 | P8773 | 2015 | Bentley Flying Spur V8 | $139,900 | SCBET9ZA6FC042602 | 10481 | Anthracite Grey/Hotspur | 21" Ten-Spoke Propeller Factory Alloys. Dual-Tone Hide Steering Wheel. Recently Serviced. Superb! | |
| 69 | P8728 | 2015 | Bentley Flying Spur V8 | $144,900 | SCBET9ZA3FC042539 | 9492 | White Sand/Magnolia | Upgraded Factory Alloys. Perfect Burl Walnut Veneers. All Books. One Owner Florida Car. Superb! | |
| 79 | P8688 | 2015 | BMW 535i Sedan | $47,900 | WBA5B1C59FG128814 | 3559 | White/Beige | Premium Pkg. Comfort Access. Driver Assistance Pkg. 18" Alloys. Multi-Contour Heated Seats. Superb! | |
| 82 | N/A | 2013 | BMW 740Li Sedan 4D 3.0L I6 Turbo | | WBAYE4C52DD136824 | 45814 | White/Tan | Company Vehicle - Tag #BPR X36 - Driven by George Franklin | Not on Inventory Listing |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 35 | C8793 | 2015 | BMW M4 Coupe | $61,900 | WBS3R9C50FK335554 | 2531 | Mineral Grey/Black | High Specification. Executive Pkg. 19" Black double-spoke alloys. 360 Camera. H-K Sound. Superb! | |
| 50 | P8804 | 2016 | BMW M4 Coupe | $65,900 | WBS3R9C5XGK337037 | 2449 | Black Sapphire/Black | High Specification. Executive Pkg. 19" Black Wheel 437 M. Blue Brake Calipers. Driver Assist. Superb! | Taken by Next Gear |
| 76 | P8868 | 2016 | BMW M4 GTS | $126,900 | WBS4S9C53GK578849 | 410 | Alpine White/Black Suede | Carbon Fiber Rear Wing. Bronze Brake Calipers. M Carbon Ceramic Brakes. 19"/20" Forged Lt. Alloys. | |
| 73 | P8786 | 2015 | BMW M6 Gran Coupe | $75,900 | WBS6C9C52FD467699 | 19945 | Black Sapphire/Black | High Specification. Competition & Executive Pkgs. 20" M Light Alloys. Driver's Assistance. Stunning! | |
| 31 | C8796 | 2012 | Chevrolet Corvette Z06 2LZ | $72,900 | 1G1YS2D64G5600159 | 10553 | White/Black | Color Head-Up Display. Heated/Ventilated Seats. Upgraded Bose Sound. Satellite Radio. Superb! | Taken by Next Gear |
| 9 | P8167B | 1999 | Ferrari 355 Spider F1M | $64,900 | ZFFXR48A8X0114445 | 37380 | Red/Black | F-1. Meticulously Maintained By Ferrari Atlanta. Over $40K in Documented Service. Stunning! | |
| 47 | C8704 | 2004 | Ferrari 360 Challenge Stradale | $259,900 | ZFFDU57A240134226 | 8603 | Red/Red | F-1. 425 HP.  Alcantara Dash with Red Stitching. Only 250 Sold in North America. Stripes. Stunning! | |
| 72 | P8783A | 2012 | Ferrari 458 Italia | $199,900 | ZFF67NFA6C0183509 | 7073 | Nero/Nero | F-1. 20" Forged Diamond 5-Spoke Alloys. Yell0o Brake Calipers. Scuderia Shields/ | |
| 19 | C8696 | 1984 | Ferrari Boxer 512 BBi | $359,900 | ZFFJA09B000049257 | 16439 | Silver Met./Black | Fully Restored. Recent Ferrari Belt Service. All Books & Tools. FCA Platinum Award Winner! | |
| 75 | C8781A | 2008 | Ferrari F430 F1 Spider | $139,900 | ZFFEW59A080160504 | 14325 | Rosso Corsa/Beige | Power Daytona Seats. New Black Soft Top. Red Brake Calipers. Recent Service. Stunning! | |
| 44 | C8805 | 1974 | Jaguar XKE Series III Cnvt | $149,900 | UE1S25885 | 6714 | Regency Red/Biscuit Leather | 5.3 Liter V12. Dual Hard and Soft Tops. Air Conditioning. Disc Brakes. Wire Wheels. Concourse Quality! | |
| 5 | P8830 | 2017 | Jeep Grand Cherokee SRT-8 | $65,900 | 1C4RJFDJXHC890236 | 1025 | Ivory Pearl Met./Black | High Specification. Signature Leather Wrapped Interior Pkg. 20" 5-V Spoke Alloys. Red Calipers. Rare! | |
| 81 | N/A | 2004 | Jeep Liberty 4 Door Limited 3.7l V6 | | 1J4GK58K24W273692 | 52475 | White/Black | Company Vehicle - Tag #NB1 32N - Controller's Vehicle | Not on Inventory Listing |
| 33 | C8827 | 2015 | Lexus RC-F | $57,900 | JTHHP5BC1F5001509 | 5149 | Platinum Silver/Red | Premium Pkg. Navigation. Leather Interior. Sunroof. Recent Service at Lexus Dealer. Stunning! | Taken by Next Gear |
| 49 | C8649A | 2015 | Lexus RC-F | $54,900 | JTHHP5BC6F5002400 | 14433 | Molten Pearl/Black | Performance Upgrades!  Performance and Premium Packages. Navigation System. One Owner. Superb! | |
| 13 | C7842 | 2004 | Maybach 62 | $114,900 | WDBVG78J14A000949 | 47410 | 2-Tone Dark Green/Beige | Cherry Wood Trim. Recent Full Service. Electro-transparent Glass Roof. Rear Entertainment. Unique! | |
| 18 | C8482 | 1956 | M-B 190SL Convertible | $129,900 | A121042-6500348 | 82831 | Silver/Red | 4-Speed Manual. Complete Restoration at a cost of $130K. Black Soft Top. Bucket Seats. Stunning! | |
| 45 | P8706B | 2016 | M-B AMG GT S | $117,900 | WDDYJAJA3GA000632 | 4189 | Magnetite Black Met./Black | 7-Speed Dual-Clutch. Nappa Exclusive Leather Trim. Panorama Roof. Lane Tracking. Stunning! | |
| 36 | P8722 | 2017 | M-B C300 Coupe | $46,900 | WDDWJ4JB1HF444954 | 231 | Black/Black | High Specification. Sport Pkg. 19" Multi-Spoke AMG Alloys. Burmester Audio. Rearview Camera. | |
| 12 | P8536A | 2009 | M-B CL550 4MATIC | $29,900 | WDDEEJ86X59A020067 | 50286 | Arctic White/Beige | Premium 2 Pkg. Sport Package. Night View Assist. 19" AMG Alloys. Bluetooth Wireless. Superb! | Taken by Next Gear |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 21 | P8540 | 2012 | M-B CLS550 Sport | $37,900 | WDDLJ7DB0CA037701 | 25579 | Black/Almond Mocha | Premium 1 Pkg. Lane Tracking Pkg. Parking Assist. Heated/AC Ventilated Seats. Stunning! | Being driven by Gilison |
| 26 | P8725 | 2014 | M-B E350 Cabriolet | $42,900 | WDDKK5KF6EF265890 | 19933 | Black/Black | Sport Package. 18" Twin 5-Spoke Alloys. Keyless Go. Certified Pre-Owned by M-B Dealer. Superb! | Taken by Next Gear |
| 40 | P8759 | 2014 | M-B E350 Cabriolet | $43,900 | WDDKK5KF2EF255017 | 15395 | Steel Grey/Expresso | Premium 1 Pkg. Sport Package. Lane Tracking Pkg. AC/Ventilated Seats. Keyless Go. Superb! | |
| 20 | P8670 | 2013 | M-B E350 Cabriolet | $37,900 | WDDKK5KF8DF183092 | 26547 | Diamond White/Black | Premium 1 Pkg. Sport Package Wood/Leather Steering Wheel. H-K Audio. Black Soft Top. Superb! | |
| 15 | P8751A | 2014 | M-B E350 Sport | $29,900 | WDDHF5KB1EA969522 | 23868 | Black/Silk Beige | Premium 1 and Sport Pkgs. Comfort Box. Keyless Go. Lane Tracking Pkg. H-K Audio. Superb! | |
| 11 | P8426 | 2014 | M-B E350 Sport | $29,900 | WDDHF5KB7EA890940 | 30733 | Black/Silk Beige | Premium 1 and Sport Pkgs. Comfort Box. Keyless Go. Lane Tracking Pkg. H-K Audio. Superb! | |
| 30 | P8710 | 2017 | M-B E400 Cabriolet | $67,900 | WDDKK6FF0HF352978 | 481 | Black/Natural | High Specification. Premium 3 & Sport Packages. Blind Spot Assist. Heated/AC Seats. Unique! | |
| Not on Site | P8815A | 2015 | M-B GL450 4MATIC | $52,900 | 4JGDF6EE4FA594274 | 18923 | Polar White/Almond Beige | Premium 1 Pkg. Appearance Pkg. 20" Alloys. Aluminum Running Boards. Rear View Camera. Superb! | Said to be out on rental - Not available for inspection. |
| 16 | P8697 | 2015 | M-B GL450 4MATIC | $56,900 | 4JGDF6EE1FA491653 | 9055 | Diamond Silver/Almond Beige | Premium 1 Pkg. Appearance Pkg. 20" Alloys. Parking Assist. Lane Tracking. Trailer Hitch. Stunning! | |
| 4 | P8607 | 2014 | M-B GL550 4MATIC | $63,900 | 4JGDF7DE4EA292361 | 29581 | Diamond White/Almond | Premium 2 Pkg. Panorama Glass sunroof. Rear Seat Entertainment. Trailer Hitch. Superb! | |
| 2 | P8790 | 2016 | M-B GL63 AMG | $99,900 | 4JGDF7EE9GA687721 | 10538 | Black/Black | High Specification. 20" 5-Spoke AMG Alloys. Heated/AC Seats. Panorama Roof. M-B Certified. Superb! | |
| 8 | P8371 | 2013 | M-B ML350 | $37,900 | 4JGDA5JB6DA166837 | 25600 | Black/Beige | P1 Package. Lane tracking Package. Brushed Aluminum Running Boards. All Books. Superb! | Need Photo |
| 57 | P8782A | 2015 | M-B S550 4MATIC Coupe Sport | $92,900 | WDDXJ8FB5FA009644 | 3093 | Black/designo Black | P1 Package. Sport Package. 19" 5-Spoke AMG Alloys. Drivers Assistance Package. Warmth & Comfort Pkg. | |
| 58 | P8809 | 2016 | M-B S550 4MATIC Coupe Sport | $102,900 | WDDXJ8FB7GA016631 | 10464 | Emerald Green/Nut Brown (Tan) | High Specification. Nightview & Distronic Plus. 20" AMG Multi-Spoke Alloys. 360° Camera. Stunning! | |
| 14 | P8821 | 2015 | M-B S550 Sport | $76,900 | WDDUG8CB0FA085763 | 28086 | Obsidian Black/Porcelain | High Specification. Magic Body Control. 20" Multi-Spoke Alloy Wheels. Garage Kept Superb! | |
| 78 | P8369A | 2014 | M-B S550 Sport | $67,900 | WDDUG8CB9EA043624 | 20621 | Palladium Silver/Black | P1 Package. Sport Package. Panoramic Sunroof. Driver Assistance Pkg. Blind Spot Manager. Superb! | |
| 37 | P8724 | 2013 | M-B S550 Sport Plus One | $47,900 | WDDNG7DB7DA531952 | 37024 | Black/Cashmere | 20" AMG 5-Spoke Alloys. Distronic Plus. Blind Spot Assist. Balance of Factory Warranty until 5/2017. | |
| 41 | P8802 | 2013 | M-B SL550 | $59,900 | WDDJK7DA5DF006167 | 14175 | Silver/Black | High Specification.  AC/Ventilated Seats. Satellite Radio. All Books. Garage Kept. Stunning! | |
| Not on Site | P8721A | 2013 | M-B SL550 | $55,900 | WDDJK7DA1DF006800 | 22101 | Iridium Silver/deisgno Red | High Specification. Premium 1. Edition 1. 19" AMG 5-Spoke. Distronic Plus. Harman Kardon. Superb! | At Bellows Tires for Tire service - Not available for Inspection. |
| 27 | P8810 | 2013 | M-B SL65 AMG | $103,900 | WDDJK7KAXDF013845 | 14446 | Iridium Silver/Nappa Red | Premium Pkg. Drivers Assistance & Distronic Plus. 20" 10-Spoke Alloys. B & O Sound. Superb! | |
| 46 | C8819 | 2008 | M-B SLR MCLAREN | $339,900 | WDDAK76F48M001598 | 7456 | Pure Black/Black | AMG 5.5L 617HP. 18" 9-Spoke Turbine Design Alloys. Ceramic Brakes. Red Calipers. Rare! | |

| No. | Stock# | Year | Model | Price | VIN | Mileage | Color | Description | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 43 | N/A | 2005 | Mercedes Benz 4 Door Wagon | | WDBUH82J35X178240 | 111677 | Black/Black | Company Vehicle - Tag #PC1 27K - Used as Runner Vehicle | Not on Inventory Listing |
| Not on site | New | 2013 | Morgan 3-Wheeler | $41,900 | | 600 | Grey/Beige | 5-Speed Manual. Recent Full Service Inspection. Garage Kept. All Books. One Owner. Superb! | New Vehicle-Not in Possession yet. |
| 28 | M8723 | 2002 | Morgan Plus 8 Roadster | $79,900 | SA9P8400004R12745 | 5549 | Red/Beige | Tan Soft Top. Mohair Weather Equipment. Recent Service Inspection. All Books. Perfect! | |
| 29 | N/A | 2015 | Morgan Plus 8 Roadster | | 1S9AR02R7WS200996 | 15905 | Black/Tan | Consignment - Tag #67EPU | Not on Inventory Listing |
| 10 | P8807A | 2002 | Porsche 911 C2 Cabriolet | $29,900 | WP0CA29952S653955 | 53856 | Arctic Silver/MetropolBlue | 6-Speed. Full Supple Leather. 18" Light Alloys. Fresh Tires. Documented Service History. Superb! | |
| 59 | P8757 | 2014 | Porsche 911 C2 Cabriolet | $79,900 | WP0CA2A99ES140501 | 14361 | White/Yachting Blue | PDK. Blue Soft Top. 20" Carrera S Wheels. Leather Trimmed Steering Wheel. Bi-Xenons. Stunning! | |
| 61 | P8732 | 2009 | Porsche 911 C2 Cabriolet | $46,900 | WP0CA29949S740272 | 47602 | Carrara White/Sea Blue | PDK. 19" Carrera SII Wheels. Yellow Calipers. Metropol Blue Soft Top. Recently Serviced. Stunning! | |
| 34 | P8576B | 1997 | Porsche 911 C2 Cabriolet | $55,900 | WP0CA2991VS341474 | 39327 | Polar Silver/Blue | Tiptronic. 17" 5-Spoke Factory Alloys. Comfort Seat Package with Full Power Seats. Perfect! | |
| 64 | P8758 | 2015 | Porsche 911 C2S Cabriolet | $102,900 | WP0CB2A99FS143302 | 10951 | White/2-Tone Garnet Red/Black | PDK. Premium Package Plus. 20" 911 Turbo Wheels. Sport Exhaust. Bose Audio. Superb! | |
| 66 | P8813 | 2014 | Porsche 911 C2S Coupe – 50th Aniv | $136,900 | WP0AB2A96ES122462 | 8829 | Graphite Grey/Grey | PDK.  20" Fuchs-style Wheels. Power Kit. (430HP). Sport Chrono. Full Leather. Park Assist. Stunning! | |
| 67 | C8816 | 2017 | Porsche 911 Carrera Coupe | $99,900 | WP0AA2A98HS107078 | 3203 | GT Silver/Black | PDK. 20" Carrera S Alloys. Premium Package Plus. Bose Surround Sound. Passport Radio. Stunning! | |
| 68 | P8752 | 2017 | Porsche 911 Carrera S Coupe | $117,900 | WP0AB2A97HS123673 | 200 | Agate Grey/Black | High Specification. PDK. Premium & Sport Packages. Sport Seats with 18-Way Memory. Superb! | |
| Not on Site | P8788 | 2017 | Porsche 911 Carrera S Coupe | $117,900 | WP0AB2A94HS123517 | 667 | Jet Black/Black | High Specification. PDK. 20"RS Spyder Alloys. Premium Package Plus. Red Seat Belts. $126K List! | Vehicle said to be sold - not available for inspection. |
| 62 | P8754A | 2016 | Porsche 911 Targa 4S | $119,900 | WP0BB2A90GS136199 | 8090 | Black/Beige | PDK. 20" Sport Techno Wheels. Sport Exhaust. Burmester Audio. Full Leather. Listed New $138,445. ! | |
| 63 | P8801 | 2015 | Porsche 911 Targa 4S | $117,900 | WP0BB2A95FS135144 | 9803 | White/Beige | 7-Speed Manual. Porsche Premium Package Plus. Sport Techno Wheels. Power Seats. All Books. | |
| 65 | P8812 | 2015 | Porsche 911 Targa 4S | $117,900 | WP0BB2A9XFS135396 | 13113 | Red/Beige | PDK. Porsche Premium Package Plus. Turbo Style Wheels. Power Seats. Sport Chrono Package. | |
| 77 | P8825 | 2016 | Porsche 911 Turbo Cabriolet | $159,900 | wp0cd2a9xgs178264 | 5249 | Carrara White/Red | High Specification. Full Leather. 20" Classic Alloys. Premium Package Plus. Garage Kept. Stunning! | Driven by Hugh-Tag #PC9 70Y |
| 48 | P8792 | 2017 | Porsche 911 Turbo S Coupe | $187,900 | WP0AD2A90HS166844 | 2517 | Carrara White/2-Tone Black/Red | High Specification. 20" Alloys. Adaptive Cruise Control. Lane Change Assist. Sport Chrono. Stunning! | |
| Not on site | C8832 | 2013 | Porsche 911C2 Cabriolet | $67,900 | | 24997 | Dark Blue/Luxor Beige | PDK. Blue Soft Top. 20" Carrera S Wheels. Yellow Calipers. Premium Pkg. Sport Exhaust. Stunning! | Not on Site-Customer has vehicle pending funding. |
| 23 | C8711 | 1999 | Porsche Boxster | $14,900 | WP0CA2983XU631987 | 51906 | White/Blue | 5-Speed Manual. Meticulously Maintained. Complete Service Records. Garage Kept. Superb! | |
| 60 | P8768 | 2016 | Porsche Cayman | $54,900 | WP0AA2A87GK170145 | 1127 | Rhodium Silver/Black | PDK. 19" Boxster S Factory Alloys. Convenience Package. Sport design Steering Wheel. Stunning! | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 71 | C8806 | 2017 | Porsche Macan S | $59,900 | WP1AB2A52HLB12702 | 5502 | Rhodium Silver/Garnet Red | PDK. 20" RS Spyder Design Wheels. Lane Change Assist. Premium Package Plus. Superb! | |
| 38 | P8609 | 2010 | Porsche Panamera S | $47,900 | WP0AB2A73AL063762 | 20148 | Jet Green Met./Beige | PDK. 19" Panamera Turbo Wheels. Heated/AC Seats. Park Assist. Bluetooth. Satellite Radio. Superb! | |
| 3 | P866C | 2013 | Range Rover Supercharged | $69,900 | SALGS2EF6DA100758 | 31877 | Luxor Beige/Ivory | High Specification. 22" Alloys. Meridian Premium Audio. Premium Package. Palm Beach Car. Superb! | |
| Not on Site | P8748 | 2015 | Range Rover Supercharged | $89,900 | | 14154 | Fuji White/Beige | 22" 5-Split Spoke Style 504 Alloys. Panoramic Roof. Meridian Premium Sound. Black Roof. Stunning! | Taken by Next Gear |
| 74 | C8465 | 1997 | Renault Sport Spider Trophy | $39,900 | | 10005 | N/A | Silver Met/Black | Chassis #10005. SADEV Sequential 6-Speed Gearbox. Fresh Rotors. Carbon Ceramic Pads. Perfect! | Racing Vehicle |
| 1 | P8716B | 2015 | Subaru XV CrossTrek 2.0L Limited | $22,900 | JF2GPAMCXF8233710 | 26050 | Crystal White/Black | Popular Package 2. Starlink Multimedia. Heated Seats. HD & Satellite Radio. Fresh Tires. Superb!. | |
| | P8784A | 2004 | Range Rover | | | | | | |
| | | | | | | | | | |

**Fill in this information to identify the case:**

Debtor name     **Chariots of Palm Beach, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     **17-19455**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

### 2.1  Albert Gleaves Van Metre, Jr and

Creditor's Name

**Deadria Van Metre**
**9900 Main Street**
**Suite 500**
**Fairfax, VA 22031-3907**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**Opened 7/20/2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2010 Bentley Continental Flying Spur**
**VIN: SCBBP9ZA6AC063448**

**Describe the lien**
**Consignment**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed as to Priority

**$58,000.00** | **$0.00**

### 2.2  Anchor Commercial Bank

Creditor's Name

**11025 RCA Center Drive**
**Suite 101**
**Palm Beach Gardens, FL 33410**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

**Describe debtor's property that is subject to a lien**
**See attached**

**Describe the lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$992,090.00** | **$7,723,900.00**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if know) | **17-19455** |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. NextGear Capital, Inc.**
**2. Legacy Bank of Florida**
**3. Flagler Bank**
**4. Anchor Commercial Bank**

☐ Contingent
☐ Unliquidated
☑ Disputed as to Priority

---

**2.3 Anchor Commercial Bank**
Creditor's Name

**11025 RCA Center Drive Suite 101**
**Palm Beach Gardens, FL 33410**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Opened 5/9/2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**1822 Upland Road, West Palm Beach, FL Description: Lots 5 and 6, Block D, Airport Industrial Park, according ot the Plat thereof as recorded in Plat Book 28, Page(s) 207, of the Public Records of Palm Beach County, Florida**

Describe the lien
**Mortgage**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed as to Priority

$1,497,723.51    $1,338,957.00

---

**2.4 Bruce L. Haley**
Creditor's Name

**101 Firestone Circle**
**Roslyn, NY 11576**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Opened 1/11/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2004 Ferrari 360 Stradale**
**VIN: ZFFDU57A2U0134226**

Describe the lien
**Consignment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed as to Priority

$250,000.00    $0.00

---

**2.5 Daniel Jack Keegan**
Creditor's Name

**PO Box 30614**
**Palm Beach Gardens, FL 33420-0614**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2013 Porsche C2 Cabriolet**
**VIN: WP0CA2A95DS140140**

Describe the lien

Unknown    $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 10

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if known) | **17-19455** |
|---|---|---|---|
| | Name | | |

**Consignment**

**Is the creditor an insider or related party?**
[✓] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
[✓] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Opened 7/8/2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[✓] Disputed as to Priority

**Do multiple creditors have an interest in the same property?**
[✓] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Flagler Bank** | Describe debtor's property that is subject to a lien | **$2,313,714.00** | **$7,723,900.00** |
|---|---|---|---|---|
| | Creditor's Name | **See attached** | | |

**555 Northlake Boulevard**
**Suite 200**
**North Palm Beach, FL**
**33408**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
[✓] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
[✓] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[✓] Disputed as to Priority

**Do multiple creditors have an interest in the same property?**
[ ] No
[✓] Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

---

| 2.7 | **Howard Wincelvoss** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **1956 Mercedes Benz 190sl**<br>**VIN: A1210426500348** | | |

**10 Knakum Wood Road**
**Greenwich, CT 06830**
Creditor's mailing address

**Describe the lien**
**Consignment**

**Is the creditor an insider or related party?**
[✓] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
[✓] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Opened 3/24/2016**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[✓] Disputed as to Priority

**Do multiple creditors have an interest in the same property?**
[✓] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.8 | **J&G Capital Group, LLC c/o** | Describe debtor's property that is subject to a lien | **$110,000.00** | **$0.00** |
|---|---|---|---|---|

---

| Debtor | **Chariots of Palm Beach, Inc.** | | Case number (if know) | **17-19455** |
|---|---|---|---|---|

Name

---

Creditor's Name

**Gerald Victor & Janice
Blaylock Gurbacki
2660 S. Ocean Boulevard
#505
Palm Beach, FL 33480**

**2012 Bentley GTC**
**VIN: SCBGR3ZA2CC077427**

Creditor's mailing address

**Describe the lien**
**Consignment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Opened 4/5/2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed as to Priority

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.9 | **Jose Pepe Fanjue** | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**1984 Ferrari Boxer 512BBi**
**VIN: ZFFJ09B000049257**

Creditor's mailing address

**Describe the lien**
**Consignment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Opened 11/29/2016**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed as to Priority

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 0 | **Kirsten White** | | **$90,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2017 Porsche Carrera**
**VIN: WP0AA2A98HS107078**

**440 Seabreeze Avenue
Palm Beach, FL 33480**

Creditor's mailing address

**Describe the lien**
**Consignment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Opened 5/31/2017**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| | |
|---|---|
| Debtor **Chariots of Palm Beach, Inc.** | Case number (if known) **17-19455** |
| Name | |

- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed as to Priority

---

**2.1**
**1**

**Legacy Bank of Florida**
Creditor's Name

**2300 Glades Road**
**Suite 140 West**
**Boca Raton, FL 33431-8516**
Creditor's mailing address

**swalker@legacybankfl.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including its relative priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**
**See attached**

**Describe the lien**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed as to Priority

| $1,763,325.00 | $7,723,900.00 |
|---|---|

---

**2.1**
**2**

**LQD Business Finance, LLC**
Creditor's Name

**329 W. 18th Street**
**Suite 601**
**Chicago, IL 60616**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed as to Priority

| Unknown | $0.00 |
|---|---|

---

**2.1**
**3**

**Mark Adam Foley**
Creditor's Name

**801 S. Olive Avenue**
**Apartment 1509**
**West Palm Beach, FL**
**33401-6181**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2017 Porsche Macan S**
**VIN: WP1AB2A52HLB12702**

**Describe the lien**
**Consignment**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

| $57,000.00 | $0.00 |
|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Chariots of Palm Beach, Inc. | Case number (if know) | 17-19455 |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**Opened 5/23/2017**
**Last 4 digits of account number**

Is anyone else liable on this claim?
[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
[ ] Contingent
[ ] Unliquidated
[✔] Disputed as to Priority

---

| 2.1 4 | **Michael Anthony Joseph** | Describe debtor's property that is subject to a lien | $50,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**12402 Hautree Court**
**Palm Beach Gardens, FL**
**33418**

Creditor's mailing address

**2015 Lexus RCF**
**VIN: JTHHP5BC1F5001509**

**Describe the lien**
**Consignment**
Is the creditor an insider or related party?
[✔] No
[ ] Yes

Creditor's email address, if known

**Date debt was incurred**
**Opened 6/20/2017**
**Last 4 digits of account number**

Is anyone else liable on this claim?
[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
[ ] Contingent
[ ] Unliquidated
[✔] Disputed as to Priority

---

| 2.1 5 | **NextGear Capital, Inc.** | Describe debtor's property that is subject to a lien | $5,499,343.97 | $7,723,900.00 |
|---|---|---|---|---|

Creditor's Name

**1320 City Center Drive**
**Suite 100**
**Carmel, IN 46032**

Creditor's mailing address

**See attached**

**Describe the lien**

Is the creditor an insider or related party?
[✔] No
[ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[ ] No
[✔] Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

As of the petition filing date, the claim is:
Check all that apply
[ ] Contingent
[ ] Unliquidated
[✔] Disputed as to Priority

---

| 2.1 6 | **Ricard P. Facchine** | Describe debtor's property that is subject to a lien | $60,000.00 | $0.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if know) | **17-19455** |
|---|---|---|---|
| | Name | | |

| Creditor's Name | **2015 BMW M4**<br>**VIN: WBS3R9C50K33554** |
|---|---|

**187 Hampton Circle**
**Jupiter, FL 33458**

Creditor's mailing address

**Describe the lien**
**Consignment**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**Opened 4/29/2017**
**Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed as to Priority

---

| 2.1<br>7 | **Richard Donald Hodgson** | Describe debtor's property that is subject to a lien | $11,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **1999 Porsche Boxster**<br>**VIN: WP0CA298XU631987** | | |

**200 Beach Road**
**Jupiter, FL 33349**

Creditor's mailing address

**Describe the lien**
**Consignment**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**Opened 12/15/2016**
**Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed as to Priority

---

| 2.1<br>8 | **Ross William Walter Meltzer** | Describe debtor's property that is subject to a lien | $190,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2016 Bentley GTC** | | |

**209 Bermuda Lane**
**Palm Beach, FL 33480**

Creditor's mailing address

**Describe the lien**
**Consignment**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**Opened 6/9/2017**
**Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Chariots of Palm Beach, Inc.** | | Case number (if know) | **17-19455** |
| --- | --- | --- | --- | --- |
| | Name | | | |

- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed as to Priority

---

**2.19** | **Stephen D. Haymes**
Creditor's Name

Describe debtor's property that is subject to a lien

**1974 Jaguar SKE
VIN: UE1S25885**

Unknown          $0.00

Creditor's mailing address

Describe the lien
**Consignment**
Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**Opened 5/17/2017**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed as to Priority

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.20** | **William V. Mauro**
Creditor's Name

Describe debtor's property that is subject to a lien

**2016 Chevrolet Corvette
VIN: 1G1YS2D64G56000159**

$70,000.00          $0.00

**107 Harbourside Circle
Jupiter, FL 33477-9316**
Creditor's mailing address

Describe the lien
**Consignment**
Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**Opened 5/2/2017**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed as to Priority

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.21** | **Wolf VonFalkenberg**
Creditor's Name

Describe debtor's property that is subject to a lien

**2004 Maybach 62
VIN: WDBVG78J14A000949**

$47,410.00          $0.00

Creditor's mailing address

Describe the lien
**Consignment**
Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 10

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if known) | **17-19455** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Opened 3/31/2014**
Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed as to Priority |

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$13,059,606.48** |

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Berger Singerman**<br>**Att: David Gay**<br>**350 East Las Olas Boulevard**<br>**Suite 1000**<br>**Fort Lauderdale, FL 33301** | Line  **2.15** | |
| **Berger Singerman**<br>**Att: Ashley Dillman Bruce**<br>**350 East Las Olas Boulevard**<br>**Suite 1000**<br>**Fort Lauderdale, FL 33301** | Line  **2.15** | |
| **Daniel Jack Keegan**<br>**151 Shore Drive**<br>**Riviera Beach, FL 33404** | Line  **2.5** | |
| **Dealer Services Corporation**<br>**11555 North Meridian**<br>**Suite 220**<br>**Carmel, IN 46032** | Line  **2.15** | |
| **First Corporate Solutions, Inc.**<br>**914 S Street**<br>**Sacramento, CA 95811** | Line  **2.12** | |
| **Flagler Bank**<br>**Att: Jose Cano**<br>**555 Northlake Boulevard**<br>**North Palm Beach, FL 33408** | Line  **2.6** | |
| **LOD Loans One, LLC**<br>**329 W. 18th Street**<br>**Suite 601**<br>**Chicago, IL 60616** | Line  **2.12** | |
| **Moskowitz, Mandell, Salim & Simowitz**<br>**Att: William G. Salim, Jr., Esq.**<br>**800 Corporate Drive**<br>**Suite 500**<br>**Fort Lauderdale, FL 33334** | Line  **2.11** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 10

Debtor    **Chariots of Palm Beach, Inc.**
_____
Name

Case number (if know)    **17-19455**
_____

| | |
|---|---|
| **Nextgear Capital, Inc.**<br>**11799 North College Avenue**<br>**Carmel, IN 46032** | Line **2.15** |
| **Nextgear Capital, Inc.**<br>**Att: Christopher Michael Trapp**<br>**1320 City Center Drive**<br>**Suite 100**<br>**Carmel, IN 46032-3816** | Line **2.15** |
| **Nextgear Capital, Inc.**<br>**Att: Sanford H. Schwartz**<br>**6205-A Peachtree Dunwoody Road**<br>**Atlanta, GA 30328** | Line **2.15** |
| **Route 66 HF Holdings, LLC**<br>**118 King Street**<br>**2nd Floor**<br>**Alexandria, VA 22314** | Line **2.12** |

**Fill in this information to identify the case:**

Debtor name **Chariots of Palm Beach, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **17-19455**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Anne M. Gannon**<br>**Constitutional Tax Collector**<br>**PO Box 3353**<br>**West Palm Beach, FL 33402-3353** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Notification for:**<br>**Anne M. Gannon** | | |
| Last 4 digits of account number **1632** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |
| **2.2** Priority creditor's name and mailing address<br>**Division of Motorist Services**<br>**Bureau of Dealer Services**<br>**Motor Vehicle Field Operations**<br>**901 Northpoint Parkway, Ste 115 & 116**<br>**West Palm Beach, FL 33407** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Notification for:**<br>**Division of Motorist Services** | | |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| Debtor | **Chariots of Palm Beach, Inc.** | | Case number (if known) | **17-19455** |
|---|---|---|---|---|

Name

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Florida Office of Financial
Regulation
200 E. Gaines Street
Tallahassee, FL 32399**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notification for:
Florida Office of Financial Regulation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Oper.
PO Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notification for:
Internal Revenue Service**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$756,000.00** |
|---|---|---|---|

**Alan and Susan Gilison
1233 Breakers West Blvd
Sands Point, NY 11050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:   **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Alexander P. & Winifred Aranyos
3552 Jonathan's Harbour Drive
    FL 33447**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred   Opened 7/29/2013**

Basis for the claim:   **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**American Express
PO Box 650448
Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:   **Credit Card
Addtional Account No.: 96006**

**Last 4 digits of account number  9001**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Chariots of Palm Beach, Inc.** | | Case number (if known) | **17-19455** |
|---|---|---|---|---|
| | Name | | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,877.39**

**Anchor Commercial Bank - Loan Ops**
**11025 RCA Center Drive**
**Suite 101**
**Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Bank Loan

Last 4 digits of account number  **6000**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,488.05**

**Anchor Commercial Bank - Loan Ops**
**11025 RCA Center Drive**
**Suite 101**
**Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Bank Loan

Last 4 digits of account number  **6100**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,699.00**

**Anthony Ross Marimon**
**7 Riverway**
**#2106**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Opened 7/18/2017**

**Basis for the claim:**  Title Claim for 2015 White Range Rover
VIN: SALGS2TF0FA221775

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$163.32**

**Ardex of South Florida**
**1801 N. Powerline Road**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Trade Debt

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$807.12**

**AT&T**
**PO Box 105262**
**Atlanta, GA 30348-5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Utility Bill

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$204.71**

**AT&T**
**PO Box 105262**
**Atlanta, GA 30348-5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Utility Bill

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00**

**Autotrader Specialty**
**PO Box 934624**
**Atlanta, GA 31193-4624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  Trade Debt

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Chariots of Palm Beach, Inc.** | Case number *(if known)* | **17-19455** |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,609.00 |
|---|---|---|---|

**Carfax, Inc.**
**16630 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.00 |
|---|---|---|---|

**Carsforsale.Com, Inc.**
**PO Box 91537**
**Sioux Falls, SD 57109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 |
|---|---|---|---|

**Carswell Landscape**
**PO Box 14153**
**North Palm Beach, FL 33408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Chase Cardmember Service**
**PO Box 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **7120**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Chase Cardmember Service**
**PO Box 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **0882**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $406.18 |
|---|---|---|---|

**City of Palm Beach**
**PO Box 30000**
**Tampa, FL 33630-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **5739**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $655.34 |
|---|---|---|---|

**City of Palm Beach**
**PO Box 30000**
**Tampa, FL 33630-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **6105**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if known) | **17-19455** |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**City of West Palm Beach Fire Rescue**
**PO Box 3366**
**West Palm Beach, FL 33402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191.68 |
|---|---|---|---|

**Comcast**
**PO Box 105184**
**Atlanta, GA 30348-5184**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.72 |
|---|---|---|---|

**Corelogic Credco, LLC**
**PO Box 847070**
**Dallas, TX 75284-7070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,714.24 |
|---|---|---|---|

**David Todd Walker Jr. and Meaghan Walker**
**13 Marlwood Lane**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred  **Opened 7/15/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Title claim for 2013 Porsche Carrera**
**VIN: WP0CA2A95DS140140**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,821.50 |
|---|---|---|---|

**Flagler Bank - Loan Dept**
**555 Northlake Boulevard**
**Suite 200**
**North Palm Beach, FL 33408**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bank Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $894.61 |
|---|---|---|---|

**Florida Power & Light**
**General Mail Facility**
**Miami, FL 33188-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.71 |
|---|---|---|---|

**Focus Four, LLC**
**PO Box 938793**
**Cincinnati, OH 45263-8793**

Date(s) debt was incurred _

Last 4 digits of account number  **1370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if known) | **17-19455** |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |
|---|---|---|---|

**Global Autosports**
**125 Park Avenue**
**25th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,250.00** |
|---|---|---|---|

**J&S Marketing & Advertising**
**7711 Military Trail North**
**Suite 1000**
**Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$82,610.94** |
|---|---|---|---|

**Joe A. Baker**
**6101 S. Flagler Drive**
**West Palm Beach, FL 33405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Title Claim for 2015 Mercedes-Benz S-Class**
**VIN: WDDUG8CB9FA099189**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,150.00** |
|---|---|---|---|

**Mackail & Sterling, CPA's & Associates**
**636 U.S. Highway One**
**Suite 118**
**North Palm Beach, FL 33408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42.80** |
|---|---|---|---|

**Massey Services, Inc.**
**PO Box 547668**
**Orlando, FL 32854-7668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  **8974**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**North Florida Mango Credit**
**Robert Simses, Trustee**
**251 Royal Palm Way**
**Suite 400**
**Palm Beach, FL 33480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52.42** |
|---|---|---|---|

**Office Depot Business Credit**
**Dept. 56-4235348389**
**PO Box 78004**
**Phoenix, AZ 85062-8004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if known) | **17-19455** |
|---|---|---|---|
| | Name | | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$418.78** |
|---|---|---|---|
| | **Palm Beach Network Associates, Inc.**<br>**1728 Sawgrass Circle**<br>**Greenacres, FL 33413** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$229.16** |
|---|---|---|---|
| | **Reynolds & Reynolds**<br>**PO Box 182206**<br>**Columbus, OH 43218-2206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$102,000.00** |
|---|---|---|---|
| | **Rob Schanen**<br>**5444 Westheimer**<br>**Suite 900**<br>**Houston, TX 77056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Opened 7/2017** | Basis for the claim: **Title Claim for Porsche 911** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$284,833.33** |
|---|---|---|---|
| | **Robert Berens**<br>**21 Hoffstot Lane**<br>**Sands Point, NY 11050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$208.33** |
|---|---|---|---|
| | **Roger O. Isphording**<br>**240 Nokomis Avenue South**<br>**Suite 200**<br>**Venice, FL 34285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69,333.33** |
|---|---|---|---|
| | **Sanford Berens**<br>**5 Benedictine Retreat**<br>**Savannah, GA 31411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$290.00** |
|---|---|---|---|
| | **Superior Interiors c/o**<br>**Donna Cheatham**<br>**6864 19th Drive South**<br>**Lantana, FL 33462-4010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Chariots of Palm Beach, Inc. | | Case number *(if known)* | 17-19455 |
|---|---|---|---|---|
| | Name | | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $564,833.33 |
|---|---|---|---|
| | **Susan Gilison** | ☐ Contingent | |
| | **1233 Breakers West Blvd** | ☐ Unliquidated | |
| | **Sands Point, NY 11050** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $222.67 |
|---|---|---|---|
| | **TGI Office Automation, Inc.** | ☐ Contingent | |
| | **120 3rd Street** | ☐ Unliquidated | |
| | **Brooklyn, NY 11231** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,343.25 |
|---|---|---|---|
| | **United Healthcare Insurance Company** | ☐ Contingent | |
| | **Dept. CH 10151** | ☐ Unliquidated | |
| | **Palatine, IL 60055-0151** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.00 |
|---|---|---|---|
| | **UPS** | ☐ Contingent | |
| | **PO Box 7247-0244** | ☐ Unliquidated | |
| | **Philadelphia, PA 19170-0001** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,076.90 |
|---|---|---|---|
| | **Windstream Communications** | ☐ Contingent | |
| | **PO Box 9001950** | ☐ Unliquidated | |
| | **Louisville, KY 40290-1950** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Utility Bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,400.00 |
|---|---|---|---|
| | **WPEC-TV c/o** | | |
| | **WTTO/WABM TV** | ☐ Contingent | |
| | **651 Beacon Parkway** | ☐ Unliquidated | |
| | **Suite 105** | ☐ Disputed | |
| | **Birmingham, AL 35209** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|
| | **WPTV** | ☐ Contingent | |
| | **PO Box 116871** | ☐ Unliquidated | |
| | **Atlanta, GA 30368** | ☐ Disputed | |
| | Date(s) debt was incurred  __Opened 4/1/2017 Last Active 4/30/2017__ | Basis for the claim:  __Advertising__ | |
| | Last 4 digits of account number  __5548__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if known) | **17-19455** |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**WPTV**
**PO Box 864910**
**Orlando, FL 32886-4910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Opened 5/1/2017 Last
Active 5/31/2017

Basis for the claim:  Advertising

Last 4 digits of account number  5549

Is the claim subject to offset? ■ No  ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**WPTV**
**PO Box 864910**
**Orlando, FL 32886-4910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  Opened 6/1/2017 - 6/30/2017

Basis for the claim:  Advertising

Last 4 digits of account number  5410

Is the claim subject to offset? ■ No  ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**WPTV**
**PO Box 864910**
**Orlando, FL 32886-4910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Opened 7/1/2017 Last
Active 7/31/2017

Basis for the claim:  Advertising

Last 4 digits of account number  5411

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,185,133.81 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,185,133.81 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Chariots of Palm Beach, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td><strong>17-19455</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **Chariots of Palm Beach, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **17-19455**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **H & S, Inc.** | **2400 N. Florida Mango Road**<br>**West Palm Beach, FL 33409-6418** | **Legacy Bank of Florida** | ■ D  **2.11**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Chariots of Palm Beach, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **17-19455** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $12,018,354.89 |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $51,545,075.00 |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $52,769,034.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Debtor    **Chariots of Palm Beach, Inc.**                                    Case number *(if known)* **17-19455**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Anchor Commercial Bank**<br>**11025 RCA Center Drive**<br>**Suite 101**<br>**Palm Beach Gardens, FL 33410** | 5/1/2017,<br>5/3/2017,<br>5/15/2017,<br>5/16/2017,<br>5/24/2017,<br>5/31/2017,<br>6/13/2017,<br>6/22/2017,<br>6/26/2017,<br>6/29/2017 | $1,230,591.10 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Flagler Bank**<br>**555 Northlake Boulevard**<br>**Suite 200**<br>**North Palm Beach, FL 33408** | 5/3/2017,<br>5/8/2017,<br>5/15/2017,<br>5/16/2017,<br>5/19/2017,<br>5/22/2017,<br>5/30/2017,<br>6/2/2017,<br>6/5/2017,<br>6/8/2017,<br>6/13/2017,<br>6/22/2017,<br>6/26/2017,<br>6/29/2017,<br>6/30/2017,<br>7/12/2017 | $2,527,952.03 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Legacy Bank of Florida**<br>**2300 Glades Road**<br>**Suite 140 West**<br>**Boca Raton, FL 33431-8516** | 5/1/2017,<br>5/3/2017,<br>5/12/2017,<br>5/15/2017,<br>5/16/2017,<br>5/19/2017,<br>5/22/2017,<br>5/23/2017,<br>5/31/2017,<br>6/8/2017,<br>6/9/2017,<br>6/14/2017,<br>6/15/2017,<br>6/16/2017,<br>6/21/2017,<br>6/26/2017,<br>7/14/2017,<br>7/17/2017 | $1,855,786.69 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Chariots of Palm Beach, Inc.**                    Case number *(if known)* **17-19455**

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Nextgear Capital, Inc.<br>Att: Christopher Michael Trapp<br>1320 City Center Drive<br>Suite 100<br>Carmel, IN 46032-3816 | 1. 2016 BMW M4 Blk/Blk<br>WBS3R9C5XGK337037<br>2. 2016 Chevrolet Z06 White/Blk<br>1G1YS2D64G5600159<br>3. 2008 Chevrolet corvette Wte/blk<br>1G1YY25W985101145<br>4. 2015 Lexus RC-F Sil/Red<br>JTHHP5BC1F5001509<br>5. 2009 Mercedes Benz CL550 Wte/beige<br>WDDEJ86X59A020067<br>6. 2014 Mercedes Benz E350 Blk/Blk<br>WDDKK5KF6EF265890<br>7. 2013 Mercedes Benz E350 Wte/Blk<br>WDDKK5KF8DF183902<br>8. 2016 Range Rover Autobiography<br>Wte/Wte SALGV2EF3GA244795 | 7/27/2017 | Unknown |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Chariots of Palm Beach, Inc. | | Case number *(if known)* | 17-19455 |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | McLaughlin & Stern, LLP<br>525 Okeechobee Boulevard<br>Suite 1700<br>West Palm Beach, FL 33401 | Attorney Fees | 7/2017 | $75,000.00 |
| | **Email or website address**<br>snewburgh@mclaughlinstern.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     

Debtor    **Chariots of Palm Beach, Inc.**                                    Case number *(if known)*  **17-19455**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | Chariots of Palm Beach, Inc. | Case number *(if known)* | 17-19455 |
|---|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Chariots of Palm Beach, Inc.**                              Case number *(if known)*  **17-19455**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Mackail & Sterling, CPA's & Associates**<br>**636 US Highway 1**<br>**Suite 118**<br>**North Palm Beach, FL 33408-4611** | **2015 - 2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Phelan, CRO** | **Michael Moecker & Associates**<br>**1883 Marina Mile Boulevard**<br>**Suite 106**<br>**Fort Lauderdale, FL 33315** | **Chief Restructuring Officer** | **100% Acquired Post-Petition Upon Surrender of Shares from former sole shareholder, Hugh Bate** |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| **Charles Sharoubim** | **2400 N. Florida Mango Road**<br>**West Palm Beach, FL 33409** | **President and General Manager** | |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| **Hugh Bate** | **219 Pershing Way**<br>**West Palm Beach, FL 33409** | **As of the petition date: President and 100% Shareholder**<br>**Post-petition resignation as President. Mr. Bates surrendered all shares to CRO, Michael Phelan in Trust** | |

| Debtor | Chariots of Palm Beach, Inc. | Case number (if known) | 17-19455 |
|---|---|---|---|

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Hugh D. Bate | 219 Pershing Way Apartment 1-I West Palm Beach, FL 33409 | President | 9/1993 - 7/2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 14, 2017**

**/s/ Michael Phelan**                                        **Michael Phelan**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   **Chariots of Palm Beach, Inc.**           Case No.   **17-19455**

Debtor(s)        Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Hugh Bate<br>219 Pershing Way<br>West Palm Beach, FL 33409** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 14, 2017**          Signature   **/s/ Michael Phelan**

                                                   **Michael Phelan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Florida

In re __Chariots of Palm Beach, Inc.__        Case No. __17-19455__

Debtor(s)        Chapter __11__

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __August 14, 2017__        __/s/ Michael Phelan__

__Michael Phelan__/__Chief Restructuring Officer__
Signer/Title