**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Chariots of Palm Beach, Inc.**<br>Name | EIN | **65–0440210** |
| United States Bankruptcy Court | **Southern District of Florida** | Date case filed in chapter **11** | **7/27/17** |
| Case number: | **17–19455–PGH** | Date case converted to chapter **7** | **9/19/17** |

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set
**JOINTLY ADMINISTERED** with 17–19458–PGH

For the debtors listed above, this case, originally filed under chapter 11 has converted to chapter 7.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

**WARNING TO DEBTOR:** WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.

| | | | |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Chariots of Palm Beach, Inc. | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 2400 N. Florida Mango Road<br>West Palm Beach, FL 33409 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and address | Steven S Newburgh<br>McLaughlin & Stern, LLP<br>525 Okeechobee Boulevard<br>CityPlace Office Tower – Suite 1700<br>West Palm Beach, FL 33401 | Contact phone 561–659–4020 |
| 5. | **Bankruptcy Trustee**<br>Name and address | Nicole Testa Mehdipour<br>United States Bankruptcy Trustee<br>200 East Broward Blvd.<br>Suite 1110<br>Ft Lauderdale, FL 33301 | Contact phone 954–858–5880 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (561) 514–4100 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at www.pacer.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** The clerk's office is closed on all legal holidays.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **9/19/17** |
| 7. | **Meeting of Creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 16, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Flagler Waterview Bldg, 1515 N Flagler Dr Rm 870, West Palm Beach, FL 33401** |

**For more information, see page 2 >**

Local Form 309D USBC SDFL (Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case – Proof of Claim Deadline Set** page **1**
(6/1/16)

Debtor **Chariots of Palm Beach, Inc.**                                                                                                  Case number **17–19455–PGH**

| | | |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.<br><br>**When Filing Proofs of Claim:** Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:**<br><br>**Deadlines for Filing Proof of Claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. If this is a converted case proofs of claim filed under the initial chapter shall be deemed filed and need not be refiled.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below. | **Filing deadline: 1/16/18**<br>**Filing deadline:** _____ |
| 9. **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Liquidation of the Debtor's Property and Payment of Creditors' Claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |
| 11. **Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. | |
| 12. **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website ebn.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 13. **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |

Local Form 309D USBC SDFL (Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case – Proof of Claim Deadline Set**     page **2**