# United States Bankruptcy Court
## Southern District of Florida

In re  **Chariots of Palm Beach, Inc.**                                   Case No.  **17-19455**
Debtor(s)                                                                 Chapter   **11**

## RULE 1019 SCHEDULE OF POST PETITION DEBTS

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. Mackail & Sterling, CPA's & Associates<br>636 U.S. Highway One<br>Suite 118<br>North Palm Beach, FL 33408 | Unsecured claims | 903.60*<br><br>*Invoice for records produced in response to request for production of documents |

## DECLARATION

I, the above named Debtor(s), declare under penalty of perjury that I have read the foregoing Rule 1019 Schedule of Post Petition Debts and that it is true and correct to the best of my information and belief.

Date  **October 3, 2017**          Signature  **/s/ Charles Sharoubim**
                                              **Charles Sharoubim**
                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.