**Fill in this information to identify the case:**

Debtor name    **Chariots of Palm Beach, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **17-19455-PGH**

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 27, 2017**     X **/s/ Charles Sharoubin**
                                              Signature of individual signing on behalf of debtor

                                              **Charles Sharoubin**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Chariots of Palm Beach, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **17-19455-PGH**

■ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*........................................................................................    $    **2,400,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*....................................................................................    $    **7,845,705.97**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*......................................................................................    $    **10,245,705.97**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **16,598,997.51**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **943,047.24**

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b    $    **17,542,044.75**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Chariots of Palm Beach, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **17-19455-PGH**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.1 Alan and Susan Gilison**
Creditor's Name

**1233 Breakers West Blvd**
**West Palm Beach, FL 33411**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**See attached**

Describe the lien
**Promissory note**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed as to Priority

Amount of claim: **$3,120,380.00**    Value of collateral: **Unknown**

---

**2.2 Albert Gleaves Van Metre, Jr. and Deadra**
Creditor's Name

**9900 Main Street, Suite 500**
**Fairfax, VA 22031**
Creditor's mailing address

**bvanmetre@vanmetrecomp anies.com;**
**aweiner@kelleydrye.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2010 Continental Flying Spur**
**VIN#SCBBP9AZ6AC063448**

Describe the lien
**Consignment**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **Unknown**    Value of collateral: **Unknown**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Chariots of Palm Beach, Inc. | Case number (if know) | 17-19455-PGH |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **Alexander and Winifred Aranyos**
Creditor's Name

**3552 Jonahthan's Harbour Dr**
**Jupiter, FL 33447**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Attached**

**Describe the lien**
**Revolving Credit Promissory Note**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed as to Priority

$200,000.00          Unknown

---

**2.4** **Allan Stephen Hetelson**
Creditor's Name

**264 Carina Drive**
**Jupiter, FL 33478**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2014 Porsche Carrera**
**VIN#WP0CA2A9XES140443**

**Describe the lien**
**Title Claim**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

---

**2.5** **Anchor Commercial Bank**
Creditor's Name

**11025 RCA Center Drive**
**Suite 100**
**Palm Beach Gardens, FL 33410**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**See attached**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No

$992,090.00          $7,723,900.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Chariots of Palm Beach, Inc.**                                    Case number (if know)    **17-19455-PGH**

Name

Last 4 digits of account number

| | |
|---|---|
| ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. NextGear Capital, Inc.** | ☑ Disputed as to Priority |
| **2. Legacy Bank of Florida** | |
| **3. Flagler Bank** | |
| **4. Anchor Commercial Bank** | |

---

| 2.6 | **Anchor Commercial Bank** | Describe debtor's property that is subject to a lien | **$1,497,723.51** | **$2,400,000.00** |
|---|---|---|---|---|

Creditor's Name

**11025 RCA Center Drive Suite 101 Palm Beach Gardens, FL 33410**

**1822 Upland Road, West Palm Beach, FL Description: Lots 5 and 6, Block D, Airport Industrial Park, according ot the Plat thereof as recorded in Plat Book 28, Page(s) 207, of the Public Records of Palm Beach County, Florida**

Creditor's mailing address

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**Opened 5/9/2016**

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Anchor Commercial Bank** | ☑ Disputed as to Priority |
| **2. North Florida Mango Credit** | |

---

| 2.7 | **Andres Isreal Albarran, Jr.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1739 Village Blvd., Apt 206 West Palm Beach, FL 33409**

**2014 Nissan GTR ALPHA 12 VIN#JN1AR5EF0EM271518**

Creditor's mailing address

Describe the lien
**Title Claim**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  3 of 47

| Debtor | Chariots of Palm Beach, Inc. | | Case number (if know) | 17-19455-PGH |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8 | **Andrew Sweet** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**2520 Bohler Road NW**
**Atlanta, GA 30327**

Creditor's mailing address

**2002 Bentley Azure**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Anthony Ross Marimon** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**7 Riverway #2106**
**Houston, TX 77056**

Creditor's mailing address

**2015 Land Rober Range Rover**
**VIN#SALGS2TF0FA221775**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Antique Row Self Storage, Inc.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**424 Park Place**
**West Palm Beach, FL 33401**

Creditor's mailing address

**1998 Morgan+8 VIN#IS9AR02R7WS200996**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Chariots of Palm Beach, Inc. | Case number (if know) | 17-19455-PGH |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 1**

**Arthur Leslie Silber**
Creditor's Name

**8158 Native Dancer E Road**
**Palm Beach Gardens, FL**
**33418**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2016 Porsche Cayenne S**
**VIN#WP1AB2A22GLA95159**

**Describe the lien**
**Title Claim**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

---

**2.1 2**

**Barbara Hoge Cannady**
Creditor's Name

**8930 Timber Run Court**
**Fort Myers, FL 33908**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2014 Porsche Carrera S**
**VIN#WP0CB2A98ES155651**

**Describe the lien**
**Title Claim**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

---

**2.1 3**

**Bayside Motors**
Creditor's Name

**1645 Monrovia Avenue**
**Costa Mesa, CA 92627**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2015 Mercedes Bez Benz S550-CP**
**VIN#WDDXJ8FB5FA009644**

**Describe the lien**
**Title Claim**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**

Unknown          Unknown

---

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if know) | **17-19455-PGH** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 4 | **Bonnie Stern** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **2014 Mercedes Benz S550**<br>**VIN#WDDUG8C86EA022701** | | |

**184 Bradley Place**
**Palm Beach, FL 33480**

Creditor's mailing address

Describe the lien
**Title Claim**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 5 | **Bruce L. Haley** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **2004 Ferrari 360 Stradale**<br>**VIN: ZFFDU57A2U0134226** | | |

**101 Firestone Circle**
**Roslyn, NY 11576**

Creditor's mailing address

Describe the lien
**Consignment**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**Opened 1/11/2017**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **Bryan Paul King and**<br>**Suzanne Reed King** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **2016 Mercedes Benz**<br>**VIN#WDDUG8CBXGA263969** | | |

**464 Golden Gate Place Unit**
**404**
**Sarasota, FL 34236**

Creditor's mailing address

Describe the lien

---

Debtor    **Chariots of Palm Beach, Inc.**

Name

Case number (if know)    **17-19455-PGH**

---

**Title Claim**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**

Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

**2.1 7**

**Carmeline Cannella**

Creditor's Name

**13747 Stamford Drive Wellington, FL 33414**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**2014 Mercedes Benz CLA250 VIN#WDDSJ4EB7EN057271**

Describe the lien

**Title Claim**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Unknown**    **Unknown**

---

**2.1 8**

**Clive Norman Furrows**

Creditor's Name

**4674 Del Monte Avenue San Diego, CA 92107**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**2006 Aston Martin DB9 VIN#SCFAD02A16GB04662**

Describe the lien

**Title Claim**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Unknown**    **Unknown**

---

**2.1 9**

**Daniel Jack Keegan**

Describe debtor's property that is subject to a lien

**Unknown**    **Unknown**

---

Debtor    **Chariots of Palm Beach, Inc.**                                    Case number (if know)    **17-19455-PGH**
_____                            _____
Name

| Creditor's Name | |
|---|---|
| **PO Box 30614** | **2013 Porsche C2 Cabriolet** |
| **Palm Beach Gardens, FL** | **VIN: WP0CA2A95DS140140** |
| **33420-0614** | |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Consignment** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ☑ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
| **Opened 7/8/2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 0 | **Daniel Mark Tye** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **2007 Ferrari F430 VIN#ZFFEW59AX70153977** |
| **4221 Harbour Island Drive** | |
| **Jacksonville, FL 32225** | |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Title Claim** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ☑ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 1 | **Dao Ngoc Dinh** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **2013 Mercedes Benz SL65** |
| **18711 Jockey Circle** | **VIN#WDDJK7KAXDF013845** |
| **Huntington Beach, CA** | |
| **92648** | |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Title Claim** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ☑ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |

---

| Debtor | Chariots of Palm Beach, Inc. | Case number (if know) | 17-19455-PGH |
|---|---|---|---|
| | Name | | |

- [ ] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**2.2 2**

**David Todd Walker, Jr.**
Creditor's Name

**13 Marlwood Lane**
**Palm Beach Gardens, FL**
**33418**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2013 Porsche Carrera**
**VIN#WP0CA2A95DS140140**

**Describe the lien**
**Title Claim**
**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes
**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Unknown          Unknown

---

**2.2 3**

**Deer Creek Corporate**
**Services, Inc.**
Creditor's Name

**415 North Benton Avenue**
**Helena, MT 59601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2002 Bentley Azure**
**VIN#SCBZK22E42CX01005**

**Describe the lien**
**Title Claim**
**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes
**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Unknown          Unknown

---

**2.2 4**

**Dexter T. Crotts**
Creditor's Name

**3920 North Ocena Drive,**
**Apt. 118**
**Singer Island, FL 33404**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2013 Bentley Mulsanne**
**VIN#SCBBB7ZH6DC017636**

**Describe the lien**
**Title Claims**
**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes
**Is anyone else liable on this claim?**

Unknown          Unknown

---

Debtor    **Chariots of Palm Beach, Inc.**
Name

Case number (if know)    **17-19455-PGH**

---

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| ☑ | No |
| ☐ | Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Edward Charles Castetto, Jr.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**3443 Pacific Drive**
**Naples, FL 34119**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2010 Jaguar XK VIN#SAJWA4GB9ALB34595

**Describe the lien**
Title Claim

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **El Hassan Erroudani** | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**9514 Royal Estates Blvd.**
**Orlando, FL 32836**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2010 Bentley Continental F SPUR
VIN#SCBBP9ZA6AC063448

**Describe the lien**
Title Claim

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Eric J. Biederman** | | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**15200 Hamlin Blvd.**
**Loxahatchee, FL 33470**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2014 Mercedes Benz SL550
VIN#WDDJK7DAXEF024410

**Describe the lien**

---

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if know) | **17-19455-PGH** |
|---|---|---|---|
| | Name | | |

**Title Claim**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 8 | **Evan Craig Deoul** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**208 Via Quantera**
**Palm Beach Gardens, FL**
**33418**

Creditor's mailing address

**2015 Mercedes Benz S550**
**VIN#WDDUG8CB152810**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

---

| 2.2 9 | **Flagler Bank** | Describe debtor's property that is subject to a lien | $2,313,714.00 | $7,723,900.00 |
|---|---|---|---|---|

Creditor's Name

**555 Northlake Boulevard**
**Suite 200**
**North Palm Beach, FL**
**33408**

Creditor's mailing address

**See attached**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed as to Priority

---

| Debtor | Chariots of Palm Beach, Inc. | Case number (if know) | 17-19455-PGH |
|---|---|---|---|
| | Name | | |

---

**2.30**

**Frederic Randall Bigony**
Creditor's Name

**11610 Charisma Way**
**Palm Beach Gardens, FL**
**33418**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2017 Porsche Carrera**
**VIN#WP0CA2A98HS141580**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

---

**2.31**

**FRL Automotive**
Creditor's Name

**444 NW 165th Street**
**Miami, FL 33169**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/11/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2016 Bentley CTC V8 VIN #**
**SCBGT3ZA5GC055607**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

---

**2.32**

**Gerald Herz**
Creditor's Name

**1330 South Ocean**
**Boulevard**
**Palm Beach, FL 33480**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2016 Mercedes Benz GL63**
**VIN#4JGDF7EE48A661687**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Unknown          Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 12 of 47

Debtor    **Chariots of Palm Beach, Inc.**
_____    Case number (if know)    **17-19455-PGH**
Name

- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

---

| 2.3 3 | **Henry Jay Hirsch** | | Unknown | Unknown |

Creditor's Name

**9 Bermuda Lane**
**Palm Beach Gardens, FL**
**33418**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2014 Mercedes Benz E350**
**VIN#WDDKK5KF5EF**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [✓] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.3 4 | **Henry P. Mauney** | | Unknown | Unknown |

Creditor's Name

**298 Wilson Drive**
**Fort Mill, SC 29707**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2013 Mercedes SL 550**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [✓] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.3 5 | **Howard Wincelvoss** | | Unknown | Unknown |

Creditor's Name

**10 Knakum Wood Road**
**Greenwich, CT 06830**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**1956 Mercedes Benz 190SL**
**VIN: A1210426500348**

**Describe the lien**
**Consignment**

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

**Is anyone else liable on this claim?**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 13 of 47

| Debtor | Chariots of Palm Beach, Inc. | Case number (if know) | 17-19455-PGH |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
**Opened 3/24/2016**
Last 4 digits of account number

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | J&G Capital Group, LLC c/o | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Gerald Victor & Janice Blaylock Gurbacki**
**2660 S. Ocean Boulevard #505**
**Palm Beach, FL 33480**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Opened 4/5/2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2012 Bentley GTC**
**VIN: SCBGR3ZA2CC077427**

**Describe the lien**
**Consignment**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | Jack Francis Siano | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**6940 Balboa Island Court**
**Delray Beach, FL 33445**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2008 Bentley Continental GTC**
**VIN#SCBDR33W88C051767**

**Describe the lien**
**Title Claim**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | Jack Wayne Mayo Jr and Kimberly Kay Mayo | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Debtor    **Chariots of Palm Beach, Inc.**                                    Case number (if know)    **17-19455-PGH**
_____
Name

Creditor's Name                                    **2014 Mercedes Benz E350**
                                                   **VIN#WDDHF5KB7EA890940**
**310 SE Huntington Circle**
**Port Saint Lucie, FL 34984**

Creditor's mailing address                         **Describe the lien**
                                                   **Title Claim**
                                                   **Is the creditor an insider or related party?**
                                                   [✔] No
Creditor's email address, if known                 [ ] Yes
                                                   **Is anyone else liable on this claim?**
**Date debt was incurred**                         [✔] No
                                                   [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an                    As of the petition filing date, the claim is:**
interest in the same property?**                   Check all that apply
[✔] No                                             [ ] Contingent
[ ] Yes. Specify each creditor,                    [ ] Unliquidated
including this creditor and its relative           [ ] Disputed
priority.

---

| 2.3 9 | **Jack Wayne Mayo, Jr.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name                                    **2002 Porsche Carrera VIN#**
                                                   **WPOCA29952S653955**
**310 SE Huntington Circle**
**Port Saint Lucie, FL 34984**

Creditor's mailing address                         **Describe the lien**
                                                   **Title Claim**
                                                   **Is the creditor an insider or related party?**
                                                   [✔] No
Creditor's email address, if known                 [ ] Yes
                                                   **Is anyone else liable on this claim?**
**Date debt was incurred**                         [✔] No
                                                   [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an                    As of the petition filing date, the claim is:**
interest in the same property?**                   Check all that apply
[✔] No                                             [ ] Contingent
[ ] Yes. Specify each creditor,                    [ ] Unliquidated
including this creditor and its relative           [ ] Disputed
priority.

---

| 2.4 0 | **James A. Smith III** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name                                    **1999 Porsche Boxter**
                                                   **VIN#WP0CA2983XU631987**
**251 Lang Road**
**Sewickley, PA 15143**

Creditor's mailing address                         **Describe the lien**
                                                   **Title Claim**
                                                   **Is the creditor an insider or related party?**
                                                   [✔] No
Creditor's email address, if known                 [ ] Yes
                                                   **Is anyone else liable on this claim?**
**Date debt was incurred**                         [✔] No
                                                   [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an                    As of the petition filing date, the claim is:**
interest in the same property?**                   Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Chariots of Palm Beach, Inc.**
_____    Case number (if known)    **17-19455-PGH**
Name

- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.4 1 | **Janice K. Robinson** | | | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**529 South Flagler Drive, Unit 22GH**
**West Palm Beach, FL 33401**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2013 Mercedes Benz SL550**
**VIN#WDDJK7D9DF020380**

Describe the lien
**Title Claim**

Is the creditor an insider or related party?
- [✔] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [✔] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.4 2 | **Janice K. Robinson** | | | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**529 South Flagler Drive, Apt 22GH**
**West Palm Beach, FL 33401**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2014 Porsche Panamera**
**WP0AA2A71EL010650**

Describe the lien
**Title Claim**

Is the creditor an insider or related party?
- [✔] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [✔] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.4 3 | **Jason F Abraham Revocable Trust** | | | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**N4676 Pincrest Drive**
**Nashotah, WI 53058**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2016 Bentley Vin SCBET9ZAXGC058237**

Describe the lien
**prepetition sale/title claim**

Is the creditor an insider or related party?
- [✔] No
- [ ] Yes

Is anyone else liable on this claim?

Creditor's email address, if known

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 16 of 47

Debtor    **Chariots of Palm Beach, Inc.**                                    Case number (if know)    **17-19455-PGH**
_____
Name

**Date debt was incurred**                                    [ ] No

**Last 4 digits of account number**                           [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| [✔] No<br>[ ] Yes. Specify each creditor, including this creditor and its relative priority. | [ ] Contingent<br>[ ] Unliquidated<br>[ ] Disputed |

---

| 2.4<br>4 | **Jena Ann Hatfield** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**5596 SW Evans Drive**
**Stuart, FL 34997**
_____
Creditor's mailing address

**2015 Cadillac Escalade**
**VIN#1GYS3JKJXFR254406**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
[✔] No
[ ] Yes

**Is anyone else liable on this claim?**
[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| [✔] No<br>[ ] Yes. Specify each creditor, including this creditor and its relative priority. | [ ] Contingent<br>[ ] Unliquidated<br>[ ] Disputed |

---

| 2.4<br>5 | **Jens Flachsmeier** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**6740 Kenton Ridge**
**Chattanooga, TN 37421**
_____
Creditor's mailing address

**2009 Porsche Carrera**
**VIN#WP0CA29949S740272**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
[✔] No
[ ] Yes

**Is anyone else liable on this claim?**
[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| [✔] No<br>[ ] Yes. Specify each creditor, including this creditor and its relative priority. | [ ] Contingent<br>[ ] Unliquidated<br>[ ] Disputed |

---

| 2.4<br>6 | **Jhawed Khayoumi** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**3014 Siena Circle**
**Wellington, FL 33414**
_____
Creditor's mailing address

**2013 Maserati Granturismo**
**VIN#ZAM45MMA9D007310**

**Describe the lien**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 17 of 47

| Debtor | Chariots of Palm Beach, Inc. | Case number (if know) | 17-19455-PGH |
|---|---|---|---|
| | Name | | |

**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 7**

**Jodi Ellen De Lazzero**
Creditor's Name

**4816 South Lake Drive
Boynton Beach, FL 33436**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    Unknown    Unknown
**2015 Mercedes Benz S550
VIN#WDDUG8CB0FA085763**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 8**

**Joe A. Baker**
Creditor's Name

**6101 S. Flagler Drive
West Palm Beach, FL 33405**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    Unknown    Unknown
**Title Claim for 2015 Mercedes-Benz S-Class
VIN: WDDUG8CB9FA099189**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 9**

**John Jay Borland, Jr.**    **Describe debtor's property that is subject to a lien**    Unknown    Unknown

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 18 of 47

| Debtor | Chariots of Palm Beach, Inc. | Case number (if know) | 17-19455-PGH |
|---|---|---|---|
| | Name | | |

Creditor's Name

**244 Plantation Road**
**Palm Beach, FL 33480**

Creditor's mailing address

**2015 Mercedes Benz S550**
**VIN#WDDUG8CB8FA094856**

Describe the lien
**Title Claim**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 0 | **Jonathan Stott or Patricia B. Stott** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**705 Ocean Drive**
**Juno Beach, FL 33408**

Creditor's mailing address

**2014 Mercedes Benz S550**
**VIN#WDDUG8CB6EA009267**

Describe the lien
**Title Claim**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 1 | **Jose Pepe Fanjue** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**105 Jungle Road**
**Palm Beach, FL 33480**

Creditor's mailing address

**1984 Ferrari Boxer 512BBI VIN#**
**ZFFJ09B000049257**

Describe the lien
**Consignment**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Chariots of Palm Beach, Inc.**                                   Case number (if know)    **17-19455-PGH**
_____
Name

☑ No
☐ Yes. Specify each creditor,       ☐ Contingent
including this creditor and its relative    ☐ Unliquidated
priority.                           ☐ Disputed

---

| 2.5 2 | **Joseph Castelo** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**100 Worth Avenue, Apt. 704**
**Palm Beach, FL 33480**

**2015 Mercedes Benz SL 400 Roadster**
**VIN#WDDJK6FA6FF036689**

Creditor's mailing address

Describe the lien
**Title Claim**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 3 | **Joseph N. Torsiello Revocable Trust** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**3850 Old Jupiter Beach Road**
**Jupiter, FL 33477**

**2014 Bentley Continental GT**
**VIN#SCBGH32AZ0EC040897**

Creditor's mailing address

Describe the lien
**Title Claim**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 4 | **Joyce L. Morrow** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**434 Drummers Lane**
**Wayne, PA 19087**

**1999 Porsche Boxster**
**VIN: WP0CA2983XU631987**

Creditor's mailing address

Describe the lien
**Consignment**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 20 of 47

Debtor    **Chariots of Palm Beach, Inc.**
_____    Case number (if know)    **17-19455-PGH**
Name

---

**Date debt was incurred**

**Last 4 digits of account number**

☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 5 | **Julie D. Simmons** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**303 Maddock Way**
**Palm Beach, FL 33480**

Creditor's mailing address

**2016 Land Rover LR4 HSE**
**VIN#SALAG2V6XGA801122**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 6 | **Karla E. Riebel** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**48 Burbank Drive**
**Palm Coast, FL 32137**

Creditor's mailing address

**2012 Ferrari 458 VIN#ZFF67NFA6C0183509**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 7 | **Kelvin Goldstein** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**65 Worlebury Hill Road**
**Weston Super Mare**
**North Summerset BS229ST**
**ENGLAND**

**2002 Bentley Azure**
**VIN#SCBZK22E42CX01036**

---

Debtor    **Chariots of Palm Beach, Inc.**
_____
Name

Case number (if know)    **17-19455-PGH**

---

**kelvingoldstein@mail.com**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**Title Claim**
_____
**Is the creditor an insider or related party?**
[✔] No
[ ] Yes
**Is anyone else liable on this claim?**
[✔] No
[ ] Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.5 8 | **Kenneth B. Elias** | **Unknown** | **Unknown** |
|---|---|---|---|

Creditor's Name

**595 North Lake Way**
**Palm Beach, FL 33480**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2016 Mercedes Benz SL400**
**VIN#WDDJK6FA2GF041003**

**Describe the lien**
**Title Claim**
_____
**Is the creditor an insider or related party?**
[✔] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
[✔] No
[ ] Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

| 2.5 9 | **Kevin Lee** | **Unknown** | **Unknown** |
|---|---|---|---|

Creditor's Name

**2160 Centtury Park East,**
**Apt 209N**
**Los Angeles, CA 90067**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2009 Bentley Conntinental GT**
**VIN#SCBCR73WX9C059602**

**Describe the lien**
**Title Claim**
_____
**Is the creditor an insider or related party?**
[✔] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
[✔] No
[ ] Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[✔] No
[ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 22 of 47

Debtor    **Chariots of Palm Beach, Inc.**          Case number (if know)    **17-19455-PGH**
Name

---

| 2.6 0 | **Kirsten White** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**440 Seabreeze Avenue**
**Palm Beach, FL 33480**

Creditor's mailing address

**2017 Porsche Carrera**
**VIN: WP0AA2A98HS107078**

**Describe the lien**
**Consignment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Opened 5/31/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 1 | **Legacy Bank of Florida** | Describe debtor's property that is subject to a lien | **$1,763,325.00** | **$7,723,900.00** |
|---|---|---|---|---|

Creditor's Name

**2300 Glades Road**
**Suite 140 West**
**Boca Raton, FL 33431-8516**

Creditor's mailing address

**swalker@legacybankfl.com**

Creditor's email address, if known

**See attached**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed as to Priority

---

| 2.6 2 | **Linda Elizabeth Buccilli** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**4754 NW 7th Street**
**Deerfield Beach, FL 33442**

Creditor's mailing address

**2017 Jaguar XE 35T**
**VIN#SAJAJ4BV5HA970144**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Chariots of Palm Beach, Inc.**
_____
Name

Case number (if know)    **17-19455-PGH**

- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [✔] Disputed

---

| 2.6 3 | **Long Ngo Trinh** | | | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**8734 Ashworth Drive
Tampa, FL 33647**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2015 Mercedes Benz S550
VIN#WDDUG8CB6FA090787**

Creditor's email address, if known

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
- [✔] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✔] Disputed

---

| 2.6 4 | **LQD Business Finance, LLC** | | | Unknown | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**329 W. 18th Street
Suite 601
Chicago, IL 60616**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

Creditor's email address, if known

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
- [✔] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✔] Disputed as to Priority

---

| 2.6 5 | **Margaret Krupa** | | | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**c/o Brian K. McMahon, Esq.
Brian K. McMahon, P.A.
1401 Forum Way, 6th Floor
West Palm Beach, FL 33401**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2015 Rolls Royce Ghost**

**briankmcmahon@gmail.com**

Creditor's email address, if known

**Describe the lien**
**Consignment**

**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 24 of 47

| Debtor | Chariots of Palm Beach, Inc. | Case number (if know) | 17-19455-PGH |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.6 6 | Marie Christine Weist | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o Alex Turner, Esq.**
**317 - 71st Street**
**Miami Beach, FL 33141**

Creditor's mailing address

**2013 Aston Martin**
**VIN#SCFEDACMXDGA14939**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.6 7 | Marie Philomene Tomasino | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**3641 North 33rd Terrace**
**Hollywood, FL 33021**

Creditor's mailing address

**2017 Porsche Macan S**
**VIN#WP1AB2A52HLB12702**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

---

| 2.6 8 | Mark Adam Foley | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Chariots of Palm Beach, Inc.**
　　　　　Name

Case number (if know)   **17-19455-PGH**

| | |
|---|---|
| Creditor's Name | **2017 Porsche Macan S** |
| **801 S. Olive Avenue** | **VIN: WP1AB2A52HLB12702** |
| **Apartment 1509** | |
| **West Palm Beach, FL** | |
| **33401-6181** | |
| Creditor's mailing address | Describe the lien |
| | **Consignment** |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ☑ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☑ No |
| **Opened 5/23/2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 9 | | | Unknown | Unknown |
|---|---|---|---|---|
| | **Mark Andrew Freher** | Describe debtor's property that is subject to a lien | | |
| | Creditor's Name | **2014 Porsche Carrera** | | |
| | **802 NW First Avenue** | **VIN#WP0AA2A95ES107065** | | |
| | **Delray Beach, FL 33444** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Title Claim** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | | ☑ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: | | |
| | ☑ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.7 0 | | | Unknown | Unknown |
|---|---|---|---|---|
| | **Mark Damon Cohen** | Describe debtor's property that is subject to a lien | | |
| | Creditor's Name | **2005 Mercedes Benz SL55 AMG** | | |
| | **1835 Newport Blvd. A109 470** | **VIN#WDBSK74F05F088383** | | |
| | **Costa Mesa, CA 92627** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Title Claim** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | | ☑ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: | | |
| | | Check all that apply | | |

---

Official Form 206D　　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　　page 26 of 47

| Debtor | Chariots of Palm Beach, Inc. | Case number (if know) | 17-19455-PGH |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 1 | **Mark Sheldon Lisnow** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**100 Worth Avenue, Apt. 301
Palm Beach, FL 33480**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2007 Bentley Continental GTS
VIN#SCBDR33W77C049586**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 2 | **Marshall Field, Jr.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**427 South Beach Road
Hobe Sound, FL 33455**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2015 Prosche Targa 4S
VIN#WP0BB2A93FS135207**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 3 | **Martin J. Goldstein** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**450 North Federal Highway,
Unit 1411
Boynton Beach, FL 33435**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2015 Porsche Carrera 4S
VIN#WP0AB2A96FS124391**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**

---

Debtor   **Chariots of Palm Beach, Inc.**

Name

Case number (if know)   **17-19455-PGH**

**Date debt was incurred**

**Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 4 | **Martin Turchin** | | |
|---|---|---|---|

Creditor's Name

**3060 Miro Drive South**
**West Palm Beach, FL 33416**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2013 Bentley Continental GTC**
**VIN#SCBGR3ZA1DC078781**

Describe the lien
**Title Claim**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

---

| 2.7 5 | **Maryanne Mathys** | | |
|---|---|---|---|

Creditor's Name

**2000 South Ocean Blvd.,**
**Apt. 202**
**Palm Beach, FL 33480**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2013 Mercedes Benz SL550 VIN#**
**WDDJK7DA2DF013576**

Describe the lien
**Title Claim**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

---

| 2.7 6 | **MEA Business Enterprises / Matthew Avril** | | |
|---|---|---|---|

Creditor's Name

**216 Ocean Way**
**Vero Beach, FL 32963**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2010 Mercedes Benz S550**
**VIN#WDDNG7BB7AA289078**

Describe the lien

**Unknown**     **Unknown**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 28 of 47

| | |
|---|---|
| Debtor **Chariots of Palm Beach, Inc.** | Case number (if know) **17-19455-PGH** |
| Name | |

**Title Claim**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7 7**

**Michael Anthony Joseph**
Creditor's Name

**12402 Hautree Court**
**Palm Beach Gardens, FL**
**33418**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Opened 6/20/2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          Unknown          Unknown

**2015 Lexus RCF**
**VIN: JTHHP5BC1F5001509**

**Describe the lien**

**Consignment**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7 8**

**Michael Daddario**
Creditor's Name

**50 Lancaster Road**
**Boynton Beach, FL 33426**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          Unknown          Unknown

**2014 Jaguar XKR CONV**

**Describe the lien**

**Title Claim**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if known) | **17-19455-PGH** |
|---|---|---|---|
| | Name | | |

| 2.7 9 | **Michele Colleen Mossbacher** | | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1155 23rd Street**
**Washington, DC 20037**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2016 Mercedes Benz C300**
**VIN#55SWF4JBXGU103226**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 0 | **NextGear Capital, Inc.** | | **$5,499,343.97** | **$7,723,900.00** |
|---|---|---|---|---|

Creditor's Name

**1320 City Center Drive**
**Suite 100**
**Carmel, IN 46032**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

**Describe debtor's property that is subject to a lien**
**See attached**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed as to Priority

---

| 2.8 1 | **North Florida Mango Credit** | | **$500,000.00** | **$2,400,000.00** |
|---|---|---|---|---|

Creditor's Name

**Robert Simses, Trustee**
**251 Royal Palm Way**
**Suite 400**
**Palm Beach, FL 33480**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**1822 Upland Road, West Palm Beach, FL Description: Lots 5 and 6, Block D, Airport Industrial Park, according ot the Plat thereof as recorded in Plat Book 28, Page(s) 207, of the Public Records of Palm Beach County, Florida**

**Describe the lien**
**Second Mortgage/Cross Collateral Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Chariots of Palm Beach, Inc. | Case number (if know) | 17-19455-PGH |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.6** | ☐ Unliquidated |
| | ☐ Disputed as to Priority |

---

**2.8 2** **Northwest Assets Montana, LLC**

Creditor's Name

**c/o Burton Freiman**
**96 Aspenwood Drive**
**East Amherst, NY 14051**

Creditor's mailing address

**burt.freiman@gmail.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien

**2015 Rolls Royce Ghost**
**VIN#SCA664S56FUX53176**

Describe the lien

**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Unknown**        **Unknown**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.8 3** **Octavian Cretu**

Creditor's Name

**1538 Lake Whitney Drive**
**Windermere, FL 34786**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien

**2011 Rolls Royce Ghost**
**VIN#SCA664S51BUX50129**

Describe the lien

**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Unknown**        **Unknown**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.8 4** **Palm Beach Yacht Management Group**

Creditor's Name

**447 Rudder Cay Way**
**Jupiter, FL 33458**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**2009 Aston Martin DB9**
**VIN#SCFAD02E79GB10750**

Describe the lien

**Title Claim**

**Unknown**        **Unknown**

---

| Debtor | Chariots of Palm Beach, Inc. | Case number (if know) | 17-19455-PGH |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.8 5**

**Peter Chris Markatos**
Creditor's Name

**1000 North US Highway 1N Unit 659 Jupiter, FL 33477**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2007 Porsche VIN#WP0AD299X7S783168**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Unknown    Unknown

---

**2.8 6**

**Peter David McManus**
Creditor's Name

**4486 SW Bimini Circle S Palm City, FL 34990**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2016 Morgan 3 Wheeler VIN#SA9M32857GP202094**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Unknown    Unknown

---

**2.8 7**

**Peter E. Miller**

**Describe debtor's property that is subject to a lien**

Unknown    Unknown

---

| Debtor | **Chariots of Palm Beach, Inc.** | | Case number (*if known*) | **17-19455-PGH** |
|---|---|---|---|---|

Name

Creditor's Name

**7800 Old Marsh Road
Palm Beach Gardens, FL
33418**

Creditor's mailing address

**2013 Mercedes Benz SL550
VIN#WDDJK7DA9DF020380**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.8 8 | **Peter M. Nance** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**186 Birkdale Lane
Jupiter, FL 33458**

Creditor's mailing address

**2014 Mercedes Benz E350
VIN#WDDRR5RF2EF241442**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.8 9 | **Ramrod, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**c/o The Parkoff
Organization
98 Cuttermill Road - 444S
Great Neck, NY 11021**

Creditor's mailing address

**1966 Austin Healy VIN#HBJ8L33872**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 33 of 47

| Debtor | Chariots of Palm Beach, Inc. | | Case number (if know) | 17-19455-PGH |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.90** | **Raymond J. Biggs or Judith Biggs**
Creditor's Name

**11975 Lost Tree Way**
**North Palm Beach, FL**
**33408**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2013 Prosche Carrera**
**VIN#WP0AB2A94DS123219**

**Describe the lien**
**Title Claim**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       Unknown

---

**2.91** | **Richard Andrew Alexander**
Creditor's Name

**2513 Mercedes Drive**
**Fort Lauderdale, FL 33316**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2013 Rolls Royce Ghost**
**VIN#SCA664S59DUX52083**

**Describe the lien**
**Title Claim**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       Unknown

---

**2.92** | **Richard Donald Hodgson**
Creditor's Name

**200 Beach Road**
**Jupiter, FL**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**1999 Porsche Boxster VIN #**
**WP0CA2983XU631987**

**Describe the lien**
**Title Claim**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**

Unknown       Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 34 of 47

| Debtor | **Chariots of Palm Beach, Inc.** | | Case number (if know) | **17-19455-PGH** |
|---|---|---|---|---|

Name

**Date debt was incurred**
**12/05/2016**
Last 4 digits of account number

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 3 | **Richard P. Facchine** | | | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|---|

Creditor's Name

**187 Hampton Circle**
**Jupiter, FL 33458**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Opened 4/29/2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2015 BMW M4**
**VIN: WBS3R9C50K33554**

**Describe the lien**
**Consignment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 4 | **Robert Berens** | | | | **$284,833.33** | **$0.00** |
|---|---|---|---|---|---|---|

Creditor's Name

**21 Hoffstot Lane**
**Sands Point, NY 11050**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Trade debt**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed as to Priority

---

| 2.9 5 | **Robert Mann Williams** | | | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|---|

Creditor's Name

**12144 West End**
**North Palm Beach, FL**
**33408**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2014 Mercedes Benz SL550**
**VIN#WDDJK7DA7EF025479**

**Describe the lien**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Chariots of Palm Beach, Inc. | | Case number (if known) | 17-19455-PGH |
|---|---|---|---|---|
| | Name | | | |

**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.96  Robert Paul Schanen, Jr.**
Creditor's Name

**4100 Verano Drive
Austin, TX 78735**
Creditor's mailing address

Describe debtor's property that is subject to a lien          Unknown          Unknown
**2015 Porsche Carrera S VIN #WP0CB2A90FS154351**

Describe the lien
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.97  Rocreation Corp.**
Creditor's Name

**641 North County Road
Palm Beach, FL 33480**
Creditor's mailing address

Describe debtor's property that is subject to a lien          Unknown          Unknown
**2016 Rolls Royce Wraith VIN#SCA665C51GUX86012**

Describe the lien
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.98  Rodney Devon Ware**

Describe debtor's property that is subject to a lien          Unknown          Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 36 of 47

| | |
|---|---|
| Debtor | **Chariots of Palm Beach, Inc.** |
| | Name |

Case number *(if know)*    **17-19455-PGH**

---

Creditor's Name

**15127 Mira Vista Drive
Houston, TX 77083**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2013 Mercedes Benz SL63
VIN#WDDJK7EA9DF013525**

**Describe the lien
Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 9 | **Roger Isphording** | **Describe debtor's property that is subject to a lien**<br>**Purchase Vehicle no title** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**240 Nokomis Ave S, #200
Venice, FL 34285**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien
Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 00 | **Ronald B. Alalouf** | **Describe debtor's property that is subject to a lien**<br>**2014 Jaguar XKR Convertible VIN #**<br>**SAJWA4EC1EMB54514** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1 Tricorne Court
Holmdel, NJ 07733**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe the lien
Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 37 of 47

Debtor    **Chariots of Palm Beach, Inc.**                                        Case number (if know)    **17-19455-PGH**
_____                                                      _____
Name

- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**2.1
01**    **Ronald Nyselius**
_____
Creditor's Name

**2 Sweetwater Court
Palm Coast, FL 32137**
_____
Creditor's mailing address


_____
Creditor's email address, if known

**Date debt was incurred**


**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2010 Porsche Carrara S
VIN#WPOCB2A90AS754425**
_____

**Describe the lien**
**Title Claim**
_____
**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [✔] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Unknown          Unknown

---

**2.1
02**    **Ross William Walter
Meltzer**
_____
Creditor's Name

**209 Bermuda Lane
Palm Beach, FL 33480**
_____
Creditor's mailing address


_____
Creditor's email address, if known

**Date debt was incurred**
**Opened 6/9/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2016 Bentley GTC
VIN: SCBGU3ZA3GC055568**
_____

**Describe the lien**
**Consignment**
_____
**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [✔] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Unknown          Unknown

---

**2.1
03**    **RPI Boca Management
Group, LLC**
_____
Creditor's Name

**22449 Martella Avenue
Boca Raton, FL 33433**
_____
Creditor's mailing address


_____
Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2015 Mercedes Benz GL450
VIN#4JGDF6EE1FA491653**
_____

**Describe the lien**
**Title Claim**
_____
**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

**Is anyone else liable on this claim?**

Unknown          Unknown

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 38 of 47

| Debtor | **Chariots of Palm Beach, Inc.** | | Case number (if know) | **17-19455-PGH** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**

**Last 4 digits of account number**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 04 | **Sal Hugh** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **2008 Mercedes SLR McLauren** | | |
| | | **VIN#WDDAK76F48M001598** | | |

**Address Unknown**

Creditor's mailing address

**Describe the lien**
**Consignment**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 05 | **Sanford Berens** | Describe debtor's property that is subject to a lien | **$69,333.33** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Trade debt** | | |

**5 Benedictine Retreat**
**Savannah, GA 31411**

Creditor's mailing address

**Describe the lien**

**berenss@me.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed **as to Priority**

---

| 2.1 06 | **Scott M. Goodman** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **2007 Bentley Continental GTC** | | |
| | | **VIN#SCBDR33W77C044260** | | |

**2250 Parkside Street**
**Boca Raton, FL 33486**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **Chariots of Palm Beach, Inc.**
Name

Case number (if know)    **17-19455-PGH**

---

**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 07 | **Sengkieg Kith** | | | | Unknown | Unknown |

Creditor's Name

**1070 Kenneth Street**
**Eagan, MN 55121**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2017 Mercedes Benz C300**
**VIN#WDDWJ4JB1HF444954**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 08 | **Shirlee Glahn and Robert Zimmer** | | | | Unknown | Unknown |

Creditor's Name

**P.O. Box 6513**
**Delray Beach, FL 33482**
Creditor's mailing address

**lexz1re@gmail.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2015 Jeep Wrangler Rubicon**
**VIN#1C4BJWFG9FL6637618**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 09 | **Stephen D. Haymes** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 40 of 47

Debtor  **Chariots of Palm Beach, Inc.**
_____
Name                                                    Case number (if know)  **17-19455-PGH**

Creditor's Name                                         **1974 Jaguar SKE**
                                                        **VIN: UE1S25885**
**68 Quogue**
**Quogue, NY 11959**
_____
Creditor's mailing address                              **Describe the lien**
                                                        **Consignment**
                                                        **Is the creditor an insider or related party?**
_____                        ☑ No
Creditor's email address, if known                      ☐ Yes
                                                        **Is anyone else liable on this claim?**
**Date debt was incurred**                              ☑ No
**Opened 5/17/2017**                                    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                       **As of the petition filing date, the claim is:**
**interest in the same property?**                      Check all that apply
☑ No                                                    ☐ Contingent
☐ Yes. Specify each creditor,                           ☐ Unliquidated
including this creditor and its relative                ☐ Disputed
priority.

---

| 2.1 10 | **Steve Mosites** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name                                         **2015 Mercedes Benz SL400**
                                                        **VIN#WDDJK6FA0FF031536**
**12029 SE Crestview Place**
**Jupiter, FL 33469**
_____
Creditor's mailing address                              **Describe the lien**
                                                        **Title Claim**
                                                        **Is the creditor an insider or related party?**
_____                        ☑ No
Creditor's email address, if known                      ☐ Yes
                                                        **Is anyone else liable on this claim?**
**Date debt was incurred**                              ☑ No
                                                        ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                       **As of the petition filing date, the claim is:**
**interest in the same property?**                      Check all that apply
☑ No                                                    ☐ Contingent
☐ Yes. Specify each creditor,                           ☐ Unliquidated
including this creditor and its relative                ☐ Disputed
priority.

---

| 2.1 11 | **Tanya Marie Maximoff** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name                                         **2011 Mercedes Benz  C300**
                                                        **VIN#WDDGF5EBXBA528801**
**92 Burnham Road**
**Morris Plains, NJ 07950**
_____
Creditor's mailing address                              **Describe the lien**
                                                        **Title Claim**
                                                        **Is the creditor an insider or related party?**
_____                        ☑ No
Creditor's email address, if known                      ☐ Yes
                                                        **Is anyone else liable on this claim?**
**Date debt was incurred**                              ☑ No
                                                        ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                       **As of the petition filing date, the claim is:**
**interest in the same property?**                      Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Chariots of Palm Beach, Inc. | | Case number (if know) | 17-19455-PGH |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1**
**12**

**Theodore R. Casey**

Creditor's Name

**17400 Woods Edge Drive**
**Dallas, TX 75287**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1989 Aston Martin V8 Volante**
**VIN#SCFCV81C9KTL15730**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

---

**2.1**
**13**

**Thomas William Brown**

Creditor's Name

**6101 Central Avenue**
**Saint Petersburg, FL 33710**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2012 Bentley Continental GTC**
**VIN#SCBGR3ZA2CC077427**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

---

**2.1**
**14**

**Todd F. Turchin**

Creditor's Name

**1495 Windjammer Way**
**Hollywood, FL 33019**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2016 Porsche Spyder**
**VIN#WP0CC2A8XGS152399**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**

Unknown     Unknown

---

Debtor    **Chariots of Palm Beach, Inc.**
_____
Name

Case number (if know)    **17-19455-PGH**

---

**Date debt was incurred**

**Last 4 digits of account number**

☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 15 | **Walter Henry Kamp III** | | |
|---|---|---|---|

Creditor's Name

**11622 Fir Street**
**Palm Beach Gardens, FL**
**33410**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2014 Prosche Carrera**
**VIN#WP0CA2A99ES140501**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

---

| 2.1 16 | **Wendy Sue Berndt** | | |
|---|---|---|---|

Creditor's Name

**10306 East 94th Court**
**North**
**Owasso, OK 74055**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2012 Mercedes Benz ML550**
**VIN#4J0DA7DB0CA060843**

**Describe the lien**
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

---

| 2.1 17 | **William G. Frick** | | |
|---|---|---|---|

Creditor's Name

**18 St. George Place**
**Palm Beach Gardens, FL**
**33418**

**Describe debtor's property that is subject to a lien**
**2016 Mercedes Benz CLS400**
**VIN#WDDLJ6FB4GA173536**

Unknown    $0.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 43 of 47

Debtor   **Chariots of Palm Beach, Inc.**
_____   Case number (if know)   **17-19455-PGH**
Name

Creditor's mailing address

| Describe the lien |
| **Title Claim** |

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 18 | **William H. Binnie** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**2011 Bentley Continental GTC**
**VIN#SCBDR3ZA2BC066963**

**1314 North Ocean Drive**
**Gulfstream, FL 33483**

Creditor's mailing address

Describe the lien
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 19 | **William Hang Chan** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**2014 Mercedes Benz E350**
**VIN#WDDHG5KB1EA969522**

**Park Gate Road**
**Nassau Bahamas**

Creditor's mailing address

Describe the lien
**Title Claim**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if know) | **17-19455-PGH** |
|---|---|---|---|
| | Name | | |

---

**2.1
20**

**William V. Mauro**
Creditor's Name

**107 Harbourside Circle
Jupiter, FL 33477-9316**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**
**Opened 5/2/2017**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
[✔] No
[ ] Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2016 Chevrolet Corvette**
**VIN: 1G1YS2D64G56000159**


**Describe the lien**
**Consignment**
**Is the creditor an insider or related party?**
[✔] No
[ ] Yes
**Is anyone else liable on this claim?**
[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

| Unknown | Unknown |
|---|---|

---

**2.1
21**

**Wolf Von Falkenberg**
Creditor's Name

**1356 North Ocean
Boulevard
Palm Beach, FL 33480**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**
**Opened 3/31/2014**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
[✔] No
[ ] Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2004 Maybach 62**
**VIN: WDBVG78J14A000949**


**Describe the lien**
**Consignment**
**Is the creditor an insider or related party?**
[✔] No
[ ] Yes
**Is anyone else liable on this claim?**
[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

| Unknown | Unknown |
|---|---|

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $16,598,997.51 |
|---|

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Allan J. Weiner, Esq.
Kelley Drye & Warren LLP
3050 K Street, NW
Washington, DC 20007-5108** | Line **2.2** | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Chariots of Palm Beach, Inc. | Case number (if know) | 17-19455-PGH |
|--------|------------------------------|-----------------------|--------------|
|        | Name                         |                       |              |

| | | |
|---|---|---|
| Andrew Fulton, Esq.<br>Kelley & Fulton, LP<br>1665 Palm Beach Lakes Blvd., Suite 1000<br>West Palm Beach, FL 33401 | Line  **2.93** | |
| Berger Singerman<br>Att: David Gay<br>350 East Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301 | Line  **2.80** | |
| Berger Singerman<br>Att: Ashley Dillman Bruce<br>350 East Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301 | Line  **2.80** | |
| Cary A. Lubetsky, Esq.<br>Krinzman, Huss & Lubetsky, LLP<br>800 Brickell Avenue, Suite 1501<br>Miami, FL 33131 | Line  **2.15** | |
| Daniel Jack Keegan<br>151 Shore Drive<br>Riviera Beach, FL 33404 | Line  **2.19** | |
| Dealer Services Corporation<br>11555 North Meridian<br>Suite 220<br>Carmel, IN 46032 | Line  **2.80** | |
| First Corporate Solutions, Inc.<br>914 S Street<br>Sacramento, CA 95811 | Line  **2.64** | |
| Flagler Bank<br>Att: Jose Cano<br>555 Northlake Boulevard<br>North Palm Beach, FL 33408 | Line  **2.29** | |
| Fox Rothschild, LLP<br>222 Lakeview Avenue<br>#700<br>West Palm Beach, FL 33401 | Line  **2.81** | |
| J. Jerome Miller, Esq.<br>Miller, Walker & Austin<br>319 South Sharon Amity Road<br>Suite 350<br>Charlotte, NC 28211 | Line  **2.8** | |
| Law Offices of Julianne Frank, Esq.<br>4495 Military Trail<br>Suite 107<br>Jupiter, FL 33458 | Line  **2.1** | |
| LOD Loans One, LLC<br>329 W. 18th Street<br>Suite 601<br>Chicago, IL 60616 | Line  **2.64** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 46 of 47

| Debtor | Chariots of Palm Beach, Inc. | Case number (if know) | 17-19455-PGH |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| Mario Gazzola, Esq.<br>Pavia & Harcourt LLP<br>230 Park Avenue, 24th Floor<br>New York, NY 10169 | Line | 2.97 |
| Moskowitz, Mandell, Salim & Simowitz<br>Att: William G. Salim, Jr., Esq.<br>800 Corporate Drive<br>Suite 500<br>Fort Lauderdale, FL 33334 | Line | 2.61 |
| Nextgear Capital, Inc.<br>11799 North College Avenue<br>Carmel, IN 46032 | Line | 2.80 |
| Nextgear Capital, Inc.<br>Att: Christopher Michael Trapp<br>1320 City Center Drive<br>Suite 100<br>Carmel, IN 46032-3816 | Line | 2.80 |
| Nextgear Capital, Inc.<br>Att: Sanford H. Schwartz<br>6205-A Peachtree Dunwoody Road<br>Atlanta, GA 30328 | Line | 2.80 |
| Ramrod LLC<br>436 Addison Square<br>Kalispell, MT 59901 | Line | 2.89 |
| Richard Donald Hodgson<br>200 Beach Road<br>Jupiter, FL 33469 | Line | 2.54 |
| Route 66 HF Holdings, LLC<br>118 King Street<br>2nd Floor<br>Alexandria, VA 22314 | Line | 2.64 |
| Wolf Von Falkenburg<br>4906 N. Flagler Drive A<br>West Palm Beach, FL 33407 | Line | 2.121 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

*Gilison Cars*

| DATE | AMOUNT | INTEREST RATE (%) | CAR YEAR | MAKE | VIN# | | BODY STYLE | Company Inventory | Bank Inventory |
|---|---|---|---|---|---|---|---|---|---|
| 5/8/2017 | 110,000.00 | 9.5 | 1989 | ASTIN MARTIN | SCFCVB1C9KTL15730 | | V8 VOLANTE | | |
| 4/21/2016 | 78,000.00 | 9.5 | 2008 | BENTLEY | SCBDR33W68C053212 | | GTC | | |
| 10/20/2016 | 65,000.00 | 9.5 | 2002 | BENTLEY | SCBZK22E42CX010005 | | AZURE | | FLAGLER |
| 5/22/2017 | 152,000.00 | 9.5 | 2016 | BENTLEY | SCBET92A2G8050961 | NO TITLE | FIX SPUR | | |
| 5/30/2017 | 130,000.00 | 9.5 | 2013 | BENTLEY | SCBGR37A7DC079353 | | CONTINENTAL | | |
| 5/22/2017 | 100,000.00 | 9.5 | 2014 | BENTLEY | SCBGH3ZA0EC040897 | | CONTINENTAL | | |
| 4/28/2017 | 142,300.00 | 9.5 | 2014 | BENTLEY | SCBGH3ZA0EC040897 | COPY ONLY OF TITLE | CONV | | |
| 5/11/2017 | 70,000.00 | 9.5 | 2008 | BENTLEY | SCBDR33W58C053282 | | GTC | | |
| 6/9/2017 | 71,000.00 | 9.5 | 2009 | BENTLEY | SCBCR73WX9C059602 | | GTC | | |
| 6/6/2017 | 70,000.00 | 9.5 | 2008 | BENTLEY | SCBDR33W38C052017 | | GTC | | |
| 6/5/2017 | 58,000.00 | 9.5 | 2006 | BENTLEY | SCBCR63W76C037210 | | MULLINER | | |
| 6/14/2017 | 60,000.00 | 9.5 | 2015 | CADILLAC | 1GYS3JKJXFR254406 | | ESCALADE | | |
| 5/26/2016 | 120,000.00 | 9.5 | 2007 | FERRARI | 2FFEW59AX70153977 | | F430 SPIDER | | |
| 12/13/2016 | 60,000.00 | 9.5 | 1995 | FERRARI | ZFFPR48A0S0104338 | | F33 | | |
| 6/21/2017 | 37,500.00 | 9.5 | 2017 | JAGUAR | SAJAJ4BV5HA970144 | | XE | | |
| 6/29/2017 | 27,000.00 | 9.5 | 2007 | MASERATI | ZAMCE39A970028235 | | QP | | |
| 6/29/2017 | 86,000.00 | 9.5 | 2014 | MASERATI | ZAM45MMA9E0077255 | | GTC | | |
| 6/23/2017 | 37,000.00 | 9.5 | 2007 | MASERATI | ZAMCE39A770026291 | | QP | | |
| 5/8/2017 | 24,000.00 | 9.5 | 2006 | MASERATI | ZAMEC39A860026684 | | G.SPORT | | |
| 4/10/2017 | 40,500.00 | 9.5 | 2016 | MERCEDES-BENZ | WDDLJ6FB4GA173536 | | 4S | | |
| 6/16/2016 | 35,000.00 | 9.5 | 2013 | MERCEDES-BENZ | 4JGDA5JB6DA166837 | | ML 350 | INVENTORY | |
| 9/23/2014 | 24,500.00 | 9.5 | 2011 | MERCEDES-BENZ | WDDGF5EBX8A528801 | | C CLASS | | |
| 3/2/2017 | 44,000.00 | 9.5 | 2009 | MERCEDES-BENZ | WDBSK71F89F152793 | | SL 63 | | |
| 6/20/2017 | 26,300.00 | 9.5 | 2011 | MERCEDES-BENZ | 4JGDA7DB0CA060843 | | ML 550 | | |
| 6/16/2017 | 30,500.00 | 9.5 | 2011 | MERCEDES-BENZ | WDDHH8HB8A287506 | | E 350 | | |
| 5/30/2017 | 66,500.00 | 9.5 | 2014 | MERCEDES-BENZ | WDDUG8CB0EA039798 | | S 550 | | |
| 4/21/2017 | 55,800.00 | 9.5 | 2014 | MERCEDES-BENZ | WDDJK7DA7EF025470 | | SL 550 | | |
| 4/21/2017 | 50,700.00 | 9.5 | 2016 | MERCEDES-BENZ | WDDIK6FA2GF041003 | | SL 400 | | |
| 5/1/2017 | 48,000.00 | 9.5 | 2016 | MERCEDES-BENZ | WDDHH8JB1G178014 | | CLA | | ANCHOR/FLAGLER |
| 5/8/2017 | 24,500.00 | 9.5 | 20410 | MERCEDES-BENZ | WDDNG7BB7AA289078 | | S 550 | | |
| 6/5/2017 | 46,000.00 | 9.5 | 2012 | MERCEDES-BENZ | WDDNG7EB4CA432244 | | 4D | | |
| 5/11/2017 | 33,000.00 | 9.5 | 2010 | MERCEDES-BENZ | WDDNG7BB0AA291870 | | 4D | | |
| 5/11/2017 | 30,000.00 | 9.5 | 2014 | MERCEDES-BENZ | WDDSJ4EB7EN057271 | | 4D | | |
| 5/16/2017 | 57,000.00 | 9.5 | 2013 | MERCEDES-BENZ | WDDJK7DA2DF013576 | | SL 550 | | |
| 6/7/2017 | 20,000.00 | 9.5 | 2011 | MERCEDES-BENZ | WDDJ7C88BF107184 | | E 350 | INVENTORY | |
| 6/7/2017 | 44,000.00 | 9.5 | 2013 | MERCEDES-BENZ | WDDEJ9EB1DA030583 | | CL 550 | | |
| 6/6/2017 | 37,000.00 | 9.5 | 2012 | MERCEDES-BENZ | WDDNG7DB5CA471314 | | S 550 | | |
| 6/6/2017 | 20,000.00 | 9.5 | 2012 | MERCEDES-BENZ | WDDPK4HA0CF043581 | | SLK 350 | | |
| 3/28/2017 | 25,000.00 | 9.5 | 2014 | MERCEDES-BENZ | WDDHF5KB1EA969522 | | E 350 | | |
| 4/28/2016 | 72,000.00 | 9.5 | 2005 | MORGAN | SA9AR281050J00382 | | ROADSTER | | |
| 6/23/2017 | 49,500.00 | 9.5 | 2001 | MORGAN | SA9CE28361100253S | | PLUS 8 | | |
| 1/20/2016 | 66,000.00 | 9.5 | 2011 | PORSCHE | WP0CB2A918S754161 | | C4S | | |
| 9/9/2016 | 32,000.00 | 9.5 | 2007 | PORSCHE | WP0CB8299775776516 | | CARRERA S | | |
| 5/30/2017 | 52,000.00 | 9.5 | 2011 | PORSCHE | WP0AB2A94BS720996 | | CARRERA S | | |
| 6/16/2017 | 58,500.00 | 9.5 | 2007 | PORSCHE | WP0AD299X7S783168 | | 911 TURBO | | |
| 6/16/2017 | 30,000.00 | 9.5 | 2006 | PORSCHE | WP0CA299X6S756276 | | 911 | | |
| 4/21/2017 | 92,000.00 | 9.5 | 2015 | PORSCHE | WP0CC2A8XGS152399 | | SPYDER | | |
| 4/28/2017 | 40,500.00 | 9.5 | 2007 | PORSCHE | WP0AA29937S711382 | NO INT LISTED | 911 | | |
| 4/25/2017 | 80,000.00 | 9.5 | 2017 | PORSCHE | WP0CA2A98HS141580 | | 911 | | |
| 5/1/2017 | 32,800.00 | 9.5 | 2008 | PORSCHE | WP0BB2499185755061 | | TARGA | | |
| 5/30/2017 | 42,000.00 | 9.5 | 2012 | PORSCHE | WP0CB2A83CS730209 | | BOXTER S | | |
| 4/6/2017 | 11,980.00 | 9.5 | 1999 | PORSCHE | WP0CA2983XU631897 | | BOXTER | INVENTORY | |
| 7/7/2017 | 120,000.00 | 9.5 | 2017 | PORSCHE | WP0AD2A94H5166149 | | 911 | | |
| 5/26/2016 | 195,000.00 | 9.5 | 2010 | ROLLS ROYCE | SCA682D57AUX16528 | | PHANTOM | | |

  3,120,380.00

CHARIOTS OF  PALM BEACH INC

LENDER ANALYSIS

ANCHOR

6/30/2017

| YEAR | MANUFACTURER | MODEL | STOCK # | VIN # | AMOUNT | PURCHASE | NDA/BLK BK | MAX ALLOWED | DATE | ON PREMISES | OTHER CLAIMS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | MORGAN | | P8486 | OO4057 | $83,250.00 | $90,000.00 | $198,000.00 | $83,250.00 | 6/29/2017 | NO | |
| 2006 | ASTON MARTIN | | P8998 | C01871 | $46,250.00 | $50,000.00 | $58,500.00 | $46,250.00 | 6/29/2017 | NO | |
| 2014 | MERZ | | P8524A | O22701 | $59,542.00 | $69,500.00 | $64,675.00 | $64,287.50 | 6/26/2017 | NO | |
| 2013 | MERZ | | P8713 | O20380 | $44,540.00 | $48,500.00 | $53,925.00 | $44,862.50 | 6/26/2017 | NO | |
| 2010 | MERZ | | P8410 | 297005 | $29,850.00 | $32,300.00 | $32,275.00 | $29,877.50 | 6/26/2017 | NO | |
| 2013 | BENTLEY | | P8524A | 082121 | $115,163.00 | $124,500.00 | $119,600.00 | $110,630.00 | 6/22/2017 | NO | |
| 2010 | MORGAN | | M6826 | OO4103 | $116,575.00 | $139,000.00 | $198,000.00 | $128,575.00 | 6/13/2017 | NO | |
| 2013 | BMW | | P7634A | G66810 | $53,250.00 | $73,000.00 | $57,550.00 | $53,233.75 | 5/25/2017 | NO | |
| 2011 | MORGAN | | M7935 | OO4110 | $124,875.00 | $135,000.00 | $198,000.00 | $124,875.00 | 5/24/2017 | NO | |
| 2012 | BMW | | P8116A | L70843 | $43,000.00 | $48,000.00 | $20,275.00 | $44,400.00 | 5/17/2017 | NO | |
| 2008 | BENTLEY | | P7486 | O51929 | $60,883.00 | $68,000.00 | $81,300.00 | $62,900.00 | 5/17/2017 | NO | |
| 2010 | MERZ | | P8186B | O24682 | $37,925.00 | $41,000.00 | $44,700.00 | $37,925.00 | 5/15/2017 | NO | |
| 2005 | BENTLEY | | P6558A | O25966 | $49,950.00 | $54,000.00 | $58,900.00 | $49,950.00 | 5/15/2017 | NO | |
| 2016 | MERZ | | P8666B | 178014 | $43,737.00 | $48,000.00 | $63,725.00 | $58,945.63 | 5/3/2017 | NO | |
| 2005 | ASTON MARTIN | | P8492 | A00017 | $44,000.00 | $48,000.00 | $49,600.00 | $44,400.00 | 5/3/2017 | NO | |
| 2013 | MERZ | | P8268A | 515829 | $39,300.00 | $42,500.00 | $45,100.00 | $41,717.50 | 5/3/2017 | NO | |

TOTAL  $ 992,090.00  $1,111,300.00  $ 1,344,125.00  $ 1,026,080.30

FLAGLER

| YEAR | MANUFACTURER | MODEL | STOCK # | VIN # | AMOUNT FUNDED | PURCHASE PRICE | NDA/BLK BK | MAX ALLOWED @ | DATE ONLINE | ON PREMISES | OTHER CLAIMS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | Porsche | 911 Carrera | P8763 | WP0AB2A9XBS720341 | $ 45,000.00 | $ 50,000.00 | | | 04/04/17 | NO | |
| 2011 | Maserati | Gran Turismo | P8764 | ZAM45KMA3B0055994 | $ 63,000.00 | $ 70,000.00 | | | 04/04/17 | NO | |
| 2013 | Porsche | Panamera 4 | P8762 | WP0AA2A74DL012603 | $ 45,180.00 | $ 50,200.00 | | | 04/04/17 | NO | |
| 2012 | Porsche | Carrera S | P8777 | WP0AB2A95CS121431 | $ 52,200.00 | $ 58,000.00 | | | 04/13/17 | NO | |
| 2014 | Porsche | Panamera 4 | P8778 | WP0AA2A71EL010650 | $ 49,320.00 | $ 56,000.00 | | | 04/13/17 | NO | |
| 2015 | Mercedes | S550 | P8779 | WDDUG8CB9FA099189 | $ 67,320.00 | $ 74,800.00 | | | 04/13/17 | NO | |
| 2016 | Aston Martin | DB9 GT | P8347A | SCFFDAPN7GGB16896 | $ 156,059.00 | $ 175,000.00 | | | 04/24/17 | NO | |
| 2015 | Jaguar | XKKConv | P8470 | SAJWA4GB4FLB56737 | $ 58,208.00 | $ 64,675.00 | | | 04/25/17 | NO | |
| 2002 | Porsche | 911 Carrera | C8301B | WP0AB29963S686886 | $ 31,253.00 | $ 34,725.00 | | | 04/26/17 | NO | |
| 2008 | Mercedes | S63 AMG | C8362 | WDDNG77X58A209193 | $ 25,200.00 | $ 28,000.00 | | | 05/04/17 | NO | |
| 2009 | Audi | R8 | P6949A | WUAAU342X9N001164 | $ 79,200.00 | $ 88,000.00 | | | 05/04/17 | NO | |
| 2007 | Bentley | Azure Conv | C7413 | SCB DC47L27CX12490 | $ 81,000.00 | $ 90,000.00 | | | 05/04/17 | NO | |
| 2002 | Bentley | Azure Conv | P8062B | SCB2K2GE42CX01005 | $ 47,564.00 | $ 64,000.00 | | | 05/04/17 | NO | |
| 2014 | Lexus | LS 460 | P8157 | JTHGL5EF2E5052318 | $ 49,568.00 | $ 55,075.00 | | | 05/16/17 | NO | |
| 2009 | BMW | X5 | P8700A | 5UXFE43589L262580 | $ 13,950.00 | $ 15,560.00 | | | 05/16/17 | NO | |
| 2006 | Porsche | 911 Carrera | P6411 | WP0CA29986S755529 | $ 30,465.00 | $ 33,850.00 | | | 05/16/17 | NO | |
| 2014 | Mercedes | S550 | P8346 | WDDUG8CB6EA009267 | $ 60,953.00 | $ 67,725.00 | | | 05/16/17 | NO | |
| 2016 | Mercedes | S550 | P8539 | WDDUG8CBXGA263969 | $ 77,422.00 | $ 86,025.00 | | | 05/17/17 | NO | |
| 2006 | Porsche | 911 Carrera | P7614A | WP0AB29966S741052 | $ 30,600.00 | $ 34,000.00 | | | 05/17/17 | NO | |
| 2013 | Jaguar | XJ | P8200A | SAJWA1C7D5D8V56593 | $ 36,000.00 | $ 40,000.00 | | | 05/17/17 | NO | |
| 2016 | Mercedes | E350 4D | P8666B | WDDHH8JB1GB178014 | $ 42,795.00 | $ 47,550.00 | | | 05/17/17 | NO | |
| 2016 | Rolls Royce | Wraith | P8661 | SCA665C51GUX86012 | $ 229,500.00 | $ 255,000.00 | | | 05/19/17 | NO | |
| 2010 | Rolls Royce | Ghost | P8661B | SCA664S51AUX48735 | $ 99,000.00 | $ 110,000.00 | | | 05/23/17 | NO | |
| 2012 | Porsche | 911 Carrera | C8110A | WP0AA2A96CS106164 | $ 50,130.00 | $ 55,700.00 | | | 05/24/17 | NO | |
| 2007 | Bentley | Cont GT | P8276 | SCBCR73W77C043953 | $ 57,600.00 | $ 64,000.00 | | | 05/24/17 | NO | |
| 2002 | BMW | Z8 | C3698 | WBAEJ134X2AH61770 | $ 128,763.00 | $ 145,000.00 | | | 05/25/17 | NO | |
| 2015 | Jeep | Wrangler | P8716A | 1C4BJWFG9FL637618 | $ 30,600.00 | $ 34,000.00 | | | 06/05/17 | NO | |
| 2010 | Porsche | 911 Carrera | P8761 | WP0CB2A90AS754425 | $ 39,600.00 | $ 44,000.00 | | | 06/05/17 | NO | |
| 2007 | Bentley | Cont GT | P8719A | SCBDR33W77C049586 | $ 51,300.00 | $ 57,000.00 | | | 06/05/17 | NO | |
| 2013 | Bentley | Cont GTC | P8340 | SCBGR3ZA1DC078781 | $ 108,000.00 | $ 138,000.00 | | | 06/05/17 | NO | |
| 2014 | Porsche | 911 Carrera | P8608 | WP0CA2A9XES040443 | $ 55,440.00 | $ 61,600.00 | | | 06/08/17 | NO | |
| 2013 | BMW | M6 2dr cpe | C7566A | WBSLX9CX5DC968530 | $ 38,925.00 | $ 43,250.00 | | | 06/13/17 | NO | |

| Year | Manufacturer | Model | Stock # | VIN # | Amount Funded | | Date | On Premises | Other Claims |
|---|---|---|---|---|---|---|---|---|---|
| 2012 | Bentley | Cont Sprsprts cpe | C8767 | SCBGR3ZA2CC077427 | $ 90,000.00 | $ 100,000.00 | 06/13/17 | YES | NEXT GEAR /CONSIGNOR |
| 2013 | Porsche | 911 Carrera | P8756 | WP0CA2A95DS140140 | $ 48,690.00 | $ 54,100.00 | 06/13/17 | NO | |
| 2015 | Mercedes | SL400 2D | P8733 | WDDJK6FA6FF036689 | $ 50,917.00 | $ 56,575.00 | 06/23/17 | NO | NEXT GEAR |
| 2013 | Land Rover | Range Rover | P8666A | SALGS2EF6DA100758 | $ 56,655.00 | $ 62,950.00 | 06/27/17 | YES | |
| 2013 | BMW | M3 3D | C8301C | WBSKG9C58DJ592806 | $ 36,337.00 | $ 40,375.00 | 06/27/17 | NO | |

| TOTAL | | | | | $ 2,313,714.00 | $ 2,604,735.00 |
|---|---|---|---|---|---|---|

LEGACY BANK

| YEAR | MANUFACTURER MODEL | STOCK # | VIN # | AMOUNT FUNDED | PURCHASE PRICE | NDA/BLK BK | MAX ALLOWED @ | DATE ONLINE | ON PREMISES | OTHER CLAIMS |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2016 MERZ (SILVER) | | 4JGDF7EE4GA661687 | $ 132,175.00 | $ 82,350.00 | | | 4/27/2017 | NO | |
| | 2011 Maserati | | ZAM45KLA8B0056205 | $ 52,500.00 | $ 47,250.00 | | | 5/4/2017 | NO | |
| | 2013 BMW | | WBSLZ9C52DD278022 | $ 58,000.00 | $ 47,700.00 | | | 5/10/2017 | NO | |
| | 2014 NISSAN (BLACK) | | JN1AR5EF0EM271518 | $ 79,275.00 | $ 71,347.50 | | | 5/22/2017 | NO | |
| | 2013 MASERATI (BLACK) | | ZAM45MA9D0067310 | $ 81,000.00 | $ 61,200.00 | | | 5/22/2017 | NO | |
| | 2013 MASERATI (BLUE) | | ZAM45MA4D0066937 | $ 79,000.00 | $ 49,950.00 | | | 5/23/2017 | NO | |
| | 2014 MERZ (BLACK) | | WDDKK5KF3EF236847 | $ 36,350.00 | $ 32,715.00 | | | 5/23/2017 | NO | |
| | 2015 PORSCHE (BLUE) | | WP0AB2A96ES124391 | $ 107,000.00 | $ 83,700.00 | | | 5/23/2017 | NO | |
| | 2014 Merz (Silver) | | WDDKK5KF2EF241442 | $ 41,050.00 | $ 37,665.00 | | | 5/20/2017 | NO | |
| | 2007 Bentley (silver) | | SCBBR93WX78040197 | $ 50,500.00 | $ 45,450.00 | | | 5/26/2017 | NO | |
| | 2014 PORSCHE (BLUE) | | WP0AA2A95ES107053 | $ 67,600.00 | $ 60,300.00 | | | 6/8/2017 | NO | |
| | 2002 BENTLEY (TAN) | | SCBZK22E42CX01036 | $ 54,000.00 | $ 48,600.00 | | | 6/9/2017 | NO | |
| | 2014 MERZ (SILVER) | | WDDUG8CB0EA043624 | $ 69,725.00 | $ 62,752.50 | | | 6/9/2017 | YES | NONE |
| | 2011 BENTLEY (DARK BLUE) | | SCBDR3Z42BC066963 | $ 91,500.00 | $ 76,500.00 | | | 6/9/2017 | NO | |
| | 2014 MERZ (WHITE) | | WDDKK5KF5EF234579 | $ 36,350.00 | $ 32,715.00 | | | 6/9/2017 | NO | |
| | 2016 BENTLEY (BLUE) | | SCBEC9ZA7GC053397 | $ 201,000.00 | $ 189,100.00 | | | 6/15/2017 | NO | |
| | 1998 MORGAN (GREEN) | | SA9AR02R7WS200996 | $ 34,500.00 | $ 31,050.00 | | | 6/15/2017 | NO | |
| | 2014 MERZ (BLACK) | | WDDJK7DA7EF025207 | $ 75,350.00 | $ 50,850.00 | | | 6/15/2017 | NO | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2016 LAND ROVER | SALAG2V6XGA801122 | $57,600.00 | | | 6/15/2017 | NO |
| 2015 MERZ (BLACK) | WDDUG8CB1FA152810 | $77,200.00 | $53,200.00 | | 6/21/2017 | NO |
| 2011 ROLL ROYCE GHOST (SLUE) | SCA664S51BUX50129 | $130,000.00 | $104,000.00 | | 6/29/2017 | NO |
| 2013 MERZ (SILVER) | WDDJK7EA9DF013525 | $83,650.00 | $57,040.00 | | 7/10/2017 | NO |
| 2008 BENTLEY (BLACK/BEIGE) | SCBDR33W88C051767 | $66,000.00 | $46,000.00 | | 7/13/2017 | NO |

| | | |
|---|---|---|
| TOTAL | $1,763,325.00 | $1,320,935.00 |

NEXT GEAR          CHARIOTS

| YEAR MANUFACTURER MODEL | STOCK # | VIN # | AMOUNT FUNDED | PURCHASE PRICE | NDA/BLK BK | MAX ALLOWED @ | DATE ONLINE | ON PREMISES | OTHER CLAIMS |
|---|---|---|---|---|---|---|---|---|---|
| 2014 Merc GL C | | 4JGDF7DE4EA292361 | | $56,250.00 | | | 10/27/2016 | YES | |
| 2013 Merc E CL | | WDDKK5KF8DF183092 | | 29,075.00 | | | 12/16/2016 | YES | |
| 2015 BMW S-Se | | WBA5B1C59FG128814 | | 40,500.00 | | | 1/12/2017 | YES | |
| 2013 Roll Ghos | | SCA664S9DUX52083 | | 147,000.00 | | | 1/19/2017 | NO | |
| 2015 Land Rang | | SALG52T9FA221775 | | 85,000.00 | | | 1/26/2017 | NO | |
| 2017 Merc E-CL | | WDDKK6F0HF352978 | | 62,500.00 | | | 2/3/2017 | YES | |
| 2017 Pors 911 | | WP0AB2A94HS123517 | | $102,450.00 | | | 8/1/2017 | YES | |
| 1966 Aust 3000 | | HB38L33872 | | $62,000.00 | | | 5/3/2017 | YES | |
| 2015 Merc S CL | | WDDXJ8F85FA009644 | | $85,000.00 | | | 5/8/2017 | YES | |
| 2010 Bent Cont | | SCBCU8ZA4AC064105 | | $99,000.00 | | | 5/8/2017 | YES | |
| 2016 Merc GL-C | | 4JGDF7EE9GA687721 | | $89,000.00 | | | 5/9/2017 | YES | |
| 2016 Chev Corv | | 1G1YS2D64G5600159 | | $70,000.00 | | | 5/17/2017 | YES | CONSIGNOR |
| 2017 Pors 911 | | WP0AD290HS166844 | | $152,150.00 | | | 5/18/2017 | YES | |
| 2015 Suba XV C | | JF2GPAMCXF8233710 | | $20,000.00 | | | 5/23/2017 | YES | |
| 2017 Pors Maco | | WP1AB2A53HLB12702 | | $57,000.00 | | | 5/23/2017 | YES | |
| 2015 Merc GL C | | 4JGDF6EE1FA491653 | | $46,600.00 | | | 5/23/2017 | YES | |
| 2016 BMW M4 | | WBS3R9C5XGK337037 | | $60,000.00 | | | 5/26/2017 | YES | |
| 2015 Pors 911 | | WP0CB2A90FS154351 | | $96,500.00 | | | 5/31/2017 | NO | |

| Vehicle | VIN | Price | Date | YES/NO | |
|---|---|---|---|---|---|
| 2016 Merc AMG | WDDYJ7JA3GA000632 | $104,000.00 | 5/31/2017 | YES | |
| 2016 Bent Cont | SCBGH3ZA0GC054320 | $178,500.00 | 5/31/2017 | NO | |
| 2015 Pors 911 | WP0BB2A95FS135144 | $106,000.00 | 6/1/2017 | YES | |
| 2015 Pors 911 | WP0BS2A95FS135596 | $102,000.00 | 6/2/2017 | YES | |
| 2002 Pors 911 | WP0CA299S2S653955 | $18,900.00 | 6/2/2017 | YES | |
| 2008 Ferr 430 | ZFFEW59A080160504 | $120,000.00 | 6/2/2017 | YES | |
| 2016 Pors 911 | WP0BB2A90GS136199 | $110,000.00 | 6/5/2017 | YES | |
| 2016 BM M SE | WBS4S9C53GK578849 | $125,000.00 | 6/7/2017 | YES | |
| 2013 Merc SL C | WDDJK7DA5DF906167 | $55,000.00 | 6/9/2017 | YES | CONSIGNOR |
| 2007 Bent Cont | SCBDR33W77C044260 | $49,800.00 | 6/9/2017 | YES | |
| 2010 Pors Pana | WP0AB2A73AL063762 | $41,100.00 | 6/12/2017 | YES | |
| 1997 Pors 911 | WP0CA2991VS341474 | $49,000.00 | 6/12/2017 | YES | |
| 2017 Merc C-CL | WDDWJ4JB1HF444954 | $41,100.00 | 2/7/2017 | YES | |
| 2014 Merc E-CL | WDDKK5KF6EF265890 | $36,800.00 | 2/9/2017 | YES | |
| 2008 Bent Azur | SCBDC47L28CX12829 | $95,000.00 | 2/9/2017 | NO | |
| 2002 Morg Aero | SA9P84000041L2745 | $66,500.00 | 2/10/2017 | YES | |
| 2015 Bent FLYI | SCBET9ZA3FC042539 | $143,000.00 | 2/13/2017 | YES | |
| 2009 Pors 911 | WP0CA29949S740272 | $38,300.00 | 2/24/2017 | YES | |
| 2013 Asto DBB | SCFEDACMXDGA1A939 | $105,000.00 | 2/24/2017 | YES | |
| 2013 Bent Cont | SCBGT3ZA9DC085463 | $110,000.00 | 3/1/2017 | YES | |
| 2013 Merc S CL | WDDNG7DB7DA531952 | $39,275.00 | 3/2/2017 | YES | CONSIGNOR |
| 2014 Merc E CL | WDDKK5KF2EF255017 | $40,300.00 | 3/24/2017 | YES | |
| 2009 Merc CL C | WDDEJ86X59A020067 | $23,100.00 | 3/27/2017 | YES | |
| 2012 Merc CL C | WDDLJ7DB0CA037701 | $30,850.00 | 3/27/2017 | YES | |
| 2016 Pors Caym | WP0AA2A87GK170145 | $49,000.00 | 4/5/2017 | YES | |
| 2012 Bent Cont | SCBGR3ZA2CC077427 | $86,000.00 | 4/5/2017 | YES | |
| 2017 Pors 911 | WP0AB2A97HS123673 | $102,375.00 | 4/5/2017 | YES | |
| 2014 Bent Cont | SCBGT3ZA7EC092204 | $122,500.00 | 4/13/2017 | YES | |
| 2014 Pors 911 | WP0CA2A99ES140501 | $71,000.00 | 4/19/2017 | YES | |
| 2016 Land Rang | SALGV2EF3GA244795 | $105,000.00 | 4/19/2017 | YES | |
| 2014 Merc E CL | WDDHF5KB7EA890940 | $28,900.00 | 4/19/2017 | YES | CONSIGNOR |
| 2015 Bent Flyi | SCBET9ZA6FC042602 | $128,000.00 | 4/19/2017 | YES | |
| 2015 Pors 911 | WP0CB2A99FS143302 | $95,000.00 | 4/19/2017 | YES | |
| 2013 Land Rang | SALGS2EF6DA100758 | $62,275.00 | 4/21/2017 | YES | |
| 2015 BMW M6 G | WBS6C9C52FD467699 | $68,000.00 | 4/28/2017 | YES | |
| 2015 BMW MW | WBS3R9C50FK335554 | $57,000.00 | 5/1/2017 | YES | |
| 1999 Ferr F355 | ZFFXR48A8X0114445 | $58,000.00 | 6/12/2017 | NO | |
| 2015 Merc S CL | WDDUG8C30FA085763 | $61,000.00 | 6/13/2017 | NO | |
| 2006 Asto DB9 | SCFAD02A1BGG04662 | $43,700.00 | 6/16/2017 | NO | |
| 2016 Merc S cL | WDDXJ8FBTGA016631 | $95,000.00 | 6/16/2017 | NO | |
| 2013 Merc SL C | WDDJK7KCAXDF013845 | $88,000.00 | 6/20/2017 | YES | |

| | | | | |
|---|---|---|---|---|
| 2016 Pors 911 | WP0CD2A9XGS178264 | $146,000.00 | 6/20/2017 | YES |
| 2015 Lexu RO F | JTHHP5BC1FS001509 | $50,000.00 | 6/21/2017 | NO |
| 2016 Bent FLY1 | SCBET9ZAXGC058237 | $157,000.00 | 6/28/2017 | NO |
| 2008 Asto DB9 | SCFAD02A58GB09303 | $65,800.00 | 6/30/2017 | YES |
| 2015 Lexu RO F | JTHHP5BC6FS002400 | $47,800.00 | 7/3/2017 | YES |
| 2012 Ferr 458 | ZFF67NFA6C0183509 | $179,000.00 | 7/3/2017 | YES |
| 2015 Roll Ghos | SCA664S56FUX53176 | $190,000.00 | 7/6/2017 | NO |
| 2014 Pors 911 | WP0AB2A96ES122462 | $106,325.00 | 7/10/2017 | NO |
| 2017 Morg 3-WH | SA9NM2852HP202084 | $48,118.97 | 7/13/2017 | NO |

| TOTAL | $ 5,499,343.97 |
|---|---|

**Fill in this information to identify the case:**

Debtor name **Chariots of Palm Beach, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **17-19455-PGH**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| | | **$0.00** | **$0.00** |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|---|
| | **Anne M. Gannon**<br>**Constitutional Tax Collector**<br>**PO Box 3353**<br>**West Palm Beach, FL 33402-3353** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notification for:**<br>**Anne M. Gannon** |
| | Last 4 digits of account number **1632** | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|---|
| | **Division of Motorist Services**<br>**Bureau of Dealer Services**<br>**Motor Vehicle Field Operations**<br>**901 Northpoint Parkway, Ste 115 & 116**<br>**West Palm Beach, FL 33407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notification for:**<br>**Division of Motorist Services** |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | |

For 2.2: Total claim **$0.00**   Priority amount **$0.00**

| Debtor | **Chariots of Palm Beach, Inc.** | | Case number (if known) | **17-19455-PGH** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|
| | **Florida Department of Revenue** **PO Box 6668** **Att: Mark Hamilton** **Tallahassee, FL 32314-6668** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date or dates debt was incurred **7/2017** | Basis for the claim: **Sales Tax** |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Florida Office of Financial Regulation** **200 E. Gaines Street** **Tallahassee, FL 32399** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notification for:** **Florida Office of Financial Regulation** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service** **Centralized Insolvency Oper.** **PO Box 7346** **Philadelphia, PA 19101-7346** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Taxes** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes | | |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96,000.00** |
| | **Alexander P. & Winifred Aranyos** **3552 Jonathan's Harbour Drive** **Jupiter, FL 33447** | ☐ Contingent ☐ Unliquidated ☑ Disputed | |
| | Date(s) debt was incurred  **Opened 7/29/2013** | Basis for the claim:  **Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if known) | **17-19455-PGH** |
|---|---|---|---|
| | Name | | |

---

**3.2** | Nonpriority creditor's name and mailing address

**American Express**
PO Box 650448
Dallas, TX 75265-0448

Date(s) debt was incurred _
Last 4 digits of account number  **9001**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**
**Addtional Account No.: 96006**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,000.00**

---

**3.3** | Nonpriority creditor's name and mailing address

**Anchor Commercial Bank - Loan Ops**
11025 RCA Center Drive
Suite 101
Palm Beach Gardens, FL 33410

Date(s) debt was incurred _
Last 4 digits of account number  **6000**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bank Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,877.39**

---

**3.4** | Nonpriority creditor's name and mailing address

**Anchor Commercial Bank - Loan Ops**
11025 RCA Center Drive
Suite 101
Palm Beach Gardens, FL 33410

Date(s) debt was incurred _
Last 4 digits of account number  **6100**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bank Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,488.05**

---

**3.5** | Nonpriority creditor's name and mailing address

**Ardex of South Florida**
1801 N. Powerline Road
Pompano Beach, FL 33069

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$163.32**

---

**3.6** | Nonpriority creditor's name and mailing address

**AT&T**
PO Box 105262
Atlanta, GA 30348-5262

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Bill**

Is the claim subject to offset? ■ No  ☐ Yes

**$807.12**

---

**3.7** | Nonpriority creditor's name and mailing address

**AT&T**
PO Box 105262
Atlanta, GA 30348-5262

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Bill**

Is the claim subject to offset? ■ No  ☐ Yes

**$204.71**

---

**3.8** | Nonpriority creditor's name and mailing address

**Autotrader Specialty**
PO Box 934624
Atlanta, GA 31193-4624

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$299.00**

---

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if known) | **17-19455-PGH** |
|---|---|---|---|
| | Name | | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,609.00 |
|---|---|---|---|

**Carfax, Inc.**
**16630 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.00 |
|---|---|---|---|

**Carsforsale.Com, Inc.**
**PO Box 91537**
**Sioux Falls, SD 57109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.00 |
|---|---|---|---|

**Carswell Landscape**
**PO Box 14153**
**North Palm Beach, FL 33408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Chase Cardmember Service**
**PO Box 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **7120**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Chase Cardmember Service**
**PO Box 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **0882**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $406.18 |
|---|---|---|---|

**City of Palm Beach**
**PO Box 30000**
**Tampa, FL 33630-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **5739**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $655.34 |
|---|---|---|---|

**City of Palm Beach**
**PO Box 30000**
**Tampa, FL 33630-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **6105**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if known) | **17-19455-PGH** |
|---|---|---|---|
| | Name | | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**City of West Palm Beach Fire Rescue**
**PO Box 3366**
**West Palm Beach, FL 33402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191.68 |
|---|---|---|---|

**Comcast**
**PO Box 105184**
**Atlanta, GA 30348-5184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utility Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.72 |
|---|---|---|---|

**Corelogic Credco, LLC**
**PO Box 847070**
**Dallas, TX 75284-7070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,821.50 |
|---|---|---|---|

**Flagler Bank - Loan Dept**
**555 Northlake Boulevard**
**Suite 200**
**North Palm Beach, FL 33408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Bank Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $894.61 |
|---|---|---|---|

**Florida Power & Light**
**General Mail Facility**
**Miami, FL 33188-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utility Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.71 |
|---|---|---|---|

**Focus Four, LLC**
**PO Box 938793**
**Cincinnati, OH 45263-8793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **1370**

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Global Autosports**
**125 Park Avenue**
**25th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Chariots of Palm Beach, Inc.** | | Case number *(if known)* | **17-19455-PGH** |
|---|---|---|---|---|
| | Name | | | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,600.00** |
|---|---|---|---|
| | **J&S Marketing & Advertising**<br>**7711 Military Trail North**<br>**Suite 1000**<br>**Palm Beach Gardens, FL 33410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,150.00** |
|---|---|---|---|
| | **Mackail & Sterling, CPA's & Associates**<br>**636 U.S. Highway One**<br>**Suite 118**<br>**North Palm Beach, FL 33408** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42.80** |
|---|---|---|---|
| | **Massey Services, Inc.**<br>**PO Box 547668**<br>**Orlando, FL 32854-7668** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number  8974 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **McLaughlin & Stern LLP**<br>**525 Okeechobee Blvd., Suite 1700**<br>**West Palm Beach, FL 33401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  9005 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52.42** |
|---|---|---|---|
| | **Office Depot Business Credit**<br>**Dept. 56-4235348389**<br>**PO Box 78004**<br>**Phoenix, AZ 85062-8004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$418.78** |
|---|---|---|---|
| | **Palm Beach Network Associates, Inc.**<br>**1728 Sawgrass Circle**<br>**Greenacres, FL 33413** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190,000.00** |
|---|---|---|---|
| | **Privilege Underwriters Reciprocal Exchan**<br>**c/o Richard J. Maleski, Esq.**<br>**Cozen O'Connor**<br>**200 S. Biscayne Blvd., Suite 3000**<br>**Miami, FL 33131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  07/13/2017 | **Basis for the claim:** __Insurance Claim__ | |
| | Last 4 digits of account<br>number  Margaret Ann Krupa | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if known) | **17-19455-PGH** |
|---|---|---|---|
| | Name | | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.16 |
|---|---|---|---|

**Reynolds & Reynolds**
PO Box 182206
Columbus, OH 43218-2206

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.33 |
|---|---|---|---|

**Roger O. Isphording**
240 Nokomis Avenue South
Suite 200
Venice, FL 34285

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.00 |
|---|---|---|---|

**Superior Interiors c/o**
**Donna Cheatham**
6864 19th Drive South
Lantana, FL 33462-4010

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564,833.33 |
|---|---|---|---|

**Susan Gilison**
1233 Breakers West Blvd
Sands Point, NY 11050

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.67 |
|---|---|---|---|

**TGI Office Automation, Inc.**
120 3rd Street
Brooklyn, NY 11231

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,343.25 |
|---|---|---|---|

**United Healthcare Insurance Company**
Dept. CH 10151
Palatine, IL 60055-0151

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,954.27 |
|---|---|---|---|

**Universal Underwriters Insurance Company**
c/o Zurich American Insurance Company
P.O. Box 68549
Schaumburg, IL 60196

Date(s) debt was incurred _
Last 4 digits of account number  **9124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Obligations**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Chariots of Palm Beach, Inc.** | Case number (if known) | **17-19455-PGH** |
|---|---|---|---|
| | Name | | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.00 |
|---|---|---|---|
| | UPS<br>PO Box 7247-0001<br>Philadelphia, PA 19170-0001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,076.90 |
|---|---|---|---|
| | Windstream Communications<br>PO Box 9001950<br>Louisville, KY 40290-1950 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Utility Bill__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|
| | WPEC-TV c/o<br>WTTO/WABM TV<br>651 Beacon Parkway<br>Suite 105<br>Birmingham, AL 35209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|
| | WPTV<br>PO Box 116871<br>Atlanta, GA 30368 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __Opened 4/1/2017 Last Active 4/30/2017__<br>Last 4 digits of account number  __5548__ | Basis for the claim:  __Advertising__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|
| | WPTV<br>PO Box 864910<br>Orlando, FL 32886-4910 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __Opened 5/1/2017 Last Active 5/31/2017__<br>Last 4 digits of account number  __5549__ | Basis for the claim:  __Advertising__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|
| | WPTV<br>PO Box 864910<br>Orlando, FL 32886-4910 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __Opened 6/1/2017 - 6/30/2017__<br>Last 4 digits of account number  __5410__ | Basis for the claim:  __Advertising__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|
| | WPTV<br>PO Box 864910<br>Orlando, FL 32886-4910 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __Opened 7/1/2017 Last Active 7/31/2017__<br>Last 4 digits of account number  __5411__ | Basis for the claim:  __Advertising__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

| Debtor | **Chariots of Palm Beach, Inc.** | | Case number (*if known*) | **17-19455-PGH** |
|---|---|---|---|---|
| | Name | | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 943,047.24 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 943,047.24 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Chariots of Palm Beach, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **17-19455**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ☑ Operating a business <br> ☐ Other _____ | **$12,018,354.89** |
   | **For prior year:** From **1/01/2016** to **12/31/2016** | ☑ Operating a business <br> ☐ Other _____ | **$51,545,075.00** |
   | **For year before that:** From **1/01/2015** to **12/31/2015** | ☑ Operating a business <br> ☐ Other _____ | **$52,769,034.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- |
   |  |  |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   | --- | --- | --- | --- |
   |  |  |  |  |

Debtor    **Chariots of Palm Beach, Inc.**                     Case number *(if known)*  **17-19455**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Anchor Commercial Bank** **11025 RCA Center Drive** **Suite 101** **Palm Beach Gardens, FL 33410** | **5/1/2017,** **5/3/2017,** **5/15/2017,** **5/16/2017,** **5/24/2017,** **5/31/2017,** **6/13/2017,** **6/22/2017,** **6/26/2017,** **6/29/2017** | **$1,241,470.13** | ☑ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Flagler Bank** **555 Northlake Boulevard** **Suite 200** **North Palm Beach, FL 33408** | **5/3/2017,** **5/8/2017,** **5/15/2017,** **5/16/2017,** **5/19/2017,** **5/22/2017,** **5/30/2017,** **5/31/2017,** **6/2/2017,** **6/5/2017,** **6/8/2017,** **6/13/2017,** **6/22/2017,** **6/26/2017,** **6/29/2017,** **6/30/2017** | **$2,003,456.03** | ☑ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Legacy Bank of Florida** **2300 Glades Road** **Suite 140 West** **Boca Raton, FL 33431-8516** | **5/1/2017,** **5/3/2017,** **5/12/2017,** **5/15/2017,** **5/16/2017,** **5/19/2017,** **5/22/2017,** **5/23/2017,** **5/31/2017,** **6/8/2017,** **6/9/2017,** **6/14/2017,** **6/15/2017,** **6/16/2017,** **6/21/2017,** **6/26/2017,** **7/14/2017,** **7/17/2017** | **$1,815,236.69** | ☑ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Chariots of Palm Beach, Inc.**                                    Case number *(if known)*  **17-19455**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.4.  **NextGear Capital, Inc.**<br>**1320 City Center Drive**<br>**Suite 100**<br>**Carmel, IN 46032** | **4/30/2017,<br>5/1/2017,<br>5/2/2017,<br>5/8/2017,<br>5/15/2017,<br>5/22/2017,<br>5/23/2017,<br>5/26/2017,<br>5/31/2017,<br>6/5/2017,<br>6/8/2017,<br>6/9/2017,<br>6/13/2017,<br>6/16/2017,<br>6/23/2017,<br>6/26/2017,<br>6/27/2017,<br>6/30/2017,<br>7/7/2017,<br>7/12/2017,<br>7/16/2017,<br>7/18/2017,<br>7/19/2017,<br>7/24/2017** | **$4,850,034.06** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **Alan and Susan Gilison**<br>**1233 Breakers West Blvd**<br>**Sands Point, NY 11050** | **7/7/2017,<br>7/26/2017** | **$268,889.30** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.  **Alexander P. & Winifred Aranyos**<br>**3552 Jonathan's Harbour Drive**<br>**Jupiter, FL 33447** | **7/21/2017** | **$101,666.66** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.  **Sanford Berens**<br>**5 Benedictine Retreat**<br>**Savannah, GA 31411** | **5/6/2017,<br>5/9/2017,<br>5/10/2017,<br>7/24/2017** | **$109,452.76** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.  **Robert Berens**<br>**21 Hoffstot Lane**<br>**Sands Point, NY 11050** | **5/10/2017** | **$4,747.22** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | Chariots of Palm Beach, Inc. | | Case number *(if known)*   17-19455 |
|--------|------------------------------|--|--------------------------------------|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| NextGear Capital, Inc.<br>1320 City Center Drive<br>Suite 100<br>Carmel, IN 46032 | Subject to court determination pursuant to motion for order to show cause and/or adversary complaint for recovery of 549 post-petition transfer concerning wrongful repossession:<br>**1. 2016 BMW M4 Blk/Blk WBS3R9C5XGK337037**<br>**2. 2016 Chevrolet Z06 White/Blk 1G1YS2D64G5600159**<br>**3. 2008 Chevrolet corvette Wte/blk 1G1YY25W985101145**<br>**4. 2015 Lexus RC-F Sil/Red JTHHP5BC1F5001509**<br>**5. 2009 Mercedes Benz CL550 Wte/beige WDDEJ86X59A020067**<br>**6. 2014 Mercedes Benz E350 Blk/Blk WDDKK5KF6EF265890**<br>**7. 2013 Mercedes Benz E350 Wte/Blk WDDKK5KF8DF183902**<br>**8. 2016 Range Rover Autobiography Wte/Wte SALGV2EF3GA244795**<br>**9. 2016 MB GL63 blk/blk 4JGDF7EE9GA687721** | 7/27/2017 | Unknown |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☑ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

Debtor    **Chariots of Palm Beach, Inc.**                                      Case number *(if known)* **17-19455**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| McLaughlin & Stern, LLP<br>CityPlace Office Tower<br>525 Okeechobee Blvd., Suite 1700<br>West Palm Beach, FL 33401 | | 07/12/2017 | $75,000.00 |
| Michael Phelan c/o Michael Moecker & Assoc 1883 Marina Mile Blvd #106 Ft Lauderdale, FL 33315 | | 07/12/2017 | $30,000.00 |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    __Chariots of Palm Beach, Inc._____    Case number *(if known)*  __17-19455__

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    **Chariots of Palm Beach, Inc.**                                          Case number *(if known)*  **17-19455**

---

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Chariots of Palm Beach, Inc. | Case number *(if known)* | 17-19455 |

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Mackail & Sterling, CPA's & Associates**<br>**636 US Highway 1**<br>**Suite 118**<br>**North Palm Beach, FL 33408-4611** | **2015 - 2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Phelan, CRO | Michael Moecker & Associates<br>1883 Marina Mile Boulevard<br>Suite 106<br>Fort Lauderdale, FL 33315 | Chief Restructuring Officer | 100% Acquired Post-Petition Upon Surrender of Shares from former sole shareholder, Hugh Bate |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles Sharoubim | 2400 N. Florida Mango Road<br>West Palm Beach, FL 33409 | President and General Manager | |

Debtor    **Chariots of Palm Beach, Inc.**                                Case number *(if known)*  **17-19455**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Hugh Bate | 219 Pershing Way West Palm Beach, FL 33409 | As of the petition date: President and 100% Shareholder Post-petition resignation as President. Mr. Bates surrendered all shares to CRO, Michael Phelan in Trust | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Hugh D. Bate | 219 Pershing Way West Palm Beach, FL 33409 | President | 9/1993 - 7/2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

Debtor    **Chariots of Palm Beach, Inc.**                                    Case number *(if known)*    **17-19455**

---

**Part 14:**    Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **10/27/2017**

/s/ Charles Sharoubim                                            **Charles Sharoubim**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**90 Day Lender Payments**                                        8/29/2017
**Payments to Next Gear**                                                                                    **Payments t**

| Date | Bank | ACH Amt | Designation | VIN# | Stock # | Date Sold | Buyer | Title Delivered? | Amount | Date |
|------|------|---------|-------------|------|---------|-----------|-------|-----------------|--------|------|
| | | | | | | | | | | 5/1/2017 |
| 5/1/2017 | Flagler | $24,034.92 | | | | | | | | 5/3/2017 |
| 5/1/2017 | Flagler | $7,627.89 | 10 Rolls | 48735 | | | | | | 5/3/2017 |
| 5/2/2017 | Flagler | $9,542.78 | | | | | | | | 5/12/2017 |
| 5/2/2017 | Flagler | $363,020.46 | 15 AM | 16567 | | | | | | 5/12/2017 |
| | | | 14 Bentley | 91822 | | | | | | 5/15/2017 |
| | | | 16 MB | 8560 | | | | | | 5/16/2017 |
| | | | 13 Bentley | 85463 | | | | | | 5/19/2017 |
| | | | 13 MB | 31952 | | | | | | |
| 5/5/2017 | Flagler | $2,346.79 | | | | | | | | 5/19/2017 |
| 5/5/2017 | Flagler | $159,077.66 | | | | | | | | 5/22/2017 |
| 5/5/2017 | Flagler | $23,235.15 | | | | | | | | |
| 5/9/2017 | Flagler | $10,988.49 | | | | | | | | 5/22/2017 |
| 5/9/2017 | Flagler | $383,415.37 | | | | | | | | 5/23/2017 |
| 5/15/2017 | Flagler | $2,490.22 | | | | | | | | 5/23/2017 |
| 5/22/2017 | Flagler | $53,753.35 | | | | | | | | 5/31/2017 |
| 5/22/2017 | Flagler | $91,399.42 | 14 R Rover | 38877 | | | | | | 6/8/2017 |
| | | | 14 MB | 73486 | | | | | | 6/9/2017 |
| 5/23/2017 | Flagler | $10,995.02 | 14 MB | 34579 | | | | | | 6/9/2017 |
| | | | 13 Rolls | 52083 | | | | | | 6/9/2017 |
| 5/26/2017 | Flagler | $10,778.56 | 15 Porsche | 40854 | | | | | | 6/9/2017 |
| | | | 11 Bentley | 66963 | | | | | | 6/9/2017 |
| | | | 14 MB | 55017 | | | | | | 6/9/2017 |
| 5/26/2017 | Flagler | $172,143.31 | 14 Nissan | 71518 | | | | | | 6/14/2017 |
| | | | 13 Mas | 67310 | | | | | | 6/15/2017 |
| 5/26/2017 | Flagler | $8,711.86 | | | | | | | | 6/15/2017 |
| 5/26/2017 | Flagler | $185,150.38 | 14 MB | 36847 | | | | | | 6/15/2017 |
| | | | 13 Mas | 66937 | | | | | | 6/16/2017 |
| | | | 15 Porsche | 24391 | | | | | | 6/16/2017 |
| 5/31/2017 | Flagler | $9,247.97 | 07 Ferr | 53977 | | | | | | 6/21/2017 |

| Date | | Amount | Vehicle | Number | | Date |
|---|---|---|---|---|---|---|
| | | | 15 Jeep | 37618 | | 6/26/2017 |
| 5/31/2017 | | $166,165.40 | ??????? | | ???? | 6/26/2017 |
| 6/5/2017 | Flagler | $102,238.24 | 14 Porsche | 7065 | | 7/17/2017 |
| | | | 10 Porsche | 54425 | | 7/14/2017 |
| 6/8/2017 | | $16,514.00 | | | | 7/14/2017 |
| 6/15/2017 | Flagler | $125,504.91 | 11 Bentley | 66963 | | 7/17/2012 |
| | | | 02 Bentley | 1036 | | |
| 6/9/2017 | Flagler | $14,721.39 | 17 MB | 44954 | | |
| | | | 13 MB | 13525 | | |
| | | | 14 MB | 65890 | | |
| | | | 08 Bentley | 12829 | | |
| 6/13/2017 | Flagler | $87,001.12 | 14 MB | 43624 | | |
| | | | 14 MB | 34579 | | |
| 6/13/2017 | Flagler | $8,628.20 | 15 Bentley | 42539 | | **Payments t** |
| 6/16/2017 | Flagler | $21,330.11 | 14 Porsche | 40501 | | |
| | | | 16 LR | 44795 | | 7/26/2017 |
| | | | 14 MB | 90940 | | 7/26/2017 |
| | | | 15 Bentley | 42602 | | 7/26/2017 |
| 6/16/2017 | Flagler | $12,230.66 | 15 Porsche | 43302 | | 7/7/2017 |
| | | | 13 Bentley | 79353 | | 5/30/2017 |
| 6/16/2017 | Flagler | $115,019.02 | 07 Porsche | 83168 | | 5/22/2017 |
| | | | 16 LR2 | 1122 | | 5/22/2017 |
| 6/23/2017 | | $11,711.72 | | | | 5/15/2017 |
| 6/23/2017 | Flagler | $58,082.80 | 04 Porsche | 21258 | | 5/12/2017 |
| | | | 12 MB | 60843 | | 5/10/2017 |
| 6/26/2017 | Flagler | $92,758.77 | 13 Bentley | 79353 | | 5/8/2017 |
| 6/26/2017 | | $92,500.00 | | | | 5/1/2017 |
| 6/26/2017 | Flagler | $14,302.95 | 11 Rolls | 50129 | | |
| | | | 14 MB | 92361 | | Total |
| | | | 15 BMW | 67699 | | |
| 6/26/2017 | Flagler | $6,391.14 | 13 AM | 14939 | | |
| 6/27/2017 | Flagler | $2,395.58 | 09 Porsche | 40272 | | |
| 6/30/2017 | Flagler | $20,765.53 | 13 Bentley | 85463 | | **Payments t** |
| | | | 13 MB | 31952 | | |

| Date | Name | Amount | Vehicle | Number | | Note |
|---|---|---|---|---|---|---|
| | | | 07 MB | 27825 | | 5/9/2017 |
| | | | 15 BMW | 35554 | | 5/9/2017 |
| | | | 17 Porsche | 23517 | | 5/17/2017 |
| 7/7/2017 | Flagler | $28,326.03 | 16 MB | 3226 | | 5/17/2017 |
| 7/7/2017 | Flagler | $35,775.32 | 15 BMW | 52805 | | |
| 7/7/2017 | Flagler | $47,895.30 | 07 MB | 27825 | | |
| | | | 10 Jag | 34595 | | 7/24/2017 |
| 7/7/2017 | Flagler | $156,970.12 | 17 Porsche | 66149 | | |
| 7/7/2017 | Flagler | $89,087.92 | 10 MB | 28984 | | 5/6/2017 |
| | | | 16 Porsche | 95159 | | |
| 7/16/2017 | Flagler | $258,053.11 | 07 Ferr | 53977 | | Total |
| | | | 08 Bentley | 51767 | | |
| | | | 17 Bentley | 15876 | | **Payments t** |
| 7/16/2017 | Flagler | $2,401.93 | 15 BMW | 28814 | | |
| 7/16/2017 | Flagler | $5,727.22 | 16 MB | 87721 | | 21-Jul |
| 7/16/2017 | Flagler | $198,344.68 | 13 MB | 13525 | | |
| | | | 14 MB | 83370 | | |
| | | | 13 Ferr | 92980 | | |
| 7/6/2017 | Flagler | $102,438.69 | 11 Rolls | 50129 | | |
| 7/12/2017 | Flagler | $14,174.85 | | | | Total |
| | | $3,435,416.31 | | | | |

Payments not Recorded (Properly?) on COPB books

| Date | Name | Amount | Vehicle | Number |
|---|---|---|---|---|
| 5/31/2017 | Flagler | $210,460.02 | 04 Mas | 11529 |
| | | | 15 Porsche | 40854 |
| | | | 14 MB | 39798 |
| | | | 07 Bentley | 49586 |
| | | | 15 Jeep | 37618 |
| 6/2/2017 | Flagler | $95,427.17 | 14 Audi | 88323 |
| | | | 14 MB | 25207 |

| Date | | Amount | Item | Number | |
|---|---|---|---|---|---|
| 6/2/2017 | Flagler | $116,198.20 | 10 Rolls | 48735 | |
| 6/5/2017 | Flagler | $29,463.61 | 17 MB | 352978 | |
| | | | 16 Porsche | 70145 | |
| | | | 17 Porsche | 23040 | |
| | | | 12 Bentley | 77427 | |
| | | | 14 Porsche | 7065 | |
| | | | 17 Porsche | 23673 | |
| 6/6/2017 | Flagler | $216,184.64 | 16 Bentley | 53397 | |
| | | | 13 MB | 30583 | |
| 6/7/2017 | Flagler | $165,141.19 | 14 Rrover | 55327 | |
| | | | 17 Porsche | 23040 | |
| 6/12/2017 | Flagler | $15,355.32 | 02 Bentley | 1036 | |
| | | | 02 Morgan | 12745 | |
| | | | 14 Bentley | 92204 | |
| 6/15/2017 | Flagler | $3,319.14 | 13 MB | 83092 | |
| | | | 10 MB | 28984 | |
| 6/21/2017 | Flagler | $146,369.32 | 14 Bentley | 91115 | |
| 6/21/2017 | Flagler | $127,009.02 | 13 Ferr | 952473 | |
| 6/26/2017 | Flagler | $4,005.58 | | | new |
| 7/5/2017 | | $98,000.00 | 15 Porsche | 35207 | |
| 7/6/2017 | Flagler | $11,711.72 | 15 MB | 9644 | |
| | | | 10 Bentley | 64105 | |
| 7/18/2017 | Flagler | $8,431.55 | 13 Rolls | 52083 | |
| 7/19/2017 | | $46,483.63 | 14 MB | 92361 | ?? |
| 7/19/2017 | | $98,176.25 | 17 Porsche | 23517 | ?? |
| 7/24/2017 | | 10,673.53 | 14 MB | 55017 | ?? |
| | | | 15 Subaru | 33710 | |
| | | | 17 Porsche | 12702 | |
| | | | 15 MB | 91653 | |
| 7/24/2017 | | 12,207.86 | 15 R Rover | 21775 | ?? |
| | | | 09 MB | 20067 | |
| | | | 12 MB | 37701 | |
| | | | 16 BMW | 37037 | |
| 7/6/2017 | Flagler | 4,084.37 | | | new |

| 7/6/2017 | Flagler | 2,026.90 | new |
|----------|---------|----------|-----|
| 7/7/2017 | Flagler | 207.12 | |
| | | 1,414,617.75 | |

Legacy                                                                                                                          Payments to

| Bank | Chk # | Chk Amt | Designation | VIN# | Stock # | Date Sold | Buyer | Title Delivered? | Amount | Date |
|------|-------|---------|-------------|------|---------|-----------|-------|------------------|--------|------|
| Flagler | 37201 | $76,027.50 | 89 AM | 157730 | W5730 | | | | | 5/1/2017 |
| Flagler | 37223 | $46,350.00 | 66 Austin | L33872 | | | | | | 5/1/2017 |
| Flagler | 37224 | $28,125.00 | 16 Mb | 103226 | | | | | | 5/3/2017 |
| Flagler | 37225 | $54,900.00 | 11 Porsche | 755284 | | | | | | 5/3/2017 |
| Flagler | 37280 | $152,550.00 | 16 Bentley | 51663 | | | | | | 5/15/2017 |
| Flagler | 37309 | $35,550.00 | 14 Audi | 7828 | | | | | | 5/15/2017 |
| Flagler | 37310 | $67,500.00 | 09 Bentley | 60476 | | | | | | 5/15/2017 |
| Flagler | 37365 | $89,100.00 | 02 BMW | H61770 | | | | | | 5/15/2017 |
| | | | | | | | | | | 5/16/2017 |
| Flagler | 37366 | $67,500.00 | 98 Porsche | 320153 | | | | | | 5/16/2017 |
| Flagler | 37367 | $41,850.00 | 14 Porsche | A06620 | | | | | | 5/24/2017 |
| Flagler | 37374 | $89,910.00 | 10 Rolls | X48735 | | | | | | 5/24/2017 |
| Flagler | 37375 | $48,150.00 | 15 MB | 491653 | | | | | | 5/24/2017 |
| Flagler | 37376 | $9,749.26 | Loan Fees | | | | | | | 5/31/2017 |
| Flagler | 37429 | $99,000.00 | 14 Porsche | 122934 | | | | | | 6/13/2017 |
| Flagler | 37491 | $90,000.00 | 15 AM | B16567 | | | | | | 6/13/2017 |
| Flagler | 37524 | $63,000.00 | 17 Alfa | 518357 | | | | | | 6/22/2017 |
| Flagler | 37525 | $49,860.00 | 13 Porsche | 140140 | | | | | | 6/22/2017 |
| Flagler | 37527 | $56,340.00 | 15 Cad | 254406 | | | | | | 6/22/2017 |
| Flagler | 37528 | $47,250.00 | 11 Mas | 56205 | | | | | | 6/26/2017 |
| Flagler | 37529 | $47,700.00 | 13 BMW | Z78022 | | | | | | 6/26/2017 |
| Flagler | 37530 | $33,750.00 | 14 MB | 273486 | | | | | | 6/29/2017 |
| Flagler | 37557 | $31,950.00 | 13 Morgan | 202481 | | | | | | 6/29/2017 |
| Flagler | 37569 | $35,820.00 | 10 Porsche | 63762 | | | | | | 6/29/2017 |
| Flagler | 37570 | $51,030.00 | 99 Ferrari | 114445 | | | | | | 6/29/2017 |
| Flagler | 37571 | $39,195.00 | 97 Porsche | 341474 | | | | | | 6/30/2017 |
| Flagler | 37582 | $8,470.67 | Loan Fees | | | | | | | 5/26/2017 |
| Flagler | 37592 | $95,850.00 | 16 MB | 13670 | | | | | | |
| Flagler | 37599 | $52,200.00 | 15 MB | 36689 | | | | | | |

| | | | | |
|---|---|---|---|---|
| Flagler | 37638 | $37,732.50 | 13 BMW | 592806 |
| Flagler | 37639 | $8,275.00 | Loan Fees | |
| Flagler | 37709 | $70,920.00 | 2013 Porsche | ? |
| Flagler | 37778 | $6,966.76 | Loan Fees | |
| Flagler | 37787 | $49,950.00 | 13 Mas | 66937 |
| Flagler | 37788 | $32,715.00 | 14 MB | 236847 |

$1,815,236.69

**o Gilison**                                                                                    **Payments t**

|        |       |             |  |
|--------|-------|-------------|---|
|        |       | $87,464.00  | 5/26/2017 |
|        |       | $79,240.00  | |
|        |       | $38,310.00  | |
| Flagler | 37686 | $1,303.12  | **Payments t** |
|        | 37431 | $39,022.80  | |
|        |       | $1,093.01   | 5/10/2017 |
|        |       | $3,062.41   | 6/9/2017 |
|        |       | $934.40     | |
|        |       | $8,962.63   | |
|        |       | $6,000.00   | |
|        |       | $1,873.33   | |
|        |       | $1,623.60   | |

$268,889.30

**o Sanford Berens**

| | | |
|---|---|---|
| Flagler | 36538 | $581.94 |
| Flagler | 36766 | $581.94 |
| Flagler | 37034 | $581.94 |
| Flagler | 37264 | $581.94 |

$104,000.00

$3,125.00

$109,452.76

**ɔ Alexander Aranyos**

| | | |
|---|---|---|
| TD Bank | Wire | $101,666.66 |

$211,119.42

Anchor

| Bank | Chk # | Chk Amt | Designation | VIN# | Stock # | Date Sold | Buyer | Title Delivered? | Amount |
|------|-------|---------|-------------|------|---------|-----------|-------|------------------|--------|
| Flagler | 37210 | $28,000.00 | 08 MB | 209193 | c8362 | 1/2/2016 | Nanne | | $45,000.00 |
| Flagler | 37211 | $58,000.00 | 02 Bentley | x01005 | P8062B | 6/29/2017 | DeerCreek | ? | $54,801.00 |
| Flagler | 37216 | $67,432.00 | 09 Audi | 1164 | P6949A | ? | | | |
| Flagler | 37217 | $72,300.00 | 07 Bentley | x12490 | C7413 | 6/29/2017 | DeerCreek | ? | $55,000.00 |
| Flagler | 37296 | $8,460.00 | 09 BMW | 262580 | P8400A | ? | | | |
| Flagler | 37297 | $35,000.00 | 06 Porsche | 755529 | P6411 | | | | |
| Flagler | 37298 | $52,840.00 | 14 Lexus | 52318 | P8157 | | | | |
| Flagler | 37299 | $63,825.00 | 14 MB | 9267 | P8346 | 11/18/2015 | Stott | ? | $81,088.00 |
| Flagler | 37314 | $61,700.00 | 07 Bentley | 40197 | P8448 | 8/3/2016 | Schumacher | ? | $97,000.00 |
| Flagler | 37315 | $39,818.00 | 13 Jag | 56593 | P8200A | | | | |
| Flagler | 37386 | $101,750.00 | 13 Bentley | 79353 | P8661A | 4/20/2017 | Kosec, Marla | ? | $135,000.00 |
| Flagler | 37387 | $52,000.00 | 11 Porsche | 720996 | P8774 | | | | |
| Flagler | 37388 | $39,200.00 | 14 MB | 241442 | P8642 | 12/6/2016 | Nance | Yes | $44,899.00 |
| Flagler | | $43,035.00 | ? | | | | | | |
| Flagler | 37551 | $9,488.05 | 16100 | 8000116100 | | | | | |
| Flagler | 37552 | $101,750.00 | 12 Bentley | 77427 | C8767 | | | | |
| Flagler | 37602 | $31,170.00 | 14 MB | 839364 | P8413 | 2/19/2016 | Gross, Howard | | $36,500.00 |
| Flagler | 37603 | $32,650.00 | 07 Mas | 26791 | C7075B | | | | |
| Flagler | 37604 | $55,000.00 | 01 Morgan | 12535 | C7811 | | | | |
| Flagler | 37633 | $58,275.00 | 13 LR | 100758 | P8666A | | | | |
| Flagler | 37634 | $72,000.00 | 14 Mas | 77255 | C8403 | | | | |
| Flagler | 37642 | $9,488.05 | 16100 | 80001-61-00 | | | | | |
| Flagler | 37657 | $37,740.00 | 08 Mas | 38215 | P7039A | | | | |
| Flagler | 37656 | $32,145.00 | 08 Mas | 38251 | P7039A | | | | |
| Flagler | 37658 | $67,525.00 | 08 Bentley | C53282 | P7619A | | | | |
| Flagler | 37669 | $5,353.52 | | 80001-62-00 | | | | | |
| Flagler | 37415 | $5,525.51 | | 80001-62-00 | | | | | |
| | | $1,241,470.13 | | | | | | | |

**ͻ Florida Mango**

|  | 37200 | $3,125 |

**ͻ Robert Berens**

| Flager | 37265 | $2,373.61 |
| Flager | 37550 | $2,373.61 |

**Payments to Flagler**

| Date | Bank | Chk # | Chk Amt | Designation | VIN# | Stock # | Date Sold | Buyer | Title Delivered? |
|------|------|-------|---------|-------------|------|---------|-----------|-------|------------------|
| 5/3/2017 | Flagler | 37218 | $43,200.00 | 05 AM | A00017 | P8492 | 7/5/2016 | Donahue | |
| 5/3/2017 | Flagler | 37219 | $41,940.00 | 16 MB | 178014 | P8666B | 4/19/2017 | Shiverick | ? |
| 5/3/2017 | Flagler | 37220 | $64,350.00 | 08 Bentley | 53282 | P7619A | ? | | |
| 5/3/2017 | Flagler | 37221 | $33,435.00 | 14 MB | 836364 | P8413 | 2/9/2016 | Gross | |
| 5/3/2017 | Flagler | 37222 | $38,250.00 | 13 MB | 515829 | P8268A | ? | | |
| 5/15/2017 | Flagler | 37260 | $41,490.00 | 09 Porsche | 754704 | C8382A | 2/20/2017 | Bross | ? |
| 5/15/2017 | Flagler | 37300 | $36,810.00 | 10 MB | 24682 | P8186 | ? | | |
| 5/15/2017 | Flagler | 37301 | $43,200.00 | 05 Bentley | 25966 | P6558 | ? | | |
| 5/15/2017 | Flagler | 37302 | $44,100.00 | 08 Mas | 38251 | P7039A | ? | | |
| 5/15/2017 | Flagler | 37303 | $33,275.00 | 08 Mas | 40121 | P7377A | ? | | |
| 5/16/2017 | Flagler | 37311 | $45,698.00 | 13 MB | 13576 | P8359 | 2/17/2016 | Mathys | ? |
| 5/16/2017 | Flagler | 37312 | $32,265.00 | 12 BMW | L70843 | P8116A | ?? | | |
| 5/16/2017 | Flagler | 37313 | $136,800.00 | 16 Bentley | 50961 | P8668 | 1/25/2017 | Langdon | ? |
| 5/19/2017 | Flagler | 37368 | $36,000.00 | 13 Morgan | 202479 | M7461 | ?? | | |
| 5/19/2017 | Flagler | 37369 | $37,800.00 | 12 Porsche | 730209 | P7443 | ?? | | |
| 5/19/2017 | Flagler | 37370 | $168,750.00 | 17 Porsche | 166659 | P8685 | 3/30/2017 | Safari Autp | ? |
| 5/22/2017 | Flagler | 37380 | $31,158.00 | 11 Lotus | A10858 | C8620 | ?? | | |
| 5/24/2017 | Flagler | 37383 | $47,700.00 | 12 MB | 432244 | P8219 | ?? | | |
| 5/22/2017 | Flagler | 37384 | $52,200.00 | 06 Bentley | 37210 | P6765 | ?? | | |
| 5/22/2017 | Flagler | 37385 | $121,500.00 | 11 Morgan | 4110 | M7935 | ?? | | |
| 5/30/2017 | Flagler | 37432 | $54,000.00 | 07 Bentley | 40197 | C8120 | ?? | | |
| 6/2/2017 | Flagler | 37467 | $15,715.03 | Fees/Interest ?? | | | | | |
| 6/5/2017 | Flagler | 37470 | $64,350.00 | 08 Bentley | 52017 | P8488 | ?? | | |
| 6/5/2017 | Flagler | 37471 | $58,500.00 | 91 Rolls | X30556 | P8116A | ?? | | |
| 6/5/2017 | Flagler | 37472 | $32,918.00 | 12 MB | 471314 | P8398 | | | |
| 6/5/2017 | Flagler | 37473 | $56,700.00 | 09 Bentley | 59602 | P8483 | | | |
| 6/5/2017 | Flagler | 37474 | $42,120.00 | 07 Mas | 28235 | P8648 | | | |
| 6/8/2017 | Flagler | 37493 | $39,516.00 | 16 Morgan | 202096 | M8618 | | | |

| 6/8/2017 | Flagler | 37496 | $23,918.00 | 11 MB | 287506 | P7201 |
| 6/13/2017 | Flagler | 37554 | $27,000.00 | 06 Porsche | 756276 | P8650 |
| 6/13/2017 | Flagler | 37555 | $112,275.00 | 10 Morgan | 4103 | P8128 |
| 6/13/2017 | Flagler | 37556 | $22,725.00 | 07 Mas | 28235 | P8648 |
| 6/22/2017 | Flagler | 37601 | $49,500.00 | 15 Porsche | 140854 | P8662 |
| 6/26/2017 | Flagler | 37635 | $62,550.00 | 14 MB | 22701 | P8524 |
| 6/26/2017 | Flagler | 37636 | $43,650.00 | 13 MB | 20380 | P8713 |
| 6/26/2017 | Flagler | 37637 | $26,528.00 | 10 MB | 297005 | P8410A |
| 6/29/2017 | Flagler | 37654 | $81,000.00 | 10 Morgab | 4057 | P8486-10 |
| 6/29/2017 | Flagler | 37655 | $45,000.00 | 2006 AM | C01871 | P8998 |
| 6/30/2017 | Flagler | 37670 | $15,570.00 | Fees/Interest ?? | | |

$2,003,456.03

| | |
|---|---|
| 11 Mas | 55994 |
| 14 Porsche | 10650 |
| 15 Jag | 56737 |
| 08 MB | 209193 |
| 09 Audi | 1164 |
| 14 Lexus | 52318 |

| Amount |
| --- |
| $77,000.00 |
| $55,000.00 |
| $36,500.00 |
| $50,000.00 |
| $72,800.00 |
| $163,500.00 |
| $140,000.00 |

**90 Day Lender Payments**                                                **8/29/2017**
## Payments to Next Gear

| Date | Bank | Chk # | ACH Amt | Designation | VIN# | Stock # |
|------|------|-------|---------|-------------|------|---------|
| 5/1/2017 | Flagler | ACH | $24,034.92 | | | |
| 5/1/2017 | Flagler | ACH | $7,627.89 | 10 Rolls | 48735 | |
| 5/2/2017 | Flagler | ACH | $9,542.78 | | | |
| 5/2/2017 | Flagler | ACH | $363,020.46 | 15 AM | 16567 | |
| | | | | 14 Bentley | 91822 | |
| | | | | 16 MB | 8560 | |
| | | | | 13 Bentley | 85463 | |
| | | | | 13 MB | 31952 | |
| 5/5/2017 | Flagler | ACH | $2,346.79 | | | |
| 5/5/2017 | Flagler | ACH | $159,077.66 | | | |
| 5/5/2017 | Flagler | ACH | $23,235.15 | | | |
| 5/9/2017 | Flagler | ACH | $10,988.49 | | | |
| 5/9/2017 | Flagler | ACH | $383,415.37 | | | |
| 5/15/2017 | Flagler | ACH | $2,490.22 | | | |
| 5/22/2017 | Flagler | ACH | $53,753.35 | | | |
| 5/22/2017 | Flagler | ACH | $91,399.42 | 14 R Rover | 38877 | |
| | | | | 14 MB | 73486 | |
| 5/23/2017 | Flagler | ACH | $10,995.02 | 14 MB | 34579 | |
| | | | | 13 Rolls | 52083 | |
| 5/26/2017 | Flagler | ACH | $10,778.56 | 15 Porsche | 40854 | |
| | | | | 11 Bentley | 66963 | |
| | | | | 14 MB | 55017 | |
| 5/26/2017 | Flagler | ACH | $172,143.31 | 14 Nissan | 71518 | |
| | | | | 13 Mas | 67310 | |
| 5/26/2017 | Flagler | ACH | $8,711.86 | | | |
| 5/26/2017 | Flagler | ACH | $185,150.38 | 14 MB | 36847 | |
| | | | | 13 Mas | 66937 | |
| | | | | 15 Porsche | 24391 | |
| 5/31/2017 | Flagler | ACH | $9,247.97 | 07 Ferr | 53977 | |
| | | | | 15 Jeep | 37618 | |
| 5/31/2017 | | | $166,165.40 | ??????? | | ???? |
| 6/5/2017 | Flagler | ACH | $102,238.24 | 14 Porsche | 7065 | |
| | | | | 10 Porsche | 54425 | |
| 6/8/2017 | | | $16,514.00 | | | |
| 6/15/2017 | Flagler | ACH | $125,504.91 | 11 Bentley | 66963 | |
| | | | | 02 Bentley | 1036 | |
| 6/9/2017 | Flagler | ACH | $14,721.39 | 17 MB | 44954 | |
| | | | | 13 MB | 13525 | |
| | | | | 14 MB | 65890 | |
| | | | | 08 Bentley | 12829 | |
| 6/13/2017 | Flagler | ACH | $87,001.12 | 14 MB | 43624 | |
| | | | | 14 MB | 34579 | |

| Date | Payee | Method | Amount | Vehicle | Number |
|---|---|---|---|---|---|
| 6/13/2017 | Flagler | ACH | $8,628.20 | 15 Bentley | 42539 |
| 6/16/2017 | Flagler | ACH | $21,330.11 | 14 Porsche | 40501 |
| | | | | 16 LR | 44795 |
| | | | | 14 MB | 90940 |
| | | | | 15 Bentley | 42602 |
| 6/16/2017 | Flagler | ACH | $12,230.66 | 15 Porsche | 43302 |
| | | | | 13 Bentley | 79353 |
| 6/16/2017 | Flagler | ACH | $115,019.02 | 07 Porsche | 83168 |
| | | | | 16 LR2 | 1122 |
| 6/23/2017 | | | $11,711.72 | | |
| 6/23/2017 | Flagler | ACH | $58,082.80 | 04 Porsche | 21258 |
| | | | | 12 MB | 60843 |
| 6/26/2017 | Flagler | ACH | $92,758.77 | 13 Bentley | 79353 |
| 6/26/2017 | | | $92,500.00 | | |
| 6/26/2017 | Flagler | ACH | $14,302.95 | 11 Rolls | 50129 |
| | | | | 14 MB | 92361 |
| | | | | 15 BMW | 67699 |
| 6/26/2017 | Flagler | ACH | $6,391.14 | 13 AM | 14939 |
| 6/27/2017 | Flagler | ACH | $2,395.58 | 09 Porsche | 40272 |
| 6/30/2017 | Flagler | ACH | $20,765.53 | 13 Bentley | 85463 |
| | | | | 13 MB | 31952 |
| | | | | 07 MB | 27825 |
| | | | | 15 BMW | 35554 |
| | | | | 17 Porsche | 23517 |
| 7/7/2017 | Flagler | ACH | $28,326.03 | 16 MB | 3226 |
| 7/7/2017 | Flagler | ACH | $35,775.32 | 15 BMW | 52805 |
| 7/7/2017 | Flagler | ACH | $47,895.30 | 07 MB | 27825 |
| | | | | 10 Jag | 34595 |
| 7/7/2017 | Flagler | ACH | $156,970.12 | 17 Porsche | 66149 |
| 7/7/2017 | Flagler | ACH | $89,087.92 | 10 MB | 28984 |
| | | | | 16 Porsche | 95159 |
| 7/16/2017 | Flagler | ACH | $258,053.11 | 07 Ferr | 53977 |
| | | | | 08 Bentley | 51767 |
| | | | | 17 Bentley | 15876 |
| 7/16/2017 | Flagler | ACH | $2,401.93 | 15 BMW | 28814 |
| 7/16/2017 | Flagler | ACH | $5,727.22 | 16 MB | 87721 |
| 7/16/2017 | Flagler | ACH | $198,344.68 | 13 MB | 13525 |
| | | | | 14 MB | 83370 |
| | | | | 13 Ferr | 92980 |
| 7/6/2017 | Flagler | ACH | $102,438.69 | 11 Rolls | 50129 |
| 7/12/2017 | Flagler | ACH | $14,174.85 | | |

$3,435,416.31

Payments not Recorded (Properly?) on COPB books

| Date | Name | Type | Amount | Vehicle | Number | |
|---|---|---|---|---|---|---|
| 5/31/2017 | Flagler | ACH | $210,460.02 | 04 Mas | 11529 | |
| | | | | 15 Porsche | 40854 | |
| | | | | 14 MB | 39798 | |
| | | | | 07 Bentley | 49586 | |
| | | | | 15 Jeep | 37618 | |
| 6/2/2017 | Flagler | ACH | $95,427.17 | 14 Audi | 88323 | |
| | | | | 14 MB | 25207 | |
| 6/2/2017 | Flagler | ACH | $116,198.20 | 10 Rolls | 48735 | |
| 6/5/2017 | Flagler | ACH | $29,463.61 | 17 MB | 352978 | |
| | | | | 16 Porsche | 70145 | |
| | | | | 17 Porsche | 23040 | |
| | | | | 12 Bentley | 77427 | |
| | | | | 14 Porsche | 7065 | |
| | | | | 17 Porsche | 23673 | |
| 6/6/2017 | Flagler | ACH | $216,184.64 | 16 Bentley | 53397 | |
| | | | | 13 MB | 30583 | |
| 6/7/2017 | Flagler | ACH | $165,141.19 | 14 Rrover | 55327 | |
| | | | | 17 Porsche | 23040 | |
| 6/12/2017 | Flagler | ACH | $15,355.32 | 02 Bentley | 1036 | |
| | | | | 02 Morgan | 12745 | |
| | | | | 14 Bentley | 92204 | |
| 6/15/2017 | Flagler | ACH | $3,319.14 | 13 MB | 83092 | |
| | | ACH | | 10 MB | 28984 | |
| 6/21/2017 | Flagler | ACH | $146,369.32 | 14 Bentley | 91115 | |
| 6/21/2017 | Flagler | ACH | $127,009.02 | 13 Ferr | 952473 | |
| 6/26/2017 | Flagler | ACH | $4,005.58 | | | new |
| 7/5/2017 | | | $98,000.00 | 15 Porsche | 35207 | |
| 7/6/2017 | Flagler | ACH | $11,711.72 | 15 MB | 9644 | |
| | | | | 10 Bentley | 64105 | |
| 7/18/2017 | Flagler | ACH | $8,431.55 | 13 Rolls | 52083 | |
| 7/19/2017 | | | $46,483.63 | 14 MB | 92361 | ?? |
| 7/19/2017 | | | $98,176.25 | 17 Porsche | 23517 | ?? |
| 7/24/2017 | | | 10,673.53 | 14 MB | 55017 | ?? |
| | | | | 15 Subaru | 33710 | |
| | | | | 17 Porsche | 12702 | |
| | | | | 15 MB | 91653 | |
| 7/24/2017 | Flagler | ACH | 12,207.86 | 15 R Rover | 21775 | ?? |
| | | | | 09 MB | 20067 | |
| | | | | 12 MB | 37701 | |
| | | | | 16 BMW | 37037 | |
| 7/6/2017 | Flagler | ACH | 4,084.37 | | | new |
| 7/6/2017 | Flagler | ACH | 2,026.90 | | | new |
| 7/7/2017 | Flagler | ACH | 207.12 | | | |
| | | | 1,414,617.75 | | | |

| Date Sold | Buyer | Title Delivered? | Amount |
| --- | --- | --- | --- |

**90 Day Lender Payments**
**Payments to Legacy**

| Date | Bank | Chk # | Chk Amt | Designation |
|---|---|---|---|---|
| 5/1/2017 | Flagler | 37201 | $76,027.50 | 89 AM |
| 5/3/2017 | Flagler | 37223 | $46,350.00 | 66 Austin |
| 5/3/2017 | Flagler | 37224 | $28,125.00 | 16 Mb |
| 5/12/2017 | Flagler | 37225 | $54,900.00 | 11 Porsche |
| 5/12/2017 | Flagler | 37280 | $152,550.00 | 16 Bentley |
| 5/15/2017 | Flagler | 37309 | $35,550.00 | 14 Audi |
| 5/16/2017 | Flagler | 37310 | $67,500.00 | 09 Bentley |
| 5/19/2017 | Flagler | 37365 | $89,100.00 | 02 BMW |
| 5/19/2017 | Flagler | 37366 | $67,500.00 | 98 Porsche |
| 5/22/2017 | Flagler | 37367 | $41,850.00 | 14 Porsche |
| 5/22/2017 | Flagler | 37374 | $89,910.00 | 10 Rolls |
| 5/23/2017 | Flagler | 37375 | $48,150.00 | 15 MB |
| 5/23/2017 | Flagler | 37376 | $9,749.26 | Loan Fees |
| 5/31/2017 | Flagler | 37429 | $99,000.00 | 14 Porsche |
| 6/8/2017 | Flagler | 37491 | $90,000.00 | 15 AM |
| 6/9/2017 | Flagler | 37524 | $63,000.00 | 17 Alfa |
| 6/9/2017 | Flagler | 37525 | $49,860.00 | 13 Porsche |
| 6/9/2017 | Flagler | 37527 | $56,340.00 | 15 Cad |
| 6/9/2017 | Flagler | 37528 | $47,250.00 | 11 Mas |
| 6/9/2017 | Flagler | 37529 | $47,700.00 | 13 BMW |
| 6/9/2017 | Flagler | 37530 | $33,750.00 | 14 MB |
| 6/14/2017 | Flagler | 37557 | $31,950.00 | 13 Morgan |
| 6/15/2017 | Flagler | 37569 | $35,820.00 | 10 Porsche |
| 6/15/2017 | Flagler | 37570 | $51,030.00 | 99 Ferrari |
| 6/15/2017 | Flagler | 37571 | $39,195.00 | 97 Porsche |
| 6/16/2017 | Flagler | 37582 | $8,470.67 | Loan Fees |
| 6/16/2017 | Flagler | 37592 | $95,850.00 | 16 MB |
| 6/21/2017 | Flagler | 37599 | $52,200.00 | 15 MB |
| 6/26/2017 | Flagler | 37638 | $37,732.50 | 13 BMW |
| 6/26/2017 | Flagler | 37639 | $8,275.00 | Loan Fees |
| 7/17/2017 | Flagler | 37709 | $70,920.00 | 2013 Porsche |
| 7/14/2017 | Flagler | 37778 | $6,966.76 | Loan Fees |
| 7/14/2017 | Flagler | 37787 | $49,950.00 | 13 Mas |
| 7/17/2012 | Flagler | 37788 | $32,715.00 | 14 MB |
| | | | $1,815,236.69 | |

**8/29/2017**

| VIN# | Stock # | Date Sold | Buyer | Title Delivered? | Amount |
|------|---------|-----------|-------|-----------------|--------|
| 157730 | W5730 | | | | |
| L33872 | | | | | |
| 103226 | | | | | |
| 755284 | | | | | |
| 51663 | | | | | |
| 7828 | | | | | |
| 60476 | | | | | |
| H61770 | | | | | |
| 320153 | | | | | |
| A06620 | | | | | |
| X48735 | | | | | |
| 491653 | | | | | |
| 122934 | | | | | |
| B16567 | | | | | |
| 518357 | | | | | |
| 140140 | | | | | |
| 254406 | | | | | |
| 56205 | | | | | |
| Z78022 | | | | | |
| 273486 | | | | | |
| 202481 | | | | | |
| 63762 | | | | | |
| 114445 | | | | | |
| 341474 | | | | | |
| 13670 | | | | | |
| 36689 | | | | | |
| 592806 | | | | | |
| ? | | | | | |
| 66937 | | | | | |
| 236847 | | | | | |

**90 Day Lender Payments**                                          **8/29/2017**
**Payments to Anchor**

| Date | Bank | Chk # | Chk Amt | Designation | VIN# |
|------|------|-------|---------|-------------|------|
| 5/1/2017 | Flagler | 37210 | $28,000.00 | 08 MB | 209193 |
| 5/1/2017 | Flagler | 37211 | $58,000.00 | 02 Bentley | x01005 |
| 5/3/2017 | Flagler | 37216 | $67,432.00 | 09 Audi | 1164 |
| 5/3/2017 | Flagler | 37217 | $72,300.00 | 07 Bentley | x12490 |
| 5/15/2017 | Flagler | 37296 | $8,460.00 | 09 BMW | 262580 |
| 5/15/2017 | Flagler | 37297 | $35,000.00 | 06 Porsche | 755529 |
| 5/15/2017 | Flagler | 37298 | $52,840.00 | 14 Lexus | 52318 |
| 5/15/2017 | Flagler | 37299 | $63,825.00 | 14 MB | 9267 |
| 5/16/2017 | Flagler | 37314 | $61,700.00 | 07 Bentley | 40197 |
| 5/16/2017 | Flagler | 37315 | $39,818.00 | 13 Jag | 56593 |
| 5/24/2017 | Flagler | 37386 | $101,750.00 | 13 Bentley | 79353 |
| 5/24/2017 | Flagler | 37387 | $52,000.00 | 11 Porsche | 720996 |
| 5/24/2017 | Flagler | 37388 | $39,200.00 | 14 MB | 241442 |
| 5/31/2017 | Flagler |  | $43,035.00 | ? |  |
| 6/13/2017 | Flagler | 37551 | $9,488.05 | 16100 | 8000116100 |
| 6/13/2017 | Flagler | 37552 | $101,750.00 | 12 Bentley | 77427 |
| 6/22/2017 | Flagler | 37602 | $31,170.00 | 14 MB | 839364 |
| 6/22/2017 | Flagler | 37603 | $32,650.00 | 07 Mas | 26791 |
| 6/22/2017 | Flagler | 37604 | $55,000.00 | 01 Morgan | 12535 |
| 6/26/2017 | Flagler | 37633 | $58,275.00 | 13 LR | 100758 |
| 6/26/2017 | Flagler | 37634 | $72,000.00 | 14 Mas | 77255 |
| 6/29/2017 | Flagler | 37642 | $9,488.05 | 16100 | 80001-61-00 |
| 6/29/2017 | Flagler | 37657 | $37,740.00 | 08 Mas | 38215 |
| 6/29/2017 | Flagler | 37656 | $32,145.00 | 08 Mas | 38251 |
| 6/29/2017 | Flagler | 37658 | $67,525.00 | 08 Bentley | C53282 |
| 6/30/2017 | Flagler | 37669 | $5,353.52 |  | 80001-62-00 |
| 5/26/2017 | Flagler | 37415 | $5,525.51 |  | 80001-62-00 |

$1,241,470.13

| Stock # | Date Sold | Buyer | Title Delivered? | Amount |
|---|---|---|---|---|
| c8362 | 1/2/2016 | Nanne | | $45,000.00 |
| P8062B | 6/29/2017 | DeerCreek | ? | $54,801.00 |
| P6949A | ? | | | |
| C7413 | 6/29/2017 | DeerCreek | ? | $55,000.00 |
| P8400A | | | | |
| P6411 | | | | |
| P8157 | | | | |
| P8346 | 11/18/2015 | Stott | ? | $81,088.00 |
| P8448 | 8/3/2016 | Schumacher | ? | $97,000.00 |
| P8200A | | | | |
| P8661A | 4/21/2017 | Mare | ? | $135,000.00 |
| P8774 | | | | |
| P8642 | 12/6/2016 | Nance | Yes | $44,899.00 |
| C8767 | | | | |
| P8413 | | | | |
| C7075B | | | | |
| C7811 | | | | |
| P8666A | | | | |
| C8403 | | | | |
| P7039A | | | | |
| P7039A | | | | |
| P7619A | | | | |

**90 Day Lender Payments**
## Payments to Flagler

| Date | Bank | Chk # | Chk Amt | Designation |
|------|------|-------|---------|-------------|
| 5/3/2017 | Flagler | 37218 | $43,200.00 | 05 AM |
| 5/3/2017 | Flagler | 37219 | $41,940.00 | 16 MB |
| 5/3/2017 | Flagler | 37220 | $64,350.00 | 08 Bentley |
| 5/3/2017 | Flagler | 37221 | $33,435.00 | 14 MB |
| 5/3/2017 | Flagler | 37222 | $38,250.00 | 13 MB |
| 5/15/2017 | Flagler | 37260 | $41,490.00 | 09 Porsche |
| 5/15/2017 | Flagler | 37300 | $36,810.00 | 10 MB |
| 5/15/2017 | Flagler | 37301 | $43,200.00 | 05 Bentley |
| 5/15/2017 | Flagler | 37302 | $44,100.00 | 08 Mas |
| 5/15/2017 | Flagler | 37303 | $33,275.00 | 08 Mas |
| 5/16/2017 | Flagler | 37311 | $45,698.00 | 13 MB |
| 5/16/2017 | Flagler | 37312 | $32,265.00 | 12 BMW |
| 5/16/2017 | Flagler | 37313 | $136,800.00 | 16 Bentley |
| 5/19/2017 | Flagler | 37368 | $36,000.00 | 13 Morgan |
| 5/19/2017 | Flagler | 37369 | $37,800.00 | 12 Porsche |
| 5/19/2017 | Flagler | 37370 | $168,750.00 | 17 Porsche |
| 5/22/2017 | Flagler | 37380 | $31,158.00 | 11 Lotus |
| 5/24/2017 | Flagler | 37383 | $47,700.00 | 12 MB |
| 5/22/2017 | Flagler | 37384 | $52,200.00 | 06 Bentley |
| 5/22/2017 | Flagler | 37385 | $121,500.00 | 11 Morgan |
| 5/30/2017 | Flagler | 37432 | $54,000.00 | 07 Bentley |
| 6/2/2017 | Flagler | 37467 | $15,715.03 | Fees/Interest ?? |
| 6/5/2017 | Flagler | 37470 | $64,350.00 | 08 Bentley |
| 6/5/2017 | Flagler | 37471 | $58,500.00 | 91 Rolls |
| 6/5/2017 | Flagler | 37472 | $32,918.00 | 12 MB |
| 6/5/2017 | Flagler | 37473 | $56,700.00 | 09 Bentley |
| 6/5/2017 | Flagler | 37474 | $42,120.00 | 07 Mas |
| 6/8/2017 | Flagler | 37493 | $39,516.00 | 16 Morgan |
| 6/8/2017 | Flagler | 37496 | $23,918.00 | 11 MB |
| 6/13/2017 | Flagler | 37554 | $27,000.00 | 06 Porsche |
| 6/13/2017 | Flagler | 37555 | $112,275.00 | 10 Morgan |
| 6/13/2017 | Flagler | 37556 | $22,725.00 | 07 Mas |
| 6/22/2017 | Flagler | 37601 | $49,500.00 | 15 Porsche |
| 6/26/2017 | Flagler | 37635 | $62,550.00 | 14 MB |
| 6/26/2017 | Flagler | 37636 | $43,650.00 | 13 MB |
| 6/26/2017 | Flagler | 37637 | $26,528.00 | 10 MB |
| 6/29/2017 | Flagler | 37654 | $81,000.00 | 10 Morgab |
| 6/29/2017 | Flagler | 37655 | $45,000.00 | 2006 AM |
| 6/30/2017 | Flagler | 37670 | $15,570.00 | Fees/Interest ?? |
| | | | $2,003,456.03 | |

8/29/2017

| VIN# | Stock # | Date Sold | Buyer | Title Delivered? | Amount |
|------|---------|-----------|-------|------------------|--------|
| A00017 | P8492 | 7/5/2016 | Donahue | | $77,000.00 |
| 178014 | P8666B | 4/19/2017 | Shiverick | ? | $55,000.00 |
| 53282 | P7619A | ? | | | |
| 836364 | P8413 | 2/9/2016 | Gross | | $36,500.00 |
| 515829 | P8268A | ? | | | |
| 754704 | C8382A | | | | |
| 24682 | P8186 | ? | | | |
| 25966 | P6558 | ? | | | |
| 38251 | P7039A | ? | | | |
| 40121 | P7377A | ? | | | |
| 13576 | P8359 | 2/17/2016 | Mathys | ? | $72,800.00 |
| L70843 | P8116A | | | | |
| 50961 | P8668 | 1/25/2017 | Langdon | ? | $163,500.00 |
| 202479 | M7461 | | | | |
| 730209 | P7443 | | | | |
| 166659 | P8685 | 3/30/2017 | Safari Autp | ? | $140,000.00 |
| A10858 | C8620 | | | | |
| 432244 | P8219 | | | | |
| 37210 | P6765 | | | | |
| 4110 | M7935 | | | | |
| 40197 | C8120 | | | | |
| 52017 | P8488 | | | | |
| X30556 | P8116A | | | | |
| 471314 | P8398 | | | | |
| 59602 | P8483 | | | | |
| 28235 | P8648 | | | | |
| 202096 | M8618 | | | | |
| 287506 | P7201 | | | | |
| 756276 | P8650 | | | | |
| 4103 | P8128 | | | | |
| 28235 | P8648 | | | | |
| 140854 | P8662 | | | | |
| 22701 | P8524 | | | | |
| 20380 | P8713 | | | | |
| 297005 | P8410A | | | | |
| 4057 | P8486-10 | | | | |
| C01871 | P8998 | | | | |

**90 Day Lender Payments**                                              **8/29/2017**
**Payments to Sanford Berens**

| Date | Bank | Chk # | Chk Amt | Designation | VIN# |
|------|------|-------|---------|-------------|------|
| 5/9/2017 | Flagler | 36538 | $581.94 | | |
| 5/9/2017 | Flagler | 36766 | $581.94 | | |
| 5/17/2017 | Flagler | 37034 | $581.94 | | |
| 5/17/2017 | Flagler | 37264 | $581.94 | | |
| 7/24/2017 | | | $104,000.00 | | |
| 5/6/2017 | | | $3,125.00 | | |
| Total | | | $109,452.76 | | |

| Stock # | Date Sold | Buyer | Title Delivered? | Amount |
|---------|-----------|-------|------------------|--------|

**90 Day Lender Payments**                                              **8/29/2017**
**Payments to Robert Berens**

| Date | Bank | Chk # | Chk Amt | Designation | VIN# |
|------|------|-------|---------|-------------|------|
| 5/10/2017 | Flager | 37265 | $2,373.61 | | |
| 6/9/2017 | Flager | 37550 | $2,373.61 | | |

$4,747.22

| Stock # | Date Sold | Buyer | Title Delivered? | Amount |
|---------|-----------|-------|------------------|--------|

**90 Day Lender Payments**                                          **8/24/2017**
**<u>Payments to Gilison</u>**                                          8/29/2017

| Date | Bank | Chk # | Chk Amt | Designation | VIN# |
|------|------|-------|---------|-------------|------|
| 7/26/2017 | | | $87,464.00 | | |
| 7/26/2017 | | | $79,240.00 | | |
| 7/26/2017 | | | $38,310.00 | | |
| 7/7/2017 | Flagler | 37686 | $1,303.12 | | |
| 5/30/2017 | | 37431 | $39,022.80 | | |
| 5/22/2017 | | | $1,093.01 | | |
| 5/22/2017 | | | $3,062.41 | | |
| 5/15/2017 | | | $934.40 | | |
| 5/12/2017 | | | $8,962.63 | | |
| 5/10/2017 | | | $6,000.00 | | |
| 5/8/2017 | | | $1,873.33 | | |
| 5/1/2017 | | | $1,623.60 | | |
| | | Total | $268,889.30 | | |

| Stock # | Date Sold | Buyer | Title Delivered? | Amount |
|---------|-----------|-------|------------------|--------|

**Payments to Alexander Aranyos**

| | | | |
|---|---|---|---|
| 7/21/17 | TD Bank | Wire | $101,666.66 |

| | |
|---|---|
| Total | $101,666.66 |

# United States Bankruptcy Court
## Southern District of Florida

In re    **Chariots of Palm Beach, Inc.**                   Case No.    **17-19455-PGH**

                                          Debtor(s)                    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 27, 2017**                    **/s/ Charles Sharoubin**

                                            **Charles Sharoubin**/President
                                            Signer/Title

Alan and Susan Gilison
1233 Breakers West Blvd
West Palm Beach, FL 33411


Albert Gleaves Van Metre, Jr. and Deadra
9900 Main Street, Suite 500
Fairfax, VA 22031


Alexander and Winifred Aranyos
3552 Jonahthan's Harbour Dr
Jupiter, FL 33447


Alexander P. & Winifred Aranyos
3552 Jonathan's Harbour Drive
Jupiter, FL 33447


Allan J. Weiner, Esq.
Kelley Drye & Warren LLP
3050 K Street, NW
Washington, DC 20007-5108


Allan Stephen Hetelson
264 Carina Drive
Jupiter, FL 33478


American Express
PO Box 650448
Dallas, TX 75265-0448


Anchor Commercial Bank
11025 RCA Center Drive
Suite 101
Palm Beach Gardens, FL 33410


Anchor Commercial Bank - Loan Ops
11025 RCA Center Drive
Suite 101
Palm Beach Gardens, FL 33410


Andres Isreal Albarran, Jr.
1739 Village Blvd., Apt 206
West Palm Beach, FL 33409

Andrew Fulton, Esq.
Kelley & Fulton, LP
1665 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, FL 33401


Andrew Sweet
2520 Bohler Road NW
Atlanta, GA 30327


Anne M. Gannon
Constitutional Tax Collector
PO Box 3353
West Palm Beach, FL 33402-3353


Anthony Ross Marimon
7 Riverway #2106
Houston, TX 77056


Antique Row Self Storage, Inc.
424 Park Place
West Palm Beach, FL 33401


Ardex of South Florida
1801 N. Powerline Road
Pompano Beach, FL 33069


Arthur Leslie Silber
8158 Native Dancer E Road
Palm Beach Gardens, FL 33418


AT&T
PO Box 105262
Atlanta, GA 30348-5262


Autotrader Specialty
PO Box 934624
Atlanta, GA 31193-4624


Barbara Hoge Cannady
8930 Timber Run Court
Fort Myers, FL 33908


Bayside Motors
1645 Monrovia Avenue
Costa Mesa, CA 92627

Berger Singerman
Att: David Gay
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301


Berger Singerman
Att: Ashley Dillman Bruce
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301


Bonnie Stern
184 Bradley Place
Palm Beach, FL 33480


Bruce L. Haley
101 Firestone Circle
Roslyn, NY 11576


Bryan Paul King and Suzanne Reed King
464 Golden Gate Place Unit 404
Sarasota, FL 34236


Carfax, Inc.
16630 Collection Center Drive
Chicago, IL 60693


Carmeline Cannella
13747 Stamford Drive
Wellington, FL 33414


Carsforsale.Com, Inc.
PO Box 91537
Sioux Falls, SD 57109


Carswell Landscape
PO Box 14153
North Palm Beach, FL 33408


Cary A. Lubetsky, Esq.
Krinzman, Huss & Lubetsky, LLP
800 Brickell Avenue, Suite 1501
Miami, FL 33131

Chase Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423


City of Palm Beach
PO Box 30000
Tampa, FL 33630-3000


City of West Palm Beach Fire Rescue
PO Box 3366
West Palm Beach, FL 33402


Clive Norman Furrows
4674 Del Monte Avenue
San Diego, CA 92107


Comcast
PO Box 105184
Atlanta, GA 30348-5184


Corelogic Credco, LLC
PO Box 847070
Dallas, TX 75284-7070


Daniel Jack Keegan
PO Box 30614
Palm Beach Gardens, FL 33420-0614


Daniel Jack Keegan
151 Shore Drive
Riviera Beach, FL 33404


Daniel Mark Tye
4221 Harbour Island Drive
Jacksonville, FL 32225


Dao Ngoc Dinh
18711 Jockey Circle
Huntington Beach, CA 92648


David Todd Walker, Jr.
13 Marlwood Lane
Palm Beach Gardens, FL 33418

Dealer Services Corporation
11555 North Meridian
Suite 220
Carmel, IN 46032


Deer Creek Corporate Services, Inc.
415 North Benton Avenue
Helena, MT 59601


Dexter T. Crotts
3920 North Ocena Drive, Apt. 118
Singer Island, FL 33404


Division of Motorist Services
Bureau of Dealer Services
Motor Vehicle Field Operations
901 Northpoint Parkway, Ste 115 & 116
West Palm Beach, FL 33407


Edward Charles Castetto, Jr.
3443 Pacific Drive
Naples, FL 34119


El Hassan Erroudani
9514 Royal Estates Blvd.
Orlando, FL 32836


Eric J. Biederman
15200 Hamlin Blvd.
Loxahatchee, FL 33470


Evan Craig Deoul
208 Via Quantera
Palm Beach Gardens, FL 33418


First Corporate Solutions, Inc.
914 S Street
Sacramento, CA 95811


Flagler Bank
555 Northlake Boulevard
Suite 200
North Palm Beach, FL 33408

Flagler Bank
Att: Jose Cano
555 Northlake Boulevard
North Palm Beach, FL 33408


Flagler Bank - Loan Dept
555 Northlake Boulevard
Suite 200
North Palm Beach, FL 33408


Florida Department of Revenue
PO Box 6668
Att: Mark Hamilton
Tallahassee, FL 32314-6668


Florida Office of Financial Regulation
200 E. Gaines Street
Tallahassee, FL 32399


Florida Power & Light
General Mail Facility
Miami, FL 33188-0001


Focus Four, LLC
PO Box 938793
Cincinnati, OH 45263-8793


Fox Rothschild, LLP
222 Lakeview Avenue
#700
West Palm Beach, FL 33401


Frederic Randall Bigony
11610 Charisma Way
Palm Beach Gardens, FL 33418


FRL Automotive
444 NW 165th Street
Miami, FL 33169


Gerald Herz
1330 South Ocean Boulevard
Palm Beach, FL 33480

Global Autosports
125 Park Avenue
25th Floor
New York, NY 10017


H & S, Inc.
2400 N. Florida Mango Road
West Palm Beach, FL 33409-6418


Henry Jay Hirsch
9 Bermuda Lane
Palm Beach Gardens, FL 33418


Henry P. Mauney
298 Wilson Drive
Fort Mill, SC 29707


Howard Wincelvoss
10 Knakum Wood Road
Greenwich, CT 06830


Internal Revenue Service
Centralized Insolvency Oper.
PO Box 7346
Philadelphia, PA 19101-7346


J&G Capital Group, LLC c/o
Gerald Victor & Janice Blaylock Gurbacki
2660 S. Ocean Boulevard
#505
Palm Beach, FL 33480


J&S Marketing & Advertising
7711 Military Trail North
Suite 1000
Palm Beach Gardens, FL 33410


J. Jerome Miller, Esq.
Miller, Walker & Austin
319 South Sharon Amity Road
Suite 350
Charlotte, NC 28211


Jack Francis Siano
6940 Balboa Island Court
Delray Beach, FL 33445

Jack Wayne Mayo Jr and Kimberly Kay Mayo
310 SE Huntington Circle
Port Saint Lucie, FL 34984


Jack Wayne Mayo, Jr.
310 SE Huntington Circle
Port Saint Lucie, FL 34984


James A. Smith III
251 Lang Road
Sewickley, PA 15143


Janice K. Robinson
529 South Flagler Drive, Apt 22GH
West Palm Beach, FL 33401


Jason F Abraham Revocable Trust
N4676 Pincrest Drive
Nashotah, WI 53058


Jena Ann Hatfield
5596 SW Evans Drive
Stuart, FL 34997


Jens Flachsmeier
6740 Kenton Ridge
Chattanooga, TN 37421


Jhawed Khayoumi
3014 Siena Circle
Wellington, FL 33414


Jodi Ellen De Lazzero
4816 South Lake Drive
Boynton Beach, FL 33436


Joe A. Baker
6101 S. Flagler Drive
West Palm Beach, FL 33405


John Jay Borland, Jr.
244 Plantation Road
Palm Beach, FL 33480

Jonathan Stott or Patricial B. Stott
705 Ocean Drive
Juno Beach, FL 33408


Jose Pepe Fanjue
105 Jungle Road
Palm Beach, FL 33480


Joseph Castelo
100 Worth Avenue, Apt. 704
Palm Beach, FL 33480


Joseph N. Torsiello Revocable Trust
3850 Old Jupiter Beach Road
Jupiter, FL 33477


Joyce L. Morrow
434 Drummers Lane
Wayne, PA 19087


Julie D. Simmons
303 Maddock Way
Palm Beach, FL 33480


Karla E. Riebel
48 Burbank Drive
Palm Coast, FL 32137


Kelvin Goldstein
65 Worlebury Hill Road
Weston Super Mare
North Summerset BS229ST ENGLAND


Kenneth B. Elias
595 North Lake Way
Palm Beach, FL 33480


Kevin Lee
2160 Centtury Park East, Apt 209N
Los Angeles, CA 90067


Kirsten White
440 Seabreeze Avenue
Palm Beach, FL 33480

Law Offices of Julianne Frank, Esq.
4495 Military Trail
Suite 107
Jupiter, FL 33458


Legacy Bank of Florida
2300 Glades Road
Suite 140 West
Boca Raton, FL 33431-8516


Linda Elizabeth Buccilli
4754 NW 7th Street
Deerfield Beach, FL 33442


LOD Loans One, LLC
329 W. 18th Street
Suite 601
Chicago, IL 60616


Long Ngo Trinh
8734 Ashworth Drive
Tampa, FL 33647


LQD Business Finance, LLC
329 W. 18th Street
Suite 601
Chicago, IL 60616


Mackail & Sterling, CPA's & Associates
636 U.S. Highway One
Suite 118
North Palm Beach, FL 33408


Margaret Krupa
c/o Brian K. McMahon, Esq.
Brian K. McMahon, P.A.
1401 Forum Way, 6th Floor
West Palm Beach, FL 33401


Marie Christine Weist
c/o Alex Turner, Esq.
317 - 71st Street
Miami Beach, FL 33141

Marie Philomene Tomasino
3641 North 33rd Terrace
Hollywood, FL 33021


Mario Gazzola, Esq.
Pavia & Harcourt LLP
230 Park Avenue, 24th Floor
New York, NY 10169


Mark Adam Foley
801 S. Olive Avenue
Apartment 1509
West Palm Beach, FL 33401-6181


Mark Andrew Freher
802 NW First Avenue
Delray Beach, FL 33444


Mark Damon Cohen
1835 Newport Blvd. A109 470
Costa Mesa, CA 92627


Mark Sheldon Lisnow
100 Worth Avenue, Apt. 301
Palm Beach, FL 33480


Marshall Field, Jr.
427 South Beach Road
Hobe Sound, FL 33455


Martin J. Goldstein
450 North Federal Highway, Unit 1411
Boynton Beach, FL 33435


Martin Turchin
3060 Miro Drive South
West Palm Beach, FL 33416


Maryanne Mathys
2000 South Ocean Blvd., Apt. 202
Palm Beach, FL 33480


Massey Services, Inc.
PO Box 547668
Orlando, FL 32854-7668

MEA Business Enterprises / Matthew Avril
216 Ocean Way
Vero Beach, FL 32963


Michael Anthony Joseph
12402 Hautree Court
Palm Beach Gardens, FL 33418


Michael Daddario
50 Lancaster Road
Boynton Beach, FL 33426


Michael Phelan, CRO
Michael Moecker & Associates
1883 Marina Mile Boulevard
Suite 106
Fort Lauderdale, FL 33315


Michele Colleen Mossbacher
1155 23rd Street
Washington, DC 20037


Moskowitz, Mandell, Salim & Simowitz
Att: William G. Salim, Jr., Esq.
800 Corporate Drive
Suite 500
Fort Lauderdale, FL 33334


NextGear Capital, Inc.
1320 City Center Drive
Suite 100
Carmel, IN 46032


Nextgear Capital, Inc.
11799 North College Avenue
Carmel, IN 46032


Nextgear Capital, Inc.
Att: Sanford H. Schwartz
6205-A Peachtree Dunwoody Road
Atlanta, GA 30328

Nextgear Capital, Inc.
Att: Christopher Michael Trapp
1320 City Center Drive
Suite 100
Carmel, IN 46032-3816


North Florida Mango Credit
Robert Simses, Trustee
251 Royal Palm Way
Suite 400
Palm Beach, FL 33480


Northwest Assets Montana, LLC
c/o Burton Freiman
96 Aspenwood Drive
East Amherst, NY 14051


Octavian Cretu
1538 Lake Whitney Drive
Windermere, FL 34786


Office Depot Business Credit
Dept. 56-4235348389
PO Box 78004
Phoenix, AZ 85062-8004


Palm Beach Network Associates, Inc.
1728 Sawgrass Circle
Greenacres, FL 33413


Palm Beach Yacht Management Group
447 Rudder Cay Way
Jupiter, FL 33458


Peter Chris Markatos
1000 North US Highway 1N
Unit 659
Jupiter, FL 33477


Peter David McManus
4486 SW Bimini Circle S
Palm City, FL 34990


Peter E. Miller
7800 Old Marsh Road
Palm Beach Gardens, FL 33418

Peter M. Nance
186 Birkdale Lane
Jupiter, FL 33458


Privilege Underwriters Reciprocal Exchan
c/o Richard J. Maleski, Esq.
Cozen O'Connor
200 S. Biscayne Blvd., Suite 3000
Miami, FL 33131


Ramrod LLC
436 Addison Square
Kalispell, MT 59901


Ramrod, LLC
c/o The Parkoff Organization
98 Cuttermill Road - 444S
Great Neck, NY 11021


Raymond J. Biggs or Judith Biggs
11975 Lost Tree Way
North Palm Beach, FL 33408


Reynolds & Reynolds
PO Box 182206
Columbus, OH 43218-2206


Richard Andrew Alexander
2513 Mercedes Drive
Fort Lauderdale, FL 33316


Richard Donald Hodgson
200 Beach Road
Jupiter, FL 33469


Richard P. Facchine
187 Hampton Circle
Jupiter, FL 33458


Robert Berens
21 Hoffstot Lane
Sands Point, NY 11050

Robert Mann Williams
12144 West End
North Palm Beach, FL 33408


Robert Paul Schanen, Jr.
4100 Verano Drive
Austin, TX 78735


Rocreation Corp.
641 North County Road
Palm Beach, FL 33480


Rodney Devon Ware
15127 Mira Vista Drive
Houston, TX 77083


Roger Isphording
240 Nokomis Ave S, #200
Venice, FL 34285


Roger O. Isphording
240 Nokomis Avenue South
Suite 200
Venice, FL 34285


Ronald B. Alalouf
1 Tricorne Court
Holmdel, NJ 07733


Ronald Nyselius
2 Sweetwater Court
Palm Coast, FL 32137


Ross William Walter Meltzer
209 Bermuda Lane
Palm Beach, FL 33480


Route 66 HF Holdings, LLC
118 King Street
2nd Floor
Alexandria, VA 22314


RPI Boca Management Group, LLC
22449 Martella Avenue
Boca Raton, FL 33433

Sal Hugh


Sanford Berens
5 Benedictine Retreat
Savannah, GA 31411


Scott M. Goodman
2250 Parkside Street
Boca Raton, FL 33486


Sengkieg Kith
1070 Kenneth Street
Eagan, MN 55121


Shirlee Glahn and Robert Zimmer
P.O. Box 6513
Delray Beach, FL 33482


Stephen D. Haymes
68 Quogue
Quogue, NY 11959


Steve Mosites
12029 SE Crestview Place
Jupiter, FL 33469


Superior Interiors c/o
Donna Cheatham
6864 19th Drive South
Lantana, FL 33462-4010


Susan Gilison
1233 Breakers West Blvd
Sands Point, NY 11050


Tanya Marie Maximoff
92 Burnham Road
Morris Plains, NJ 07950


TGI Office Automation, Inc.
120 3rd Street
Brooklyn, NY 11231

The Morgan 3 Wheeler Limited
Pickersleigh Road
Malvern Link
Worcestershire, WR14 2LL, England


Theodore R. Casey
17400 Woods Edge Drive
Dallas, TX 75287


Thomas William Brown
6101 Central Avenue
Saint Petersburg, FL 33710


Todd F. Turchin
1495 Windjammer Way
Hollywood, FL 33019


United Healthcare Insurance Company
Dept. CH 10151
Palatine, IL 60055-0151


Universal Underwriters Insurance Company
c/o Zurich American Insurance Company
P.O. Box 68549
Schaumburg, IL 60196


UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001


Walter Henry Kamp III
11622 Fir Street
Palm Beach Gardens, FL 33410


Wendy Sue Berndt
10306 East 94th Court North
Owasso, OK 74055


William G. Frick
18 St. George Place
Palm Beach Gardens, FL 33418


William H. Binnie
1314 North Ocean Drive
Gulfstream, FL 33483

William Hang Chan
Park Gate Road
Nassau Bahamas


William V. Mauro
107 Harbourside Circle
Jupiter, FL 33477-9316


Windstream Communications
PO Box 9001950
Louisville, KY 40290-1950


Wolf Von Falkenberg
1356 North Ocean Boulevard
Palm Beach, FL 33480


Wolf Von Falkenburg
4906 N. Flagler Drive A
West Palm Beach, FL 33407


WPEC-TV c/o
WTTO/WABM TV
651 Beacon Parkway
Suite 105
Birmingham, AL 35209


WPTV
PO Box 116871
Atlanta, GA 30368


WPTV
PO Box 864910
Orlando, FL 32886-4910