UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH
www.flsb.uscourts.gov

IN RE:

CHARIOTS OF PALM BEACH, INC.

Debtor.
_____/

CASE NO.: 17-19455-PGH

Jointly Administered
17-19458-PGH

Chapter: 7

## NOTICE OF RELEASE OF VEHICLES TO OWNERS

**Unless any interested party files a written objection to this Notice on or before November 3, 2017, the Trustee will release the Ferrari (as defined below) to Bruce Haley and the Healey (as defined below) to Ramrod, LLC.**

Nicole Testa Mehdipour (the "Trustee"), Chapter 7 Trustee for the bankruptcy estates of Chariots of Palm Beach, Inc. ("Chariots") and H&S, Inc. ("H&S") (collectively, the "Debtors"), by and through undersigned counsel, hereby files this *Notice of Release of Vehicles to Owners* (the "Notice") and respectfully states as follows:

1. The Trustee is currently in possession of a 2004 Ferrari 360 Challenge Stradale (VIN # ZFFDU57A240134226) (the "Ferrari") and a 1966 Austin Healey 3000 MR III (VIN # HBJ8L33872) (the "Healey") (collectively, the "Vehicles").

2. The Trustee does not believe the Debtors' estates have an interest in either of the Vehicles. The Ferrari is in the possession of the Trustee pursuant to a prepetition consignment agreement between Chariots and the vehicle's owner, Bruce Haley. Mr. Haley has provided the necessary documents evidencing his ownership of the Ferrari.

1521222v1 995516.0039

3. The Healey was purchased from Chariots on or about December 12, 2016, by Ramrod, LLC ("Ramrod"). Ramrod has provided the Trustee with documents evidencing its purchase and ownership of the Healey.

4. On or about October 18, 2017, the Trustee notified NextGear Capital, Inc. and Flagler Bank (collectively, the "Lenders") that the Vehicles were not estate property and requested their consent to release the Vehicles to their respective owners.

5. The Trustee provided the Lenders with the necessary due diligence materials evidencing the ownership of the Vehicle and responded to inquiries from the Lenders.

6. Despite having all necessary documentation, the Lenders have not provided the Trustee their consent to release the Vehicles.

7. As the Debtor's estates have no interest in the Vehicles, the Trustee intends to release the Vehicles to their respective owners on November 6, 2017, at 12:00 p.m., unless the Lenders, or any other party in interest, object to the release on or before November 3, 2017 (the "Objection Deadline").

8. If no objection to this Notice is received by the Objection Deadline, the Trustee shall release the Ferrari to Mr. Haley and the Healey to Ramrod, LLC.

[THIS SPACE INTENTIONALLY LEFT BLANK]

Dated this 31st day of October, 2017.

        Respectfully submitted,

        **TRIPP SCOTT, P.A.**
        *Counsel for Trustee*
        110 Southeast Sixth Street,
        Fifteenth Floor
        Fort Lauderdale, Florida 33301
        Telephone:   (954) 525-7500
        Facsimile:   (954) 761-8475

        By: /s/ *Kristopher E. Aungst*
            Kristopher E. Aungst, Esq.
            Florida Bar No. 0055348
            kea@trippscott.com
            Jesse R. Cloyd, Esq.
            Florida Bar No. 0058388
            jrc@trippscott.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 31, 2017, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system.

/s/ *Kristopher E. Aungst*
Kristopher E. Aungst

## SERVICE LIST

**17-19455-PGH Notice will be electronically mailed to:**

Kristopher Aungst, Esq. on behalf of Plaintiff Nicole Testa Mehdipour
kea@trippscott.com, lxc@trippscott.com;eservice@trippscott.com;hbb@trippscott.com

Kristopher Aungst, Esq. on behalf of Trustee Nicole Testa Mehdipour
kea@trippscott.com, lxc@trippscott.com;eservice@trippscott.com;hbb@trippscott.com

Michael R. Bakst, Esq. on behalf of Creditor Anchor Commercial Bank
efileu1094@gmlaw.com,
FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com

Michael R. Bakst, Esq. on behalf of Defendant Anchor Commercial Bank
efileu1094@gmlaw.com,
FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com

Scott N Brown, Esq on behalf of Defendant Howard Winkelvoss
sbrown@bastamron.com,
dtimpone@bastamron.com;hgerson@bastamron.com;zlaux@bastamron.com

Scott N Brown, Esq on behalf of Interested Party Howard Winklevoss
sbrown@bastamron.com,
dtimpone@bastamron.com;hgerson@bastamron.com;zlaux@bastamron.com

Angelo M Castaldi on behalf of Trustee Nicole Testa Mehdipour
axm@trippscott.com, bankruptcy@trippscott.com;dst@trippscott.com;lxc@trippscott.com

Labeed A Choudhry on behalf of Creditor Alexander Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com

Labeed A Choudhry on behalf of Creditor Winifred Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com

Labeed A Choudhry on behalf of Defendant Alexander Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com

Labeed A Choudhry on behalf of Defendant Winifred Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com

1521222v1 995516.0039

Ashley J Dillman Bruce on behalf of Creditor NextGear Capital, Inc.
adbruce@bergersingerman.com,
efile@bergersingerman.com;cphillips@bergersingerman.com;efile@ecf.inforuptcy.com

Ashley J Dillman Bruce on behalf of Defendant Nextgear Capital, Inc.
adbruce@bergersingerman.com,
efile@bergersingerman.com;cphillips@bergersingerman.com;efile@ecf.inforuptcy.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

William A Fleck on behalf of Creditor Daniel J Keegan
wfleck@jupiterlegaladvocates.com, sczaplicki@jupiterlegaladvocates.com

William A Fleck on behalf of Creditor William V. Mauro
wfleck@jupiterlegaladvocates.com, sczaplicki@jupiterlegaladvocates.com

William A Fleck on behalf of Defendant Daniel Jack Keegan
wfleck@jupiterlegaladvocates.com, sczaplicki@jupiterlegaladvocates.com

William A Fleck on behalf of Defendant William V. Mauro
wfleck@jupiterlegaladvocates.com, sczaplicki@jupiterlegaladvocates.com

Michael Foster on behalf of Trustee Nicole Testa Mehdipour
mcf@trippscott.com, lxc@trippscott.com;eservice@trippscott.com;hbb@trippscott.com

Julianne R. Frank on behalf of Creditor Alan Gilison
fwbbnk@fwbpa.com

Julianne R. Frank on behalf of Defendant Alan Gilison
fwbbnk@fwbpa.com

Andrew Fulton IV, Esq on behalf of Defendant Richard P. Facchine
andrew@kelleylawoffice.com,
lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com

David L Gay, Esq. on behalf of Creditor NextGear Capital, Inc.
dgay@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;mvega@bergersingerman.com

David L Gay, Esq. on behalf of Defendant Nextgear Capital, Inc.
dgay@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;mvega@bergersingerman.com

Malinda L Hayes, Esq. on behalf of Creditor LQD Business Finance, LLC
malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

1521222v1 995516.0039

Malinda L Hayes, Esq. on behalf of Defendant LQD Business Finance LLC
malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

Jeffrey S. Hochfelsen on behalf of Creditor Michael Joseph
jhochfelsen@kraskerlaw.com, bankruptcy1@aol.com;sperez@kraskerlaw.com

Craig I Kelley on behalf of Creditor Rocreation Corp
craig@kelleylawoffice.com,
lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com;Caitlin@kelleylawoffice.com

Craig I Kelley on behalf of Creditor Arthur Silber
craig@kelleylawoffice.com,
lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com;Caitlin@kelleylawoffice.com

Craig I Kelley on behalf of Creditor Joe Baker
craig@kelleylawoffice.com,
lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com;Caitlin@kelleylawoffice.com

Craig I Kelley on behalf of Creditor Richard P. Facchine
craig@kelleylawoffice.com,
lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com;Caitlin@kelleylawoffice.com

Loretta A Kenna, Esq on behalf of Creditor Flagler Bank
lakenna@bellsouth.net

Roy S Kobert, Esq on behalf of Mediator Roy S Kobert
roy.kobert@gray-robinson.com, andrea.taylor@gray-robinson.com

Harris J. Koroglu on behalf of Creditor IBM Southeast Employees' Credit Union
hkoroglu@shutts.com, fsantelices@shutts.com

Bernice C. Lee on behalf of Creditor Mark Foley
blee@slp.law, dwoodall@slp.law;ematteo@slp.law

Bernice C. Lee on behalf of Creditor Ross W Meltzer
blee@slp.law, dwoodall@slp.law;ematteo@slp.law

Scott J Leitten on behalf of Creditor Anchor Commercial Bank
sleitten@blockandcoluccipa.com

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
omayor@ombankruptcy.com,

legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com

James R McCachren on behalf of Defendant J&G Capital Group LLC
jrmccachren@sgrlaw.com,
dhsmith@sgrlaw.com;apelegrin@sgrlaw.com;bhall@sgrlaw.com;jmull@sgrlaw.com

Brian K. McMahon, Esq. on behalf of Creditor Margaret Krupa
briankmcmahon@gmail.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Michael W Moskowitz on behalf of Creditor Legacy Bank of Florida
mmoskowitz@mmsslaw.com

Steven S Newburgh on behalf of Debtor Chariots of Palm Beach, Inc.
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;BElliott@mclaughlinstern.com;legalintern@mclaughlinstern.com

Steven S Newburgh on behalf of Debtor H & S, Inc.
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;BElliott@mclaughlinstern.com;legalintern@mclaughlinstern.com

Steven S Newburgh on behalf of Interested Party Chariots of Palm Beach, Inc.
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;BElliott@mclaughlinstern.com;legalintern@mclaughlinstern.com

Steven S Newburgh on behalf of Interested Party H & S, Inc.
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;BElliott@mclaughlinstern.com;legalintern@mclaughlinstern.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Eric S Pendergraft on behalf of Defendant Mark Foley
ependergraft@slp.law,
dwoodall@slp.law;scusack@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com

Eric S Pendergraft on behalf of Defendant Ross William Walter Meltzer
ependergraft@slp.law,
dwoodall@slp.law;scusack@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com

1521222v1 995516.0039

Chad P Pugatch, Esq. on behalf of Creditor Legacy Bank of Florida
cpugatch.ecf@rprslaw.com

Ryan C Reinert on behalf of Creditor IBM Southeast Employees' Credit Union
rreinert@shutts.com, juanitasanchez@shutts.com

Heather L. Ries, Esq. on behalf of Creditor North Florida Mango Credit, LLC
hries@foxrothschild.com, ralbert@foxrothschild.com

Heather L. Ries, Esq. on behalf of Defendant North Florida Mango Credit LLC
hries@foxrothschild.com, ralbert@foxrothschild.com

William G Salim Jr on behalf of Creditor Legacy Bank of Florida
wsalim@mmsslaw.com, cleibovitz@mmsslaw.com

Jeffrey M Siskind on behalf of Defendant Stephen D. Haymes
jeffsiskind@msn.com, jmsesq500@gmail.com

Stuart A Young, Esq on behalf of Interested Party Hugh Bate
syoung@ybplaw.com

**17-19455-PGH Notice will not be electronically mailed to:**

Shirlee E Glahn
P.O. Box 6513
Delray Beach, FL 33482

Kathy A. Jimenez-Morales on behalf of Creditor State of Florida, Department of Highway Safety and Motor Vehicles
2900 Apalachee Parkway #A-432
Tallahassee, FL 32399

Joseph J. Luzinski
Development Specialists Inc.
500 West Cypress Creek Road
Suite 400
Fort Lauderdale, FL 33309

Ronald Zimmer
P.O. Box 6513
Delray Beach, FL 33482

1521222v1 995516.0039