UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH
www.flsb.uscourts.gov

IN RE:                                              CASE NO.: 17-19455-PGH

CHARIOTS OF PALM BEACH, INC.                        Jointly Administered
                                                    17-19458-PGH

                                                    Chapter: 7

      Debtors.
_____/

**TRUSTEE'S RESPONSE TO NEXTGEAR CAPITAL, INC.'S OBJECTION TO TRUSTEE'S NOTICE OF RELEASE OF 2004 FERRARI AND 1966 AUSTIN HEALEY**

Nicole Testa Mehdipour (the "Trustee"), Chapter 7 Trustee for the bankruptcy estates of Chariots of Palm Beach, Inc. ("Chariots") and H&S, Inc. ("H&S") (collectively, the "Debtors"), by and through undersigned counsel, hereby files this Response to *NextGear Capital, Inc.'s Objection to Trustee's Notice of Release of 2004 Ferrari and 1966 Austin Healey*, and in support states:

1.  On September 22, 2017, the Court entered its *Order Granting Debtors-in Possession, Chariots of Palm Beach, Inc and H&S, Inc's Motion pursuant to 11 U.S.C. § 365 to Reject Consignment and/or Bailment Agreements* (the "Consignment Order") [ECF No. 286]. The Consignment Order rejected all consignment and bailment agreements to which the Debtors were a party and set up a process to allow vehicle owners to retrieve their cars by providing documents to prove such ownership to the affected secured creditor(s).

2.  In accordance with the Consignment Order, on or about October 18, 2017, the Trustee requested authorization from NextGear Capital, Inc. ("NextGear") and Flagler Bank ("Flagler") to release a 2004 Ferrari 360 Challenge Stradale (VIN # ZFFDU57A240134226) (the

1523031v1 995516.0039

"Ferrari") to Bruce Haley, and a 1966 Austin Healey 3000 MR III (VIN # HBJ8L33872) (the "Healey") (collectively, the Ferrari and Healey are the "Vehicles") to Ramrod, LLC ("Ramrod").

3. Over the following week, the Trustee provided further due diligence documents and answered questions from Flagler regarding the Vehicles. Throughout this vetting process, the Trustee provided the following documents to Flagler and NextGear evidencing ownership of the Vehicles:

    a. Documents regarding ownership of the Ferrari:

        i. New York State Driver's License for Bruce Haley; and

        ii. Certificate of Title listing Bruce Haley as the registered owner of the Ferrari.

    b. Documents regarding ownership of the Healey:

        i. Purchase Order;

        ii. Proof of Payment from Ramrod's bank;

        iii. Proof of Payment from Chariot's bank; and

        iv. Copy of Title for Austin Healy assigned to Chariots.

4. Not once during this vetting process, did NextGear pose a single question regarding ownership of the Vehicles or request further documentation.

5. After not hearing from NextGear or Flagler for over a week, on October 31, 2017, counsel for the Trustee informed the lenders that it would be filing a notice with the Court seeking authorization to release the Vehicles unless it received their consent prior to 4:00 p.m.

6. Flagler promptly responded and provided consent to release the Vehicles to Mr. Haley and Ramrod.

7. NextGear finally did respond, but only objected to being given until only 4:00 p.m. to respond to the filing of the notice.

8. On October 31, 2017, the Trustee filed her *Notice of Release of Vehicles to Owners* [ECF No. 374] (the "Notice"). The Notice sought to inform all interested parties of the Trustee's intent to release the Ferrari to Mr. Haley, and the Healey to Ramrod. The Notice informed all interested parties that the Vehicles would be released to Mr. Haley and a representative from Ramrod, on November 6, 2017, if no objection was filed by November 3, 2017.

9. On November 3, 2017, NextGear filed an objection to the release of the Vehicles (the "Objection") [ECF No. 381].

10. The Objection provides no legitimate reason to delay the return of the Vehicles to their rightful owners. Regarding the release of the Ferrari to Mr. Haley, NextGear does not dispute Mr. Haley's ownership of the vehicle, but instead, refuses to authorize the release of the Ferrari until Mr. Haley executes a release in favor of NextGear, which requires Mr. Haley to release NextGear from any and all claims, indemnify NextGear for any litigation related to the Ferrari, and to assign all claims Mr. Haley possesses against the Debtor to NextGear. NextGear also objects to the release of the Healey to Ramrod. NextGear's stated reason for its objection is that it does not believe the documents provided are sufficient. The Trustee strongly disagrees with this assertion as Ramrod has provided: 1) the Purchase Order; 2) Proof of Payment from Ramrod's bank; 3) Proof of Payment from Chariot's bank; and 4) a Copy of Title for the Healy assigned to Chariots.

11. NextGear's argument appears to hinge on the fact that "Ramrod has not produced any current vehicle registration in the purported owner's name, or current evidence of insurance

… NextGear is unable to determine what position Ramrod occupies – is it a purchaser, consigner, or merely storing the unit with Chariots." *See* the Objection, ¶ 3. However, Ramrod is not able to obtain insurance or register the Healey because title was never transferred to Ramrod.

12.     Accordingly, the Trustee requests that the Court enter an order authorizing the release of the Vehicles.

WHEREFORE, the Trustee requests that the Court enter an Order (i) overruling the Objection; (ii) authorizing the Trustee to release the Vehicles to Mr. Haley and Ramrod, and (iii) granting such further relief as is just and proper.

Dated this 7th day of November, 2017.

                                                  Respectfully submitted,

**TRIPP SCOTT, P.A.**
*Counsel for Trustee*
110 Southeast Sixth Street,
Fifteenth Floor
Fort Lauderdale, Florida 33301
Telephone:    (954) 525-7500
Facsimile:    (954) 761-8475

By:  /s/ *Kristopher E. Aungst*
      Kristopher E. Aungst, Esq.
      Florida Bar No. 0055348
      kea@trippscott.com
      Jesse R. Cloyd, Esq.
      Florida Bar No. 0058388
      jrc@trippscott.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 7, 2017, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system.

/s/  *Kristopher E. Aungst*
Kristopher E. Aungst

## SERVICE LIST

**17-19455-PGH Notice will be electronically mailed to:**

Kristopher Aungst, Esq. on behalf of Plaintiff Nicole Testa Mehdipour
kea@trippscott.com, lxc@trippscott.com;eservice@trippscott.com;hbb@trippscott.com

Kristopher Aungst, Esq. on behalf of Trustee Nicole Testa Mehdipour
kea@trippscott.com, lxc@trippscott.com;eservice@trippscott.com;hbb@trippscott.com

Michael R. Bakst, Esq. on behalf of Creditor Anchor Commercial Bank
efileu1094@gmlaw.com,
FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com

Michael R. Bakst, Esq. on behalf of Defendant Anchor Commercial Bank
efileu1094@gmlaw.com,
FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com

Scott N Brown, Esq on behalf of Defendant Howard Winkelvoss
sbrown@bastamron.com,
dtimpone@bastamron.com;hgerson@bastamron.com;zlaux@bastamron.com

Scott N Brown, Esq on behalf of Interested Party Howard Winklevoss
sbrown@bastamron.com,
dtimpone@bastamron.com;hgerson@bastamron.com;zlaux@bastamron.com

Angelo M Castaldi on behalf of Trustee Nicole Testa Mehdipour
axm@trippscott.com, bankruptcy@trippscott.com;dst@trippscott.com;lxc@trippscott.com

Labeed A Choudhry on behalf of Creditor Alexander Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com

Labeed A Choudhry on behalf of Creditor Winifred Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com

Labeed A Choudhry on behalf of Defendant Alexander Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com

Labeed A Choudhry on behalf of Defendant Winifred Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com

Ashley J Dillman Bruce on behalf of Creditor NextGear Capital, Inc.
adbruce@bergersingerman.com,
efile@bergersingerman.com;cphillips@bergersingerman.com;efile@ecf.inforuptcy.com

Ashley J Dillman Bruce on behalf of Defendant Nextgear Capital, Inc.
adbruce@bergersingerman.com,
efile@bergersingerman.com;cphillips@bergersingerman.com;efile@ecf.inforuptcy.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

William A Fleck on behalf of Creditor Daniel J Keegan
wfleck@jupiterlegaladvocates.com, sczaplicki@jupiterlegaladvocates.com

William A Fleck on behalf of Creditor William V. Mauro
wfleck@jupiterlegaladvocates.com, sczaplicki@jupiterlegaladvocates.com

William A Fleck on behalf of Defendant Daniel Jack Keegan
wfleck@jupiterlegaladvocates.com, sczaplicki@jupiterlegaladvocates.com

William A Fleck on behalf of Defendant William V. Mauro
wfleck@jupiterlegaladvocates.com, sczaplicki@jupiterlegaladvocates.com

Michael Foster on behalf of Trustee Nicole Testa Mehdipour
mcf@trippscott.com, lxc@trippscott.com;eservice@trippscott.com;hbb@trippscott.com

Julianne R. Frank on behalf of Creditor Alan Gilison
fwbbnk@fwbpa.com

Julianne R. Frank on behalf of Defendant Alan Gilison
fwbbnk@fwbpa.com

Andrew Fulton IV, Esq on behalf of Defendant Richard P. Facchine
andrew@kelleylawoffice.com,
lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com

David L Gay, Esq. on behalf of Creditor NextGear Capital, Inc.
dgay@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;mvega@bergersingerman.com

David L Gay, Esq. on behalf of Defendant Nextgear Capital, Inc.
dgay@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;mvega@bergersingerman.com

Malinda L Hayes, Esq. on behalf of Creditor LQD Business Finance, LLC
malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

1523031v1 995516.0039

Malinda L Hayes, Esq. on behalf of Defendant LQD Business Finance LLC
malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

Jeffrey S. Hochfelsen on behalf of Creditor Michael Joseph
jhochfelsen@kraskerlaw.com, bankruptcy1@aol.com;sperez@kraskerlaw.com

Craig I Kelley on behalf of Creditor Rocreation Corp
craig@kelleylawoffice.com,
lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com;Caitlin@kelleylawoffice.com

Craig I Kelley on behalf of Creditor Arthur Silber
craig@kelleylawoffice.com,
lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com;Caitlin@kelleylawoffice.com

Craig I Kelley on behalf of Creditor Joe Baker
craig@kelleylawoffice.com,
lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com;Caitlin@kelleylawoffice.com

Craig I Kelley on behalf of Creditor Richard P. Facchine
craig@kelleylawoffice.com,
lyndia@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com;Caitlin@kelleylawoffice.com

Loretta A Kenna, Esq on behalf of Creditor Flagler Bank
lakenna@bellsouth.net

Roy S Kobert, Esq on behalf of Mediator Roy S Kobert
roy.kobert@gray-robinson.com, andrea.taylor@gray-robinson.com

Harris J. Koroglu on behalf of Creditor IBM Southeast Employees' Credit Union
hkoroglu@shutts.com, fsantelices@shutts.com

Bernice C. Lee on behalf of Creditor Mark Foley
blee@slp.law, dwoodall@slp.law;ematteo@slp.law

Bernice C. Lee on behalf of Creditor Ross W Meltzer
blee@slp.law, dwoodall@slp.law;ematteo@slp.law

Scott J Leitten on behalf of Creditor Anchor Commercial Bank
sleitten@blockandcoluccipa.com

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
omayor@ombankruptcy.com,

legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com

James R McCachren on behalf of Defendant J&G Capital Group LLC
jrmccachren@sgrlaw.com,
dhsmith@sgrlaw.com;apelegrin@sgrlaw.com;bhall@sgrlaw.com;jmull@sgrlaw.com

Brian K. McMahon, Esq. on behalf of Creditor Margaret Krupa
briankmcmahon@gmail.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Michael W Moskowitz on behalf of Creditor Legacy Bank of Florida
mmoskowitz@mmsslaw.com

Steven S Newburgh on behalf of Debtor Chariots of Palm Beach, Inc.
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;BElliott@mclaughlinstern.com;legalintern@mclaughlinstern.com

Steven S Newburgh on behalf of Debtor H & S, Inc.
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;BElliott@mclaughlinstern.com;legalintern@mclaughlinstern.com

Steven S Newburgh on behalf of Interested Party Chariots of Palm Beach, Inc.
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;BElliott@mclaughlinstern.com;legalintern@mclaughlinstern.com

Steven S Newburgh on behalf of Interested Party H & S, Inc.
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;BElliott@mclaughlinstern.com;legalintern@mclaughlinstern.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Eric S Pendergraft on behalf of Defendant Mark Foley
ependergraft@slp.law,
dwoodall@slp.law;scusack@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com

Eric S Pendergraft on behalf of Defendant Ross William Walter Meltzer
ependergraft@slp.law,
dwoodall@slp.law;scusack@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com

Chad P Pugatch, Esq. on behalf of Creditor Legacy Bank of Florida
cpugatch.ecf@rprslaw.com

Ryan C Reinert on behalf of Creditor IBM Southeast Employees' Credit Union
rreinert@shutts.com, juanitasanchez@shutts.com

Heather L. Ries, Esq. on behalf of Creditor North Florida Mango Credit, LLC
hries@foxrothschild.com, ralbert@foxrothschild.com

Heather L. Ries, Esq. on behalf of Defendant North Florida Mango Credit LLC
hries@foxrothschild.com, ralbert@foxrothschild.com

William G Salim Jr on behalf of Creditor Legacy Bank of Florida
wsalim@mmsslaw.com, cleibovitz@mmsslaw.com

Jeffrey M Siskind on behalf of Defendant Stephen D. Haymes
jeffsiskind@msn.com, jmsesq500@gmail.com

Stuart A Young, Esq on behalf of Interested Party Hugh Bate
syoung@ybplaw.com

**17-19455-PGH Notice will not be electronically mailed to:**

Shirlee E Glahn
P.O. Box 6513
Delray Beach, FL 33482

Kathy A. Jimenez-Morales on behalf of Creditor State of Florida, Department of Highway Safety and Motor Vehicles
2900 Apalachee Parkway #A-432
Tallahassee, FL 32399

Joseph J. Luzinski
Development Specialists Inc.
500 West Cypress Creek Road
Suite 400
Fort Lauderdale, FL 33309

Ronald Zimmer
P.O. Box 6513
Delray Beach, FL 33482