UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:
CHARIOTS OF PALM BEACH, INC.,

Case No. 17-19455-BKC-PGH
Chapter 11

_____ Debtor(s) _____/

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐    CREDITOR: ☒

Please print the following information:

NAME: William V. Mauro

OLD MAILING ADDRESS: 8895 North Military Trail

Suite 102 E

Palm Beach Gardens, Florida 33410

NEW MAILING ADDRESS: 107 Harbourside Drive

Jupiter, Florida 33477

DATED: 3-29-18    _William A. F_____
Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: (917) 601-3500

**All future notices shall be sent to the new mailing address**

(6/1/11)