FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 17-19455 | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | | Date Filed (f) or Converted (c): | 09/19/2017 (c) |
| For the Period Ending: | 03/31/2018 | | §341(a) Meeting Date: | 10/16/2017 |
| | | | Claims Bar Date: | 01/16/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1822 Upland Road, West Palm Beach, FL | $1,338,957.00 | $0.00 | OA | $0.00 | FA |
| 2 | Flagler Bank Checking 0397 | $4,305.97 | $0.00 | | $0.00 | FA |
| 3 | TD Bank Checking 5696 | $0.00 | $11,270.95 | | $11,270.95 | FA |
| 4 | Accounts receivable face amount 162,481.76 doubtful or uncollectible accounts 162,481.76 | $0.00 | Unknown | | $0.00 | Unknown |
| 5 | Accounts receivable face amount 101,500.00 doubtful or uncollectible accounts 0.00 | $101,500.00 | Unknown | | $0.00 | Unknown |
| 6 | Inventory | $7,723,900.00 | $32,544.00 | | $32,544.00 | FA |
| 7 | License Certificate For A Dealer in Franchised Motor Vehicles Expires 12/31/2017 Issued by: State of Florida Department of Highway Safety and Motor Vehicles Division of Motorist Services $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Resident Insurance License Issued by: Florida Department of Financial Services | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Liability insurance for various scheduled vehicles Policy held with: Empire Fire and Marine Insurance Co. Policy number ending in L33H | Unknown | $0.00 | | $0.00 | FA |
| 10 | Flood Insurance Policy held with: Florida Family Insurance Mark S. Horne Agency, Inc. 4010 S. 57th Street Suite 104A Lake Worth, FL 33463 Policy number ending in 4792 | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Garage Liability Insurance Policy held with: Universal Underwriters Insurance Company 7045 College Boulevard Overland Park, KS 66211-1523 Certificate number ending in: 9213 | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Workers Compensation Refund (u) | $0.00 | $9,595.44 | | $9,595.44 | FA |
| 13 | Union Bank DIP Acct 2529 (u) | $0.00 | $1,215,206.00 | | $1,215,206.00 | FA |
| 14 | Tax Refund (u) | $0.00 | $8,962.78 | | $8,962.78 | FA |
| 14 | Anchor Bank Account 2400 (u) | $0.00 | $3,987.63 | | $3,987.65 | FA |

| Case No.: | 17-19455 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | Date Filed (f) or Converted (c): | 09/19/2017 (c) |
| For the Period Ending: | 03/31/2018 | §341(a) Meeting Date: | 10/16/2017 |
| | | Claims Bar Date: | 01/16/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15  Unpaid check to Pedro Umanzor  (Funds remaing in Union Bank) (u) | $0.00 | $52.27 | | $52.27 | FA |
| Asset Notes:  (Funds turned over form Michael Phelan as the check was stale. | | | | | |
| 16  Cash in drawer at N. Florida Mango Rd (u) | $0.00 | $34.00 | | $34.00 | FA |
| 17  IRA Account (u) | $0.00 | $106.56 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Asset** |
|---|---|---|---|---|
| $9,168,662.97 | $1,281,759.63 | | $1,281,653.09 | $0.00 |

**Major Activities affecting case closing:**

03/10/2018    The Trustee has worked with vehicle owners to resolve title and other related ownership issues.

The Trustee has separately initiated discovery in support of potential avoidance claims directed to (a) persons familiar with the Debtors' pre-petition and pre-conversion business dealings (H. Bate, S. Bate, Phelan, Sharoubim, and Newburgh); and (b) various secured creditors and/or preference targets.

The Trustee has investigated the entitlement to the Debtors' cash collateral, pending in the 15th Judicial Circuit for Palm Beach County.

01/02/2017    Trustee initially focused on securing the building, and its contents, including high end luxury vehicles. Significant time was spent handling complex and time-consuming title issues caused by the Debtor pre-filing. This involved communicating with numerous purchasers, the State of Florida and the floor plan financiers regarding titles which had never been issued.  Titles have been sent out to (or issued) to nearly all bona fide purchasers.

Trustee has returned nearly all of the vehicles to NextGear or consignors and is working with a financial advisor as to the analysis of the data in order to identify litigation claims, which would belong to the estate.

Trustee is communicating with all secured creditors in working to turn over the buildings, their contents, the remaining 2 vehicles, and cash in the Chariots estate account in the amount of $1,274,023.81 and the H&S estate account of $5,289.31 to the proper parties (there are numerous competing interests claimed).

Finally, the remaining focus of the case is the litigation portion regarding preferences and various transfers.  Rule 2004 examinations will be set for Mr. Phelan, Steve Newburgh, Charles Sharoubim (the former president of the Debtor) and potentially others that worked at the Debtor.

| Initial Projected Date Of Final Report (TFR): | 12/31/2019 | Current Projected Date Of Final Report (TFR): | | /s/ NICOLE TESTA MEHDIPOUR, TRUSTEE |
|---|---|---|---|---|
| | | | | NICOLE TESTA MEHDIPOUR, TRUSTEE |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 17-19455 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2017 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 03/31/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/25/2017 | (13) | ESTATE OF CHARIOTS OF PALM BEACH, INC, DEBTOR | Turnover of funds from M. Phelan (DIP account) | 1229-000 | $1,215,206.00 | | $1,215,206.00 |
| 09/26/2017 | | ESTATE OF H & S INC, DEBTOR | Turnover of funds received from M. Phelan's office from H&S DIP account; Funds wired into wrong account. Motion to disburse funds filed. Per Court Order funds dated 10/17/17; ECF #359 funds turned over to H&S , Inc. 17-19458 | 1280-000 | $4,300.92 | | $1,219,506.92 |
| 09/28/2017 | | ESTATE OF H & S INC, DEBTOR | Turnover of funds received from M. Phelan's office from H&S DIP account; Funds wired into wrong account. Motion to disburse funds filed. Per Court Order funds dated 10/17/17; ECF #359 funds are to be turned over to H&S , Inc. 17-19458 | 1280-000 | $1,003.00 | | $1,220,509.92 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $444.62 | $1,220,065.30 |
| 10/27/2017 | | H & S, Inc. | Per Court Order dated 10/17/17; ECF #359 | * | ($5,303.92) | | $1,214,761.38 |
| | | | Per Court Order dated 10/17/17; ECF #359          ($4,300.92) | 1280-002 | | | $1,214,761.38 |
| | | | Per Court Order dated 10/17/17; ECF #359          ($1,003.00) | 1280-002 | | | $1,214,761.38 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1,905.30 | $1,212,856.08 |
| 11/03/2017 | (14) | United States Treasury | Turnover of tax refund | 1224-000 | $8,962.78 | | $1,221,818.86 |
| 11/09/2017 | (6) | Space Coast Credit Union | Balance for 2014 Porche | 1129-000 | $32,544.00 | | $1,254,362.86 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1,945.19 | $1,252,417.67 |
| 12/15/2017 | (3) | TD Bank | Turnover of Funds in Bank Account | 1129-000 | $11,270.95 | | $1,263,688.62 |
| 12/29/2017 | (14) | Anchor Commerical Bank | Turnover and closeout of bank account 2400 | 1229-000 | $3,987.65 | | $1,267,676.27 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2,030.99 | $1,265,645.28 |
| 01/11/2018 | (12) | United Healthcare Svs Inc. | Turnover of refund to Worker's Compensation | 1229-000 | $8,378.53 | | $1,274,023.81 |

**SUBTOTALS**   $1,280,349.91   $6,326.10

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 17-19455 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2017 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 03/31/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/16/2018 | 3002 | FPL | Per Court Order dated 01/16/18; ECF #410. Payment for past due invoices and a deposit of $326.00. | 2990-000 | | $773.60 | $1,273,250.21 |
| 01/16/2018 | 3003 | FPL | Per Court Order dated 01/16/18; ECF #410. Payment for past due invoices and a deposit of $59.00. | 2990-000 | | $151.40 | $1,273,098.81 |
| 01/16/2018 | 3004 | FPL | Per Court Order dated 01/16/18; ECF #410. Payment for past due invoices and a deposit of $566.00. | 2990-000 | | $945.87 | $1,272,152.94 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $2,049.54 | $1,270,103.40 |
| 02/05/2018 | (15) | Michael Phelan, Trustee | Turnover of Funds from M. Phelan for outstanding check (stale check) | 1290-000 | $52.27 | | $1,270,155.67 |
| 02/09/2018 | 3005 | FPL | Per Court Order dated 01/16/18; ECF #410 Account #14680-64355 | 2990-000 | | $125.17 | $1,270,030.50 |
| 02/09/2018 | 3006 | FPL | Per Court Order dated 01/16/18; ECF #410 Account #45525-02041 | 2990-000 | | $35.75 | $1,269,994.75 |
| 02/09/2018 | 3007 | FPL | Per Court Order dated 01/16/18; ECF #410 Account #06635-87129 | 2990-000 | | $117.51 | $1,269,877.24 |
| 02/14/2018 | (16) | Cash | $34.00 (in quarters retrieved from premises) | 1229-000 | $34.00 | | $1,269,911.24 |
| 02/21/2018 | (12) | United Healthcare Svs Inc. | Turnover of refund to Worker's Compensation | 1229-000 | $1,216.91 | | $1,271,128.15 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1,851.57 | $1,269,276.58 |
| 03/13/2018 | | FPL | Turnover of Dep refund #4593812 (Balance after months charges) | 2990-000 | | ($160.47) | $1,269,437.05 |
| 03/13/2018 | | FPL | Turnover of Dep refund #5775991 (Balance after months charges) | 2990-000 | | ($28.25) | $1,269,465.30 |
| 03/13/2018 | | FPL | Turnover of Dep refund #5775991 (Balance after months charges) | 2990-000 | | ($359.86) | $1,269,825.16 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $2,114.82 | $1,267,710.34 |

| | | | | SUBTOTALS | $1,303.18 | $7,616.65 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-19455 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2017 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 03/31/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,281,653.09 | $13,942.75 | $1,267,710.34 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,281,653.09 | $13,942.75 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,281,653.09 | $13,942.75 | |

| For the period of 04/01/2017 to 03/31/2018 | | For the entire history of the account between 09/20/2017 to 3/31/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,281,653.09 | Total Compensable Receipts: | $1,281,653.09 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,281,653.09 | Total Comp/Non Comp Receipts: | $1,281,653.09 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13,942.75 | Total Compensable Disbursements: | $13,942.75 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,942.75 | Total Comp/Non Comp Disbursements: | $13,942.75 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 17-19455 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2017 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 03/31/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,281,653.09 | $13,942.75 | $1,267,710.34 |

For the period of 04/01/2017 to 03/31/2018

| | |
|---|---|
| Total Compensable Receipts: | $1,281,653.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,281,653.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,942.75 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,942.75 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 09/20/2017 to 3/31/2018

| | |
|---|---|
| Total Compensable Receipts: | $1,281,653.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,281,653.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,942.75 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,942.75 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ NICOLE TESTA MEHDIPOUR, TRUSTEE

NICOLE TESTA MEHDIPOUR, TRUSTEE