**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                           Case No. 17-19455-MAM
                                                                 Lead Case

CHARIOTS OF PALM BEACH, INC.,                                    Jointly Administered with
                                                                 17-19458-MAM

_____ Debtor. _____ /                               Chapter 7 Case

### TRUSTEE'S MOTION FOR DECLARATION THAT CHARIOTS AND H&S WERE OPERATED AS A PONZI SCHEME

Pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure, Local Rule 9014-1, applicable Florida law discussed below, and the Court's Order of February 24, 2020 [ECF No. 650], Nicole Testa Mehdipour, the Chapter 7 Trustee (the "Chapter 7 Trustee") of the bankruptcy estates (collectively the "Estate") of Chariots of Palm Beach, Inc. and H & S, Inc. (collectively, the "Debtors"), respectfully moves the Court for the entry of an Order determining that a Ponzi scheme was operated by and through and the Debtors.[1]  In support of this motion (the "Motion"), the Chapter 7 Trustee states:

### BACKGROUND

**I.    Procedural Background**

2.    On July 27, 2017, (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the United State Bankruptcy Code (the "Bankruptcy Case") [ECF No. 1 ¶ 12.]

---

[1] The ruling sought by the Trustee is a final adjudication on this issue, applicable to the Bankruptcy Case and all of the Adversary Proceedings.

3.      On September 19, 2017, the Bankruptcy Case was converted to a case under Chapter 7 [ECF No. 265], and the Chapter 7 Trustee was concurrently appointed as the Chapter 7 Trustee of the Debtors' Estate [ECF No. 266].

4.      On July 26, 2019, the Chapter 7 Trustee timely commenced over 40 adversary proceedings (collectively the "Adversary Proceedings"), seeking, among other things, to avoid and recover preferential and inequitable transfers transferred by Debtors in furtherance of a Ponzi scheme.  The Adversary Proceedings arise out of common nucleus of operative facts relating to the Ponzi scheme.  *See e.g.*, Complaint at [ECF No. 597].  While the Chapter 7 Trustee has resolved many of the Adversary Proceedings, slightly less than half remain pending.

5.      The existence of a Ponzi scheme is contested by certain defendants who/which have not settled their Adversary Proceedings with the Chapter 7 Trustee.  The Chapter 7 Trustee brings this Motion pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure governing contested matters to determine that the Debtor's operations constituted a Ponzi scheme.

6.      On February 12, 2020, the parties to the Adversary Proceedings appeared before the Court for a status conference at which the Court ruled that a determination of whether Debtors' business operations constituted a Ponzi scheme would be made as a contested matter [ECF No. 650].  The Court subsequently entered an Order setting certain procedures and deadlines as to this contested matter.  *Id*.  In accordance with the Court's Order, the Chapter 7 Trustee hereby files the instant Motion.

## II.    **Pertinent Factual Background**

***The Debtors' Operations***

7.      Chariots of Palm Beach, Inc. ("Chariots") was formerly a luxury used car dealership specializing in the purchase and sale of premium automobiles, and H&S, Inc. ("H&S") was its affiliated luxury rental car company. *See* ECF No. 597 ("Adv. Compl."), ¶ 9.[2]

8.      Hugh Bate ("Bate") was the sole shareholder and president of Chariots and H&S. Adv. Compl. ¶ 10.

9.      On the outside, Chariots and H&S appeared to be operating as a financially successful and secure enterprise. Adv. Compl. ¶ 25. This, however, was a false façade constructed by Bate.

***Hugh Bate Orchestrates a Ponzi Scheme by and through the Debtors***

10.     At all times material to the Bankruptcy Case and the Adversary Proceedings, Bate operated a modified Ponzi scheme through the Debtors. *See* Report of Financial Advisor ("Ponzi Report"), attached hereto as Exhibit "A."[3]

11.     Bate financed the Debtors' operations by fraudulently inducing various individuals and entities ostensibly acting as "floor plan financers" – the investors – to continuously transfer funds to the Debtors. Adv. Compl. ¶ 15; *see* Ex. A., at 3-4. Chariots represented that it would use funds from floor plan financers to acquire specific vehicles to "floor" in its showroom, which would be subject to the investors' security interests in the

---

[2] As used in this Motion, "Adv. Compl." followed by a record citation refers to paragraphs in the Adversary Complaint against Florida European, filed at ECF No. 597 in the Bankruptcy Case. The remaining Adversary Complaints contain similar allegations as to the Debtors and the Ponzi scheme. For simplicity, the Chapter 7 Trustee refers to the foregoing Complaint in lieu of citing to multiple complaints for the same allegations.

[3] Development Specialists, Inc. ("DSI") is preparing an amended and supplemental report that will provide additional details of the Debtors' Ponzi scheme. This report will be filed with the Court prior to the close of written discovery on April 10, 2020 pursuant to the Court's Order at ECF No. 650 and provided to all defendants who/which have not settled their Adversary Proceeding with the Chapter 7 Trustee.

vehicles.  *See* Ex. A, at 3-4; *see also e.g.,* Claim Nos. 13-2 and 29-1.  Each investment was to be tied to a specific security interest in a specific vehicle or vehicles.  They were not.

12.     As investors transferred funds to the Debtors, Bate commingled them in the Debtors' operating account [Ex. A, at 5-6] – an account held by Flagler Bank, one of the Debtors' floor plan financers.  Adv. Compl. ¶ 27.

13.     Rather than use these funds to purchase automobiles – as required and as Bate represented – Bate disbursed the funds to pay earlier floor plan financers that had provided financing to the Debtors.  *See* Ex. A, at 5-6; Ex. 1.  Bate also distributed funds to pay Debtors' operating expenses (including to purchase of some vehicles to keep up the appearance of a typical car dealership), and distributed funds to himself to maintain his lifestyle.  *Id.*

14.     Bate's scheme allowed an insolvent Chariots to perpetually operate, propped up only by new infusions of capital.  Adv. Compl. ¶ 25; *see* Ex. A.  Debtors' cash flows throughout the one-year period prior to the Petition Date show the Debtors often operated with a limited surplus to a negative cash flow, neither of which was sufficient to support the businesses' cash needs.  *See* Ex. A. 5-7; Ex. 1.  Ultimately, the Debtors' operations collapsed – as all Ponzi schemes do – when there was insufficient new capital invested to camouflage the fact that the investors' funds were unavailable to be returned and were not being used for the acquisition of vehicles.

15.     The fraud was well-covered up at the time of the bankruptcy filing due, in part, to inadequate oversight by the Debtors' floor plan financers and inaccurate financial statements prepared by its outside (and purportedly independent) accounting firm, Mackail and Sterling, CPA's and Associates, PA.  Adv. Compl. ¶¶ 26-27.

16.     Even Debtors' Chapter 11 counsel was initially confused as to Debtors' actual financial condition and business operations.  Debtors' Case Management Summary [ECF No. 45] reflected a $645,309.95 operating *profit* for the five-month period ending May 31, 2017 and reflected over $10 million in inventory.  However, approximately a month later, counsel filed a motion to convert [ECF No. 257] in which he was forced to acknowledge that Debtors were operating (and had always operated) at a substantial loss and that inventory values were materially misstated. (The initial schedules suggested that inventory was inflated by over $3 million, but, as set forth below, the number was far greater [ECF No. 68].)  This inventory misstatement lies at the heart of Debtors' scheme, which involved selling the collateral of ostensibly secured creditors, using the collateral proceeds to pay personal benefits, expenses and earlier "lenders."  *See* [ECF No. 257]; Ex. A.

## RELIEF REQUESTED

17.     Based on the foregoing and consistent with Hugh Bate's and Debtors' pre-petition conduct, the Chapter 7 Trustee asserts it is evident that Debtors' businesses were used in a fraudulent scheme that paid existing investors with funds from new investors and required other transactions involving buying and selling cars to mask and further the fraud – a modified version of a classic Ponzi scheme.  The Chapter 7 Trustee seeks the entry of an order by the Court determining that a Ponzi scheme existed here and finding that all presumptions and resulting determinations in favor of the Chapter 7 Trustee that a proven Ponzi scheme carries with it are applicable in the Bankruptcy Case and the Adversary Proceedings.

## BASIS FOR RELIEF REQUESTED

18.     The existence of a Ponzi scheme is a matter governed by non-bankruptcy law. Under Florida law, the existence of a Ponzi scheme is established by showing that: "(1) deposits

were made by investors; (2) the [debtors] conducted little or no legitimate business operations as represented to investors; (3) the purported business operations of the [debtors] produced little or no profits or earnings; and (4) the source of payments to investors was from cash infused by new investors." *Wiand v. Waxenberg*, 611 F.Supp.2d 1299, 1313 (Bankr. M.D. Fla. 2009).

> ➢ *Deposits were made by investors*

19.     Bate defrauded the floor plan financers (friends, business associates, and various companies) into infusing capital into Chariots' operating account with the promise that the funds would be used to purchase specific vehicles, which would be then subject to security interests; these security interests would be satisfied *only* upon the sale of a specific vehicle, with the proceeds of the sale. *See* Ex. A, at 3-4; *see also e.g.,* Claim Nos. 13-2 and 29-1 (attaching notes showing amounts lent and secured interests in specific vehicles). The investors were assured that the inventory purchased with their investments was fully-secured by specific vehicles.

> ➢ *Debtors conducted little or no legitimate business operations and the source of payments to investors was from new investors*

20.     A review of the Debtors' records, the investors' claims in the bankruptcy, and the report of the Chapter 7 Trustee's financial professional confirm that instead Bate operated a Ponzi scheme. Bate represented to investors that he would use their funds to purchase specific vehicles, that the vehicles would be subject to the investors' first-position security interest, and that their secured interests would be satisfied by funds obtained from the sale of the encumbered vehicle. *See* Ex. A, at 3-4; *see also e.g.,* Claim Nos. 13-2 and 29-1. However, Chariots' bank records make it clear that Bate received, then transferred the later investors' funds out of the operating account to pay earlier investors; at times, this occurred within a matter of a few days of the inbound transfers. *See* Ex. A, at 5-6; Ex. 1. Indeed, Bate could *only* pay the earlier investors with the infusion of capital from the later investors because he disposed of collateral for

impermissible purposes (*e.g.*, to pay still earlier investors, for his personal expenses, etc.). *See id.*

21.     Integral to perpetuating the Ponzi scheme was Bate's portrayal of an *actual* used car business.  He created this image through certain limited payments to Debtors' business operations and vehicle purchases, which falsely led the floor plan financers and other individuals and entities to engage in business with the Debtors.  Without these payments, the fraud would have been exposed and the scheme would have collapsed much sooner.  For example, during the period of March 29 – 31, 2017, Bate secured nearly $600,000.00 from floor plan financers; of that, less than $28,000.00 was used to purchase vehicles. *See id.* at 5.  To the limited extent that the transfers in this case were made to actually acquire vehicles, they concealed the fraud.  Further, the funds used to purchase vehicles were misappropriated from investors who believed they were fully-secured by other collateral because the notes they signed with Bate told them they were. *See e.g.,* Claim Nos. 13-2 and 29-1.

➢ *Debtors' business operations produced little or no profits*

22.     The June 30, 2017 balance sheet prepared by Mackail & Sterling for Chariots shortly before the bankruptcy showed $13,297,823.23 in total assets and $13,075,538.82 in liabilities.  [ECF No. 35.]  The Debtors' initial schedules, filed less than two months later on August 14, 2017, showed a different picture – $9 million in assets and liabilities in excess of $15 million.  [ECF No. 68, at 2.]  In its Amended Schedules filed October 27, 2017 [ECF No. 372], Chariots identified five creditors with claims totaling $13,688,852.90 against inventory (then) valued at $7,723,900.00 [ECF No. 372, pp. 3 – 32].  These inventory numbers were, however, inflated as recognized by Chariot's (Proposed) Chief Restructuring Officer, Michael Phelan ("Phelan").  Phelan testified that the value of Chariots' inventory as of the Petition Date was *only*

$5,592,841.00, with approximately $1,749,000.00 of that total consisting of consigned vehicles.

[ECF No. 509] (Transcript of Hearing on Third Motion to Use Cash Collateral, p. 60, l.11 – 21).

      23.    Mr. Phelan was clear that the Debtors' operations were a fraud:

> It became apparent fairly quickly, very quickly, that the accounting books were cooked…It turned out in the 12/31/16 statement, there was an upward inventory adjustment --- upward sales adjustment of $16 million. * * * We did a little more investigating.  There's a report that the sales management system at the dealership produces, it's called a sales journal, and the sales journal for the period ending 12/31/16 showed approximately $22 million in sales revenue.  The accountant's statement and the tax return that I believe was prepared by the same accountants both showed $52 million in sales.  So, 16 million of that is explained by the last-day-of-the-year-revenue adjustment.

[ECF No. 509] (Transcript of Hearing on Third Motion to Use Cash Collateral, p. 39, l.14 – p.

40, l. 9).  This view was shared by the Court and counsel alike.

      24.    David Gay, NextGear's counsel, filed an objection to Steven S. Newburgh's

motion to use cash collateral alluding to the Debtors' "systematic fraud . . . leading to millions of

dollars in collateral to be simply unaccounted for" [ECF No. 34].   Additionally, Steven S.

Newburgh, counsel for the Debtors prior to the conversion to Chapter 7, filed a motion

delineating Bate's fraud scheme and seeking authority to reject consignment and/or bailment

agreements, which would protect the "[m]any victims of the . . . fraud" [ECF No. 135].

      25.    Accordingly, a Ponzi scheme existed here during all material times and the

Chapter 7 Trustee is entitled to a determination of such pursuant to Florida law.

## REQUEST FOR TRIAL

      26.    The Chapter 7 Trustee requests a bench trial on the Ponzi determination at issue in

this Motion, following the close of the discovery period set by the Court pursuant to the Court's

Order on this contested matter [ECF No. 650].

**WHEREFORE**, the Chapter 7 Trustee respectfully requests that the Court enter an Order: (i) granting this Motion; (ii) determining that the Debtors operated a Ponzi scheme at all times material to the Adversary Proceedings; (iii) holding that the Court's determination of the existence of a Ponzi scheme is final and applies to the Bankruptcy Case and all of the Adversary Proceedings, and (iv) granting such other and further relief as the Court deems just and proper.

Dated: March 6, 2020.

Respectfully Submitted,

**WARGO & FRENCH, LLP**
*Counsel for Trustee*
201 S. Biscayne Blvd., Suite 1000
Miami, Florida 33131
Telephone:      (305) 777-6000
Facsimile:      (305) 777-6001

By: */s/ Nicola A. Gelormino*
        Kristopher E. Aungst, Esq.
        Florida Bar No. 0055348
        kaungst@wargofrench.com
        Michael C. Foster, Esq.
        Florida Bar No. 0042765
        mfoster@wargofrench.com
        Nicola A. Gelormino, Esq.
        Florida Bar No. 0091432
        ngelormino@wargofrench.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on March 6, 2020, the foregoing document was filed with the Clerk of the Court using *CM/ECF,* providing service via transmission of Notice of Electronic Filing generated by *CM/ECF* on all parties who are authorized to receive Notices of Electronic Filing in this bankruptcy case and was sent by prepaid, first class U.S. mail to all parties on the attached service list who/which are not authorized to receive electronic notice via *CM/ECF*.

/s/ *Nicola A. Gelormino*_____

Nicola A. Gelormino, Esq.

## SERVICE LIST

**17-19455-MAM Notice will be electronically mailed to:**

Kristopher Aungst, Esq. on behalf of Plaintiff Nicole Testa Mehdipour
kaungst@wargofrench.com,
lcruz@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com

Kristopher Aungst, Esq. on behalf of Trustee Nicole Testa Mehdipour
kaungst@wargofrench.com,
lcruz@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com

Michael R. Bakst, Esq. on behalf of Creditor Anchor Commercial Bank
efileu1094@gmlaw.com,
ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmla
w.com

Michael R. Bakst, Esq. on behalf of Cross Defendant Anchor Commercial Bank
efileu1094@gmlaw.com,
ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmla
w.com

Michael R. Bakst, Esq. on behalf of Defendant Anchor Bank
efileu1094@gmlaw.com,
ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmla
w.com

Michael R. Bakst, Esq. on behalf of Defendant Anchor Commercial Bank
efileu1094@gmlaw.com,
ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmla
w.com

Michael R. Bakst, Esq. on behalf of Defendant William H. Jennings, II
efileu1094@gmlaw.com,
ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmla
w.com

Scott N Brown, Esq on behalf of Defendant Howard Winkelvoss
sbrown@bastamron.com,
hharrison@bastamron.com;jmiranda@bastamron.com;kjones@bastamron.com

Scott N Brown, Esq on behalf of Interested Party Howard Winklevoss
sbrown@bastamron.com,
hharrison@bastamron.com;jmiranda@bastamron.com;kjones@bastamron.com

Dennis M. Campbell, Esq. on behalf of Attorney Chase Auto Finance Corp.
dcampbell@campbellmiami.com,

mjohnson@campbellmiami.com,ranthony@campbellmiami.com,service@campbellmiami.com

Dennis M. Campbell, Esq. on behalf of Defendant Chase Auto Finance Corp.
dcampbell@campbellmiami.com,
mjohnson@campbellmiami.com,ranthony@campbellmiami.com,service@campbellmiami.com

Rilyn A Carnahan, Esq. on behalf of Creditor Anchor Commercial Bank
rilyn.carnahan@gmlaw.com,
efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

Rilyn A Carnahan, Esq. on behalf of Defendant Anchor Bank
rilyn.carnahan@gmlaw.com,
efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

Rilyn A Carnahan, Esq. on behalf of Defendant Anchor Commercial Bank
rilyn.carnahan@gmlaw.com,
efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

Rilyn A Carnahan, Esq. on behalf of Defendant William H. Jennings, II
rilyn.carnahan@gmlaw.com,
efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

Rilyn A Carnahan, Esq. on behalf of Interested Party William H Jennings, II
rilyn.carnahan@gmlaw.com,
efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

Labeed A Choudhry on behalf of Creditor Alexander Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com;aferrara@warddamon.com

Labeed A Choudhry on behalf of Creditor Winifred Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com;aferrara@warddamon.com

Labeed A Choudhry on behalf of Defendant Alexander Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com;aferrara@warddamon.com

Labeed A Choudhry on behalf of Defendant Winifred Aranyos

lchoudhry@warddamon.com, litservice@warddamon.com;aferrara@warddamon.com

Eric C Christu on behalf of Defendant Elizabeth Shiverick
echristu@shutts.com, aarce@shutts.com;lmcnesby@shutts.com;jhart@shutts.com

Jesse R Cloyd on behalf of Interested Party Tripp Scott, P.A.
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Ashley J Dillman Bruce on behalf of 3rd Party Plaintiff Nextgear Capital, Inc.
adbruce@bergersingerman.com,
efile@bergersingerman.com;cphillips@bergersingerman.com;efile@ecf.inforuptcy.com

Ashley J Dillman Bruce on behalf of Cross-Claimant Nextgear Capital, Inc.
adbruce@bergersingerman.com,
efile@bergersingerman.com;cphillips@bergersingerman.com;efile@ecf.inforuptcy.com

Ashley J Dillman Bruce on behalf of Defendant Nextgear Capital, Inc.
adbruce@bergersingerman.com,
efile@bergersingerman.com;cphillips@bergersingerman.com;efile@ecf.inforuptcy.com

Drew M Dillworth on behalf of Defendant All Vehicle Imports Inc
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;
cgraver@stearnsweaver.com;fsanchez@stearnsweaver.com

Drew M Dillworth on behalf of Defendant Braman Motors, Inc.
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;
cgraver@stearnsweaver.com;fsanchez@stearnsweaver.com

Drew M Dillworth on behalf of Defendant Palm Beach Imports Inc
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;
cgraver@stearnsweaver.com;fsanchez@stearnsweaver.com

Michael P Dunn on behalf of Cross-Claimant Wolf Von Falkenberg
michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;mzucker@dunnlawpa.com

Michael P Dunn on behalf of Defendant Wolf Von Falkenberg
michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;mzucker@dunnlawpa.com

Julie Feigeles on behalf of Defendant Two Wheels World LLC
jf@womenatlawfl.com, way@womenatlawfl.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee

Heidi.A.Feinman@usdoj.gov

William A Fleck on behalf of Creditor Daniel J Keegan
wfleck@jla.legal, info@jla.legal

William A Fleck on behalf of Creditor Daniel Jack Keegan
wfleck@jla.legal, info@jla.legal

William A Fleck on behalf of Creditor William V. Mauro
wfleck@jla.legal, info@jla.legal

William A Fleck on behalf of Defendant Daniel Jack Keegan
wfleck@jla.legal, info@jla.legal

William A Fleck on behalf of Defendant William V. Mauro
wfleck@jla.legal, info@jla.legal

Michael Foster on behalf of Plaintiff Nicole Testa Mehdipour
mfoster@wargofrench.com,
lcruz@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com

Michael Foster on behalf of Trustee Nicole Testa Mehdipour
mfoster@wargofrench.com,
lcruz@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com

Julianne R. Frank on behalf of Creditor Alan Gilison
fwbbnk@fwbpa.com, G59511@notify.cincompass.com

Julianne R. Frank on behalf of Defendant Alabas Corp
julianne@jrfesq.com, G59511@notify.cincompass.com

Julianne R. Frank on behalf of Defendant Alan Gilison
fwbbnk@fwbpa.com, G59511@notify.cincompass.com

Scott R Fransen on behalf of Creditor State of Florida, Office of Financial Regulation
scott.fransen@flofr.com

Andrew Fulton IV, Esq on behalf of Defendant Branch Banking and Trust Company
andrew@kelleylawoffice.com,
tina@kelleylawoffice.com,bankruptcy@kelleylawoffice.com,kristina@kelleylawoffice.com

Andrew Fulton IV, Esq on behalf of Defendant Regional Acceptance Corporation
andrew@kelleylawoffice.com,
tina@kelleylawoffice.com,bankruptcy@kelleylawoffice.com,kristina@kelleylawoffice.com

Andrew Fulton IV, Esq on behalf of Defendant Richard P. Facchine

andrew@kelleylawoffice.com,
tina@kelleylawoffice.com,bankruptcy@kelleylawoffice.com,kristina@kelleylawoffice.com

Andrew Fulton IV, Esq on behalf of Interested Party Branch Banking And Trust Company
andrew@kelleylawoffice.com,
tina@kelleylawoffice.com,bankruptcy@kelleylawoffice.com,kristina@kelleylawoffice.com

Andrew Fulton IV, Esq on behalf of Interested Party Regional Acceptance Corporation
andrew@kelleylawoffice.com,
tina@kelleylawoffice.com,bankruptcy@kelleylawoffice.com,kristina@kelleylawoffice.com

David L Gay, Esq. on behalf of 3rd Party Plaintiff Nextgear Capital, Inc.
dgay@carltonfields.com,
cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

David L Gay, Esq. on behalf of Creditor NextGear Capital, Inc.
dgay@carltonfields.com,
cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

David L Gay, Esq. on behalf of Defendant Nextgear Capital, Inc.
dgay@carltonfields.com,
cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

Nicola A Gelormino on behalf of Plaintiff Nicole Testa Mehdipour
ngelormino@wargofrench.com,
lcruz@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com

Nicola A Gelormino on behalf of Trustee Nicole Testa Mehdipour
ngelormino@wargofrench.com,
lcruz@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com

Malinda L Hayes, Esq. on behalf of Creditor LQD Business Finance, LLC
malinda@forbusinessandlife.com, mlhbnk@gmail.com

Malinda L Hayes, Esq. on behalf of Cross Defendant LQD Business Finance LLC
malinda@forbusinessandlife.com, mlhbnk@gmail.com

Malinda L Hayes, Esq. on behalf of Defendant LQD Business Finance LLC
malinda@forbusinessandlife.com, mlhbnk@gmail.com

Jeffrey S. Hochfelsen on behalf of Creditor Michael Joseph
jhochfelsen@kraskerlaw.com, bkry@kraskerlaw.com

Sara Holladay-Tobias on behalf of Defendant TD Auto Finance LLC
sfhollad@mcguirewoods.com, drogers@mcguirewoods.com

Jason Z. Jones, Esq. on behalf of Defendant American Express Company
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Defendant American Express National Bank
jjones@joneslawpa.com

Richard M Jones on behalf of Defendant Mackail & Sterling, P.A.
jonesr@kgplp.com,
montanem@kgplp.com;piersonj@kgplp.com;carrillom@kgplp.com;kleinr@kgplp.com

Craig I Kelley on behalf of Creditor Rocreation Corp
craig@kelleylawoffice.com,
tina@kelleylawoffice.com,bankruptcy@kelleylawoffice.com,kristina@kelleylawoffice.com

Craig I Kelley on behalf of Creditor Arthur Silber
craig@kelleylawoffice.com,
tina@kelleylawoffice.com,bankruptcy@kelleylawoffice.com,kristina@kelleylawoffice.com

Craig I Kelley on behalf of Creditor Joe Baker
craig@kelleylawoffice.com,
tina@kelleylawoffice.com,bankruptcy@kelleylawoffice.com,kristina@kelleylawoffice.com

Craig I Kelley on behalf of Creditor Richard P. Facchine
craig@kelleylawoffice.com,
tina@kelleylawoffice.com,bankruptcy@kelleylawoffice.com,kristina@kelleylawoffice.com

Loretta A Kenna, Esq on behalf of Creditor Flagler Bank
service@kennalawfirm.com, lorettakenna@kennalawfirm.com

Loretta A Kenna, Esq on behalf of Cross Defendant Flagler Bank
service@kennalawfirm.com, lorettakenna@kennalawfirm.com

Loretta A Kenna, Esq on behalf of Defendant Flagler Bank
service@kennalawfirm.com, lorettakenna@kennalawfirm.com

Evan B Klinek on behalf of Defendant C&K Auto Imports South Inc
evan.klinek@gmlaw.com, rene.vazquez@gmlaw.com

Roy S Kobert, Esq on behalf of Mediator Roy S Kobert
roy.kobert@gray-robinson.com, andrea.taylor@gray-robinson.com

Harris J. Koroglu on behalf of Creditor IBM Southeast Employees' Credit Union
hkoroglu@shutts.com, fsantelices@shutts.com;bvelapoldi@shutts.com

Harris J. Koroglu on behalf of Defendant IBM Southeast Employees Credit Union
hkoroglu@shutts.com, fsantelices@shutts.com;bvelapoldi@shutts.com

Bernice C. Lee on behalf of Creditor Mark Foley
blee@slp.law, mc@kttlaw.com

Bernice C. Lee on behalf of Creditor Ross W Meltzer
blee@slp.law, mc@kttlaw.com

Jonathan S Leiderman on behalf of Defendant Mint Motorcars Inc
jsl@lsaslaw.com, zbs@lsaslaw.com;info@lsaslaw.com;jleiderman@ecf.inforuptcy.com

Jonathan S Leiderman on behalf of Defendant Mint Motorcars LLC
jsl@lsaslaw.com, zbs@lsaslaw.com;info@lsaslaw.com;jleiderman@ecf.inforuptcy.com

Scott J Leitten on behalf of Creditor Anchor Commercial Bank
sleitten@blockandcoluccipa.com

Aliza Malouf on behalf of Defendant Capital One Bank (USA), N.A.
amalouf@huntonak.com,
plozano@huntonak.com;amckenzie@huntonak.com;creeves@huntonak.com

Aliza Malouf on behalf of Defendant Capital One, N.A.
amalouf@huntonak.com,
plozano@huntonak.com;amckenzie@huntonak.com;creeves@huntonak.com

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
omayor@ombankruptcy.com, legalservices@pbctax.com

James R McCachren on behalf of Defendant J&G Capital Group LLC
jrmccachren@sgrlaw.com, dhsmith@sgrlaw.com;apelegrin@sgrlaw.com;bhall@sgrlaw.com

Courtney A McCormick on behalf of Defendant Bank of America, N.A.
cmccormick@mcguirewoods.com, sjerreld@mcguirewoods.com;flservice@mcguirewoods.com

Brian K. McMahon, Esq. on behalf of Creditor Margaret Krupa
briankmcmahon@gmail.com, irizarryelise1@gmail.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;B
Casey@ntmlawfirm.com

Kenneth L Minerley, Esq. on behalf of Defendant Auto Krafters LLC
ken@minerleyfein.com, litigation@minerleyfein.com;fileclerk@minerleyfein.com

Kenneth L Minerley, Esq. on behalf of Defendant Car Coach Auto Transport, Inc.
ken@minerleyfein.com, litigation@minerleyfein.com;fileclerk@minerleyfein.com

Jacob E Mitrani on behalf of Defendant Suntrust Bank
jem@lgplaw.com, amm@lgplaw.com

Michael W Moskowitz on behalf of Creditor Legacy Bank of Florida
mmoskowitz@mmsslaw.com

Steven S Newburgh on behalf of Debtor Chariots of Palm Beach, Inc.
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;lbrunet@mclaughlinstern.com

Steven S Newburgh on behalf of Debtor H & S, Inc.
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;lbrunet@mclaughlinstern.com

Steven S Newburgh on behalf of Interested Party Chariots of Palm Beach, Inc.
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;lbrunet@mclaughlinstern.com

Steven S Newburgh on behalf of Interested Party H & S, Inc.
snewburgh@mclaughlinstern.com,
ssn@newburghlaw.net;mgarcia@mclaughlinstern.com;lbrunet@mclaughlinstern.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Leslie S. Osborne, Esq. on behalf of Defendant Experience Leasing, LLC
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Daniel J Pasky on behalf of Defendant Bank of America, N.A.
dpasky@mcguirewoods.com

Eric S Pendergraft on behalf of Defendant Mark Foley
ependergraft@slp.law,
dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft on behalf of Defendant Ross William Walter Meltzer
ependergraft@slp.law,
dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft on behalf of Plaintiff Chariots of Palm Beach, Inc.
ependergraft@slp.law,
dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Chad P Pugatch, Esq. on behalf of Creditor Legacy Bank of Florida
cpugatch.ecf@rprslaw.com

Chad P Pugatch, Esq. on behalf of Defendant Legacy Bank of Florida
cpugatch.ecf@rprslaw.com

Robert M Quinn, Esq on behalf of Defendant JPMorgan Chase & Co.
rquinn@carltonfields.com, dlester@carltonfields.com;tpaecf@cfdom.net

Robert M Quinn, Esq on behalf of Defendant JPMorgan Chase Bank, N.A.
rquinn@carltonfields.com, dlester@carltonfields.com;tpaecf@cfdom.net

Alexis S Read on behalf of Counter-Claimant Wolf Von Falkenberg
alexis.read@dunnlawpa.com, asr@alexisreadlaw.com

Alexis S Read on behalf of Creditor Wolfgang Von Falkenberg
alexis.read@dunnlawpa.com, asr@alexisreadlaw.com

Alexis S Read on behalf of Cross-Claimant Wolf Von Falkenberg
alexis.read@dunnlawpa.com, asr@alexisreadlaw.com

Alexis S Read on behalf of Defendant Wolf Von Falkenberg
alexis.read@dunnlawpa.com, asr@alexisreadlaw.com

Ryan C Reinert on behalf of Creditor IBM Southeast Employees' Credit Union
rreinert@shutts.com, juanitasanchez@shutts.com

Heather L. Ries, Esq. on behalf of Creditor North Florida Mango Credit, LLC
hries@foxrothschild.com, ralbert@foxrothschild.com

Heather L. Ries, Esq. on behalf of Defendant North Florida Mango Credit LLC
hries@foxrothschild.com, ralbert@foxrothschild.com

Heather L. Ries, Esq. on behalf of Defendant North Florida Mango Credit, LLC
hries@foxrothschild.com, ralbert@foxrothschild.com

Mark S. Roher, Esq. on behalf of Creditor Marie Philomene Tomasino
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Emily Y Rottmann on behalf of Defendant TD Auto Finance LLC
erottmann@mcguirewoods.com, clambert@mcguirewoods.com;flservice@mcguirewoods.com

William G Salim Jr on behalf of Creditor Legacy Bank of Florida
wsalim@mmsslaw.com, cleibovitz@mmsslaw.com

William G Salim Jr on behalf of Defendant Legacy Bank of Florida
wsalim@mmsslaw.com, cleibovitz@mmsslaw.com

Nemia L. Schulte, Esq. on behalf of Defendant Lauderhill Auto Investors I, LLC
nemia2000@aol.com, nemia3000@gmail.com

Peter E. Shapiro, Esq. on behalf of Interested Party Ronald Alalouf
pshapiro@shapirolawpa.com

Bradley S Shraiberg on behalf of Defendant Autosport USA, Inc.
bss@slp.law,
dwoodall@slp.law;bshraibergecfmail@gmail.com;dlocascio@slp.law;pmouton@slp.law

Meredith Mishan Silver on behalf of Defendant Alan Gilison
msilver@phillipslawyers.com, tedwards@phillipslawyers.com

Meredith Mishan Silver on behalf of Defendant Susan Gilison
msilver@phillipslawyers.com, tedwards@phillipslawyers.com

Jason Slatkin, Esq. on behalf of Defendant Florida European, Inc.
jslatkin@slatkinreynolds.com, imalcolm@slatkinreynolds.com;r53227@notify.bestcase.com

Jason Slatkin, Esq. on behalf of Interested Party Florida European, Inc.
jslatkin@slatkinreynolds.com, imalcolm@slatkinreynolds.com;r53227@notify.bestcase.com

Scott W Spradley on behalf of Defendant Jack Scalo
scott.spradley@flaglerbeachlaw.com, suzy@flaglerbeachlaw.com

Mark E Steiner on behalf of Defendant Suntrust Bank
MES@lgplaw.com, pm@lgplaw.com

Charles M Tatelbaum on behalf of Interested Party Tripp Scott, P.A.
cmt@trippscott.com, hbb@trippscott.com;cvp@trippscott.com;eservice@trippscott.com

Charles W Throckmorton, Esq on behalf of Defendant Ellen Cunningham
cwt@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

Mark J Wolfson, Esq on behalf of Defendant Mercedes-Benz Financial Services USA LLC
mwolfson@foley.com, crowell@foley.com

Stuart A Young, Esq on behalf of Defendant Hugh Bate
syoung@ybplaw.com

Stuart A Young, Esq on behalf of Interested Party Hugh Bate
syoung@ybplaw.com

**17-19455-MAM Notice will not be electronically mailed to:**

Jeffrey C Dwyer on behalf of Defendant Morse Operations Inc

300 SE 2nd Street # 600
Fort Lauderdale, FL 33301

Shirlee E Glahn
POB 6513
Delray Beach, FL 33482

Kathy A. Jimenez-Morales on behalf of Creditor State of Florida, Department of Highway Safety
and Motor Vehicles
2900 Apalachee Parkway #A-432
Tallahassee, FL 32399

Joseph J. Luzinski
Development Specialists Inc.
500 West Cypress Creek Road
Suite 400
Fort Lauderdale, FL 33309

Ashleigh C McKenzie on behalf of Other Professional Hartford Underwriters Insurance
Company
Cole Scott & Kissane, P.A.
222 Lakeview Avenue
suite 120
West Palm Beach
West Palm Beach, FL 33401
ashleigh.mckenzie@csklegal.com

Ronald Zimmer
POB 6513
Delray Beach, FL 33482

***See attached mailing matrix***

Label Matrix for local noticing
113C-9
Case 17-19455-MAM
Southern District of Florida
West Palm Beach
Tue Mar  3 16:02:12 EST 2020

Anchor Commercial Bank
11025 RCA Center Drive
Suite 100
Palm Beach Gardens, FL 33410-4269

Branch Banking And Trust Company
Kelley, Fulton & Kaplan, PL
1665 Palm Beach Lakes Blvd
Ste 1000
West Palm Beach, FL 33401-2109

Chariots of Palm Beach, Inc.
2400 N. Florida Mango Road
West Palm Beach, FL 33409-6418

Chase Auto Finance Corp.
c/o Campbell Law Firm PLLC
201 Alhambra Circle, Suite 602
Coral Gables, FL 33134-5199

Flagler Bank
c/o Loretta A. Kenna
9715 West Broward Blvd., # 321
Plantation, FL 33324-2351

Florida European, Inc.
1230 SW 6th Street
Pompano Beach, FL 33069-3515

H & S, Inc.
2400 N. Florida Mango Road
West Palm Beach, FL 33409-6418

Hartford Underwriters Insurance Company
P. O. Box 14261
Lexington, KY 40512-4261

IBM Southeast Employees' Credit Union
c/o Shutts & Bowen LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607-5716

JPMorgan Chase Bank, N.A.
Carlton Fields, P.A.
Robert M. Quinn
P.O. Box 3239
Tampa, FL 33601-3239

LQD Business Finance, LLC
c/o Malinda L. Hayes, Esq.
2925 PGA Blvd., Suite 204
Palm Beach Gardens, FL 33410-2909

Legacy Bank of Florida
2300 Glades Road
Suite 120 West
Boca Raton, FL 33431-8515

NextGear Capital, Inc.
c/o Carlton Fields
100 SE 2 St #4200
Miami, FL 33131-2113

North Florida Mango Credit, LLC
c/o Fox Rothschild LLP
222 Lakeview Ave #700
West Palm Beach, FL 33401-6148

Palm Beach County Tax Collector
c/o Orfelia M Mayor Esq
POB 3715
West Palm Beach, FL 33402-3715

Regional Acceptance Corporation
c/o Kelley, Fulton, & Kaplan, PL
1665 Palm Beach Lakes Blvd
Ste 1000
West Palm Beach, FL 33401-2109

Rocreation Corp
c/o Kelley and Fulton, P.L
1665 Palm Beach Lakes Blvd
The Forum Suite 1000
West Palm Beach, FL 33401-2121

State of Florida, Office of Financial Regula
c/o Scott R. Fransen
1313 N. Tampa St., Suite 615
Tampa, FL 33602-3328

Tripp Scott, P.A.
110 S.E. 6th Street
15th Floor
Fort Lauderdale, FL 33301-5004

8895 North Military Trail, Suite 102 E
Palm Beach Gardens, FL 33410-6220

AT&T
PO Box 105262
Atlanta, GA 30348-5262

Alan Gilison
c/o Julianne Frank
4495 Military Trail Suite 107
Jupiter, Florida 33458-4818

Alan and Susan Gilison
1233 Breakers West Blvd
Sands Point, NY 11050

Alan and Susan Gilison
1233 Breakers West Blvd.
West Palm Beach, FL 33411-1881

Albert Gleaves Van Metre, Jr./ Deadria Van M
9900 Main Street
Suite 500
Fairfax, VA 22031-3907

Allan J. Weiner, Esq.
3050 K Street, NW
Suite 400
Washington, DC 20007-5100

Allan Stephen Hetelson
264 Carina Drive
Jupiter, FL 33478-5454

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Anchor Commercial Bank
11025 RCA Center Drive
Suite 101
Palm Beach Gardens, FL 33410-4269

Anchor Commercial Bank - Loan Ops
11025 RCA Center Drive
Suite 101
Palm Beach Gardens, FL 33410-4269

Andres Isreal Albarran, Jr.
1739 Village Blvd., Apt. 206
West Palm Beach, FL 33409-2068

Andrew Sweet
2520 Bohler Road NW
Atlanta, GA 30327-1416

Anne M. Gannon
Constitutional Tax Collector
PO Box 3353
West Palm Beach, FL 33402-3353

Anthony Ross Marimon
7 Riverway
#2106
Houston, TX 77056-2058

Antique Row Self Storage, Inc.
424 Park Place
West Palm Beach, FL 33401-7308

Ardex of South Florida
1801 N. Powerline Road
Pompano Beach, FL 33069-1201

Arthur Silber
c/o Kelley and Fulton, P.L.
1665 Palm Beach Lakes Blvd
The Forum 1000
West Palm Beach, FL 33401-2121

Autotrader Specialty
PO Box 934624
Atlanta, GA 31193-4624

Barbara Hoge Cannaday
8930 Timber Run Court
Fort Myers, FL 33908-7615

Bonnie Stern
184 Bradley Place
Palm Beach, FL 33480-3705

Bruce L. Haley
101 Firestone Circle
Roslyn, NY 11576-3047

Bryan Paul King and Suzanne Reed King
464 Golden Gate Place Unit 404
Sarasota, FL 34236-6746

Carfax
c/o Barr Credit Services
5151 E Broadway Blvd, Ste 800
Tucson AZ 85711-3775

Carfax, Inc.
16630 Collection Center Drive
Chicago, IL 60693-0166

Carmeline Cannella
13747 Stamford Drive
Wellington, FL 33414-8940

Carsforsale.Com, Inc.
PO Box 91537
Sioux Falls, SD 57109-1537

Carswell Landscape
PO Box 14153
North Palm Beach, FL 33408-0153

Chase Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423

City of Palm Beach
PO Box 30000
Tampa, FL 33630-3000

City of West Palm Beach Fire Rescue
PO Box 3366
West Palm Beach, FL 33402-3366

Clive Norman Furrows
4674 Del Monte Avenue
San Diego, CA 92107-3511

Comcast
PO Box 105184
Atlanta, GA 30348-5184

Corelogic Credco, LLC
PO Box 847070
Dallas, TX 75284-7070

Daniel Jack Keegan
151 Shore Drive
Riviera Beach, FL 33404-2418

Daniel Keegan
POB 30614
Palm Beach Gardens, FL 33420-0614

Daniel Mark Tye
4221 Harbour Island Drive
Jacksonville, FL 32225-1563

Dao Ngoc Dinh
18711 Jockey Circle
Huntington Beach, CA 92648-1507

David Todd Walker Jr. and Meaghan Walker
13 Marlwood Lane
Palm Beach Gardens, FL 33418-6805

Dealer Services Corporation
1320  City Center Dr #100
Carmel IN 46032-3816

Deer Creek Corporate Services, Inc.
415 North Benton Avenue
Helena, MT 59601-5041

Dexter T. Crotts
3920 North Ocean Drive, Apt. 118
Singer Island, FL 33404-2811

Division of Motorist Services
Bureau of Dealer Services
Motor Vehicle Field Operations
901 Northpoint Parkway
Suite 115 & 116
West Palm Beach, FL 33407-1951

Edward Charles Castetto, Jr.
3443 Pacific Drive
Naples, FL 34119-8664

El Hassan Erroudani
9514 Royal Estates Blvd.
Orlando, FL 32836-8896

Eric J. Biederman
15200 Hamlin Blvd.
Loxahatchee, FL 33470-5615

Evan Craig Deoul
208 Via Quantera
Palm Beach Gardens, FL 33418-6220

FRL Automotive
444 NW 165th Street
Miami, FL 33169-6429

First Corporate Solutions, Inc.
914 S Street
Sacramento, CA 95811-7025

Flagler Bank
1801 Forest Hill Blvd
West Palm Beach FL 33406-6021

Flagler Bank
555 Northlake Boulevard
Suite 200
North Palm Beach, FL 33408-5426

Flagler Bank
Att: Jose Cano
555 Northlake Boulevard
North Palm Beach, FL 33408-5426

Flagler Bank - Loan Dept
555 Northlake Boulevard
Suite 200
North Palm Beach, FL 33408-5426

Florida Office of Financial Regulation
200 E. Gaines Street
Tallahassee, FL 32399-6502

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Focus Four, LLC
PO Box 938793
Cincinnati, OH 45263-8793

Frederic Randall Bigony
11610 Charisma Way
Palm Beach Gardens, FL 33418-1535

Gerald Herz
1330 South Ocean Blvd.
Palm Beach, FL 33480-5021

Global Autosports
125 Park Avenue
25th Floor
New York, NY 10017-5550

Henry Jay Hirsch
9 Bermuda Lane
Palm Beach Gardens, FL 33418-4583

Henry P. Mauney
298 Wilson Drive
Fort Mill, SC 29707-9027

Howard Wincelvoss
10 Knakum Wood Road
Greenwich, CT 06831-3747

IBM Southeast Employees' Credit Union
c/o Harris J. Koroglu, Esq.
200 S. Biscayne Blvd., Suite 4100
Miami, FL 33131-2362

Internal Revenue Service
Centralized Insolvency Oper.
PO Box 7346
Philadelphia, PA 19101-7346

J&G Capital Group LLC  Janice Blaylock
c/o Brian Hall, Smith Gambrell & Ru
1230 Peachtree Street, NE
Promenade, Suite 3100
Atlanta, GA 30309-3574

J&G Capital Group, LLC
c/o Gerald Victor/Janice Blaylock Gurbac
2660 S. Ocean Blvd #505 N
Palm Beach, FL 33480-5487

J&S Marketing & Advertising
7711 Military Trail N
Palm Beach Gardens, FL 33410-6506

J. Jerome Miller, Esq.
Miller, Walker, & Austin
319 South Sharon Amity Road, Suite 350
Charlotte, NC 28211-2980

Jack Francis Siano
6940 Balboa Island Court
Delray Beach, FL 33446-5641

Jack Wayne Mayo Jr. and Kimberly Kay Mayo
310 SE Huntington Circle
Port Saint Lucie, FL 34984-6664

James A. Smith III
251 Lang Road
Sewickley, PA 15143-2387

Janice K. Robinson
529 South Flagler Drive, Unit 22GH
West Palm Beach, FL 33401-5930

Jason F Abraham Revocable Trust
N4676 Pinecrest Drive
Nashotah, WI 53058

Jena Ann Hatfield
5596 SW Evans Drive
Stuart, FL 34997-6349

Jens Flachsmeier
6740 Kenton Ridge
Chattanooga, TN 37421-2368

Jhawed Khayoumi
3014 Siena Circle
Wellington, FL 33414-4397

Jodi Ellen De Lazzero
4816 South Lake Drive
Boynton Beach, FL 33436-5911

Joe A Baker
6101 S Flagler Dr
West Palm Beach FL 33405-4113

John Jay Borland, Jr.
244 Plantation Road
Palm Beach, FL 33480-3413

Jonathan Stott or Patricia B. Stott
705 Ocean Drive
Juno Beach, FL 33408-1914

Jose Pepe Fanjue
105 Jungle Road
Palm Beach, FL 33480-4809

Joseph Castelo
100 Worth Avenue, Apt. 704
Palm Beach, FL 33480-6739

Joseph N. Torsiello Revocable Trust
3850 Old Jupiter Beach Road
Jupiter, FL 33477

Joyce L. Morrow
434 Drummers Lane
Wayne, PA 19087-1562

Julianne Frank
4495 Military Trail  Suite 107
Jupiter, FL 33458-4818

Julie D. Simmons
303 Maddock Way
Palm Beach, FL 33480-3506

Karla E. Riebel
48 Burbank Drive
Palm Coast, FL 32137-9443

Kenneth B. Elias
595 North Lake Way
Palm Beach, FL 33480-3435

Kevin Lee
2160 Century Park East, Apt. 209N
Los Angeles, CA 90067-2206

Kirsten White
440 Seabreeze Avenue
Palm Beach, FL 33480-4107

LOD Loans One, LLC
329 W. 18th Street
Suite 601
Chicago, IL 60616-1772

LQD Business Finance LLC
c/o Markarian & Hayes
2925 PGA Blvd., #204
Palm Beach Gardens, FL 33410-2909

LQD Business Finance, LLC
329 W. 18th Street
Suite 601
Chicago, IL 60616-1772

Legacy Bank of Florida
2300 Glades Road
Suite 140 West
Boca Raton, FL 33431-8515

Linda Elizabeth Buccilli
4754 NW 7th Street
Deerfield, FL 33442-9311

Long Ngo Trinh
8734 Ashworth Drive
Tampa, FL 33647-2268

MEA Business Enterprises/Matthew Avril
216 Ocean Way
Vero Beach, FL 32963-2741

Mackail & Sterling, CPA's & Associates
636 U.S. Highway One
Suite 118
North Palm Beach, FL 33408-4611

Mackail & Sterling, CPAs & Assoc
636 US Hwy 1 #118
N Palm Beach FL 33408-4611

Margaret Krupa
c/o Brian K. McMahon, P.A.
1401 Forum Way, 6th Floor
West Palm Beach, FL 33401-2325

Marie Christine Weist
c/o Alex Turner, Esq.
317 - 71st Street
Miami Beach, FL 33141-3013

Marie Philomene Tomasino
3641 North 33rd Terrace
Hollywood, FL 33021-2503

Mario Gazzola, Esq.
Pavia & Harcourt LLP
230 Park Avenue, 24th Floor
New York, NY 10169-2402

Mark Adam Foley
801 S. Olive Avenue
Apartment 1509
West Palm Beach, FL 33401-6181

Mark Andrew Freher
802 NW First Avenue
Delray Beach, FL 33444-3908

Mark Damon Cohen
1835 Newport Blvd. A 109
470
Costa Mesa, CA 92627-5031

Mark Foley
c/o Bradley Shraiberg
Shraiberg, Landau & Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Mark Sheldon Lisnow
100 Worth Avenue, Apt. 301
Palm Beach, FL 33480-4464

Marshall Field, Jr.
427 South Beach Road
Hobe Sound, FL 33455-2707

Martin J. Goldstein
450 North Federal Highway, Unit 1411
Boynton Beach, FL 33435-4194

Martin Turchin
3060 Miro Drive South
West Palm Beach, FL 33410-1237

Maryanne Mathys
2000 South Ocean Blvd., Apt. 202
Palm Beach, FL 33480-5206

Massey Services, Inc.
PO Box 547668
Orlando, FL 32854-7668

Michael Anthony Joseph
12402 Hautree Court
Palm Beach Gardens, FL 33418-1551

Michael Daddario
50 Lancaster Road
Boynton Beach, FL 33426-8431

Michael Phelan, CRO
Michael Moecker & Associates
1883 Marina Mile Boulevard
Suite 106
Fort Lauderdale, FL 33315-2232

Michele Colleen Mossbacher
1155 23rd Street
Washington, DC 20037-3301

NextGear Capital, Inc.
c/o Carlton Fields
100 SE Second St #4200
Miami, FL 33131-2113

North Florida Mango Credit
Robert Simses, Trustee
251 Royal Palm Way
Suite 400
Palm Beach, FL 33480-4337

Northwest Assets Montana LLC
c/o Burton G. Freiman, Member
96 Aspenwood Drive
East Amherst, NY 14051-1700

Northwest Assets Montana, LLC
c/o Burton Freiman
96 Aspenwood Drive
East Amherst, NY 14051-1700

Octavian Cretu
1538 Lake Whitney Drive
Windermere, FL 34786-6041

Office Depot Business Credit
Dept. 56-4235348389
PO Box 78004
Phoenix, AZ 85062-8004

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Palm Beach Network Associates, Inc.
1728 Sawgrass Circle
Greenacres, FL 33413-3037

Palm Beach Yacht Management Group
447 Rudder Cay Way
Jupiter, FL 33458-1648

Peter Chris Markatos
1000 North US Highway 1N
Unit 659
Jupiter, FL 33477

Peter David McManus
4486 SW Bimini Circle S
Palm City, FL 34990-1349

Peter E. Miller
7800 Old Marsh Road
Palm Beach Gardens, FL 33418-7543

Peter M. Nance
186 Birkdale Lane
Jupiter, FL 33458-7712

Privilege Underwriters Reciprocal Exchange
Richard J. Maleski, Esq.
Cozen O'Connor
200 S. Biscayne Blvd., Suite 3000
Miami, FL 33131-2305

RPI Boca Management Group, LLC
22449 Martella Avenue
Boca Raton, FL 33433-4630

Ramrod LLC
436 436 Addison Square
Kalispell, MT 59901

Ramrod LLC
Michael C. Fox, Esq.
The Parkoff Organization
98 Cuttermill Road - 444S
Great Neck, NY 11021-3000

Ramrod, LLC
c/o Ther Parkoff Orginization
98 Cuttermill Road - 444S
Great Neck, NY 11021-3000

Raymond J. Biggs or Judith Biggs
11975 Lost Tree Way
North Palm Beach, FL 33408-2916

Reynolds & Reynolds
PO Box 182206
Columbus, OH 43218-2206

Richard Andrew Alexander
2513 Mercedes Drive
Fort Lauderdale, FL 33316-2325

Richard D. Hodgson
4024 Franklin St
Kensington, MD 20895-3826

Richard Donald Hodgson
15 Gatehouse Rd
Sea Ranch Lakes FL 33308-2942

Richard P. Facchine
187 Hampton Circle
Jupiter, FL 33458-8124

Rob Schanen
5444 Westheimer
Suite 900
Houston, TX 77056-5306

Robert Berens
21 Hoffstot Lane
Sands Point, NY 11050-1262

Robert Mann Williams
12144 West End
North Palm Beach, FL 33408-2943

Robert Paul Schanen, Jr.
4100 Verano Drive
Austin, TX 78735-5408

Rocreation Corp
c/o Mario Gazzola Esq
66 White St #501
New York NY 10013-3508

Rocreation Corp.
641 North County Road
Palm Beach, FL 33480-3422

Rodney Devon Ware
15127 Mira Vista Drive
Houston, TX 77083-4208

Roger O. Isphording
240 Nokomis Avenue South
Suite 200
Venice, FL 34285-2314

Ronald Alalouf
1 Tricome Ct
Holmdel, NJ 07733-1250

Ronald B. Alalouf
1 Tricorne Court
Holmdel, NJ 07733-1250

Ronald Nyselius
2 Sweetwater Court
Palm Coast, FL 32137-1642

Ross William Walter Meltzer
209 Bermuda Lane
Palm Beach, FL 33480-3502

Route 66 HF Holdings, LLC
118 King Street
2nd Floor
Alexandria, VA 22314-3218

Roy S. Kobert, Esq.
301 E. Pine St., Ste. 1400
Orlando, FL 32801-2741

Roy S. Kobert, Mediator
301 E. Pine St., Ste. 1400
Orlando, FL 32801-2741

Sanford Berens
5 Benedictine Retreat
Savannah, GA 31411-1624

Scott M. Goodman
2250 Parkside Street
Boca Raton, FL 33486-5208

Sengkieg Kith
1070 Kenneth Street
Eagan, MN 55121-1412

Shirlee Glahn and Robert Zimmer
P.O. Box 6513
Delray Beach, FL 33482-6513

Shirlee Glahn and Ronald Zimmer
POB 6513
Delray Beach FL 33482-6513

State of Florida - Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668


Steve Mosites
12029 SE Crestview Place
Jupiter, FL 33469-1770

Steven S Newburgh Esq
McLaughlin & Stern LLP
525 Okeechobee Blvd #1700
West Palm Beach FL 33401-6327

Superior Interiors c/o
Donna Cheatham
6864 19th Drive South
Lantana, FL 33462-4010


Susan Gilison
c/o Meredith Silver Esq
4000 Hollywood Blvd #500-N
Hollywood FL 33021-1224

TGI Office Automation, Inc.
1111 Old Eagles School Rd
Wayne  PA 19087-1453

Tanya Marie Maximoff
92 Burnham Road
Morris Plains, NJ 07950-1630


Theodore R. Casey
17400 Woods Edge Drive
Dallas, TX 75287-7540

Thomas William Brown
6101 Central Avenue
Saint Petersburg, FL 33710-8529

Todd F. Turchin
1495 Windjammer Way
Hollywood, FL 33019-5001


UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001

Unifirst Corp
Attn: Accounts Receivable
68 Jonspin Rd
Wilmington MA 01887-1086

United Healthcare Insurance Company
Dept. CH 10151
Palatine, IL 60055-0151


Universal Underwriters Ins Co
c/o Zurich American Ins Co
POB 68549
Schaumburg, IL 60196-0001

WPEC-TV c/o
WTTO/WABM TV
651 Beacon Parkway
Suite 105
Birmingham, AL 35209-3128

WPTV
PO Box 116871
Atlanta, GA 30368-6871


WPTV
PO Box 864910
32886-4910

Walter Henry Kamp III
11622 Fir Street
Palm Beach Gardens, FL 33410-2624

Wendy Sue Berndt
10306 East 94th Court North
Owasso, OK 74055-7216


William A. Fleck,
8895 North Military Trail, Suite 102 E
8895 North Military Trail, Suite 102 E
Palm Beach Gardens, FL 33410-6220

William G. Frick
18 St. George Place
Palm Beach Gardens, FL 33418-4023

William V. Mauro
107 Harbourside Dr
Jupiter FL 33477-9316


Windstream Communications
PO Box 9001950
Louisville, KY 40290-1950

Wolf Von Falkenberg
c/o Alexis S. Read, Esq.
Dunn Law, P.A.
555 N.E. 15th Street, Suite 934-A
Miami, FL 33132-1465

Alan Gilison
c/o Julianne Frank Esq
15089 Jamaica Dr
Palm Beach Gardens, FL 33410-1005


Alexander Aranyos
3552 Jonahthan's Harbour Dr
Jupiter, FL 33477-5800

Arthur Silber
c/o Kelley and Fulton, P.L
1665 Palm Beach Lakes Blvd
The Forum Suite 1000
West Palm Beach, FL 33401-2121

Daniel J Keegan
c/o Jupiter Legal Advocates
6650 W Indiantown Rd #200
Jupiter, FL 33458-4606

Howard Winklevoss
c/o Bast Amron LLP
1 SE 3 Ave #1400
Miami, FL 33131-1708

Hugh Bate
c/o Stuart A. Young, Esq.
Young & Brooks, PA
1860 Forest Hill Blvd., Suite 201
West Palm Beach, FL 33406-6071

Joe Baker
c/o Kelley and Fulton, P.L
1665 Palm Beach Lakes Blvd
The Forum Suite 1000
West Palm Beach, FL 33401-2121

Joseph J. Luzinski
Development Specialists Inc.
500 West Cypress Creek Road
Suite 400
Fort Lauderdale, FL 33309-6156

Margaret Krupa
Brian K. McMahon, P.A.
1401 Forum Way, 6th Floor
West Palm Beach, Fl 33401-2325

Marie Philomene Tomasino
c/o Mark S. Roher, Esq.
5989 Stirling Road
Fort Lauderdale, FL 33314-7225

Mark Foley
c/o Shraiberg, Landau & Page, P.A.
2385 NW Executive Center Dr., Suite 300
Boca Raton, FL 33431-8530

Michael Joseph
c/o Law Office of Paul A. Krasker, PA
1615 Forum Place, 5th Floor
West Palm Beach, FL 33401-2318

Nicole Testa Mehdipour
United States Bankruptcy Trustee
200 East Broward Blvd.
Suite 1110
Ft Lauderdale, FL 33301-3535

Ronald Alalouf
c/o Shapiro Law
8551 W Sunrise Blvd #300
Plantation, FL 33322-4007

Ronald Zimmer
POB 6513
Delray Beach, FL 33482-6513

Ross W Meltzer
c/o Shraiberg, Landau & Page, P.A.
2385 NW Executive Center Dr., Suite 300
Boca Raton, FL 33431-8530

Roy S Kobert
301 E Pine St #1400
Orlando, FL 32801-2741

Shirlee E Glahn
POB 6513
Delray Beach, FL 33482-6513

Steven S Newburgh
McLaughlin & Stern PLLC
525 Okeechobee Boulevard
CityPlace Office Tower – Suite 1700
West Palm Beach, FL 33401-6349

William H Jennings II
c/o Greenspoon Marder. LLP
Michael Bakst
525 Okeechobee Blvd, Ste. 900
West Palm Beach, FL 33401-6306

William V. Mauro
c/o Jupiter Legal Advocates
6650 W Indiantown Rd #200
Jupiter, FL 33458-4606

Winifred Aranyos
3552 Jonahthan's Harbour Dr
Jupiter, FL 33477-5800

Wolfgang Von Falkenberg
340 Royal Poinciana Way #317-213
Palm Beach, FL 33480-4048

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)State of Florida, Department of Highway Sa

(u)West Palm Beach

(u)Alexander P. & Winifred Aranyos
3552 Jonathan's Harbour Drive
FL 33447

(d)H & S, Inc.
2400 N. Florida Mango Road
West Palm Beach, FL 33409-6418

(u)Nextgear Capital, Inc.
*DELETED PER ECF#446*

(u)Richard Donald Hodgson
*DUPLICATE ENTRY*

(u)Sal Hugh
Residence Unknown

(u)Anthony Velazquez

(d)Richard P. Facchine
187 Hampton Circle
Jupiter, FL 33458-8124

End of Label Matrix
Mailable recipients    228
Bypassed recipients      9
Total                  237