**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

                               Case No.  17-19455-MAM

CHARIOTS OF PALM BEACH, INC.

_____/

**MOTION FOR ALLOWANCE OF CHAPTER 11 ADMINISTRATIVE EXPENSE**

      Mark Foley by and through undersigned and pursuant to 11 U.S.C. § 503, files this Motion for Allowance of Chapter 11 Administrative Expense, as follows:

      1.      At the time of the Debtor's bankruptcy filing on July 27, 2017 (the "Petition Date"), Foley was the owner of a 2017 Porsche Macan SUV, VIN # WP1AB2A52HLB12702 (the "Vehicle").

      2.      On May 23, 2017, Foley and Chariots brought the Vehicle to the Chariot's dealership for the purpose of allowing Chariots to sell the Vehicle on consignment and signed a Contract for Sale of Goods (the "Consignment Agreement").  A copy of the Consignment Agreement is attached hereto as **Exhibit "A"**.

      3.      Pursuant to paragraph 5 of the Consignment Agreement, Foley was to receive $57,000.00 in the net sales proceeds of the Vehicle, with Chariots to be entitled to keep any additional net sales proceeds.

      4.      Pursuant to paragraph 11 of the Consignment Agreement, Chariots was obligated to pay Foley within 15 business days of the date the Vehicle was sold.

      5.      On or about August 10, 2017 (after the "Petition Date"), Marie Tomasino ("Tomasino") purchased the Vehicle from Chariots by was of a trade of her 2015 Porsche Macan

S SUV, VIN# WP1AB8FL70035 (the "Tomasino Vehicle") and the payment of $15,500.00 ($10,000 by check and $5,500 by American Express). Copies of the relevant documents showing this transaction are attached hereto as Composite **Exhibit "B"**.

6.    Foley never received any money from Chariots (or from any other individual or entity) from the sale of his Vehicle.

7.    Upon information and belief, the Tomasino Vehicle was thereafter sold either by Chariots or the bankruptcy trustee and the proceeds from the sale were deposited into the Debtor's account.

8.    Foley never received any money from Chariots (or from any other individual or entity) from the sale of the Tomasino Vehicle either.

9.    Accordingly, Foley is entitled to an allowed chapter 11 administrative expense claim in the amount of $57,000.00 pursuant to 11 U.S.C. § 503.

**WHEREFORE**, Foley requests the entry of order allowing a chapter 11 administrative expense claim in the amount of $57,000.00 and providing for such other relief as is just.

Dated: October 15, 2020          Respectfully Submitted,

**LAW OFFICE OF MARK S. ROHER, P.A.**
*Counsel for Plaintiffs*
150 S. Pine Island Road, Suite 300
Plantation, Florida 33324
Email: mroher@markroherlaw.com
Telephone: (954) 353-2200
Facsimile: (877) 654-0090

By:    */s/ Mark S. Roher*
          Mark S. Roher
          Florida Bar No. 178098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October, 2020, a true and correct copy of the foregoing was served by CM/ECF on all parties listed below.

*/s/ Mark S. Roher*
Mark S. Roher

Kristopher Aungst, Esq. on behalf of Plaintiff Nicole Testa Mehdipour
kaungst@wargofrench.com,
vgonzalez@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com

Michael R. Bakst, Esq. on behalf of Creditor Anchor Commercial Bank
efileu1094@gmlaw.com,
ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com

Michael R. Bakst, Esq. on behalf of Cross Defendant Anchor Commercial Bank
efileu1094@gmlaw.com,
ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com

Michael R. Bakst, Esq. on behalf of Defendant Anchor Bank
efileu1094@gmlaw.com,
ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com

Michael R. Bakst, Esq. on behalf of Defendant Anchor Commercial Bank
efileu1094@gmlaw.com,
ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com

Michael R. Bakst, Esq. on behalf of Defendant William H. Jennings, II
efileu1094@gmlaw.com,
ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com

Scott N Brown, Esq on behalf of Defendant Howard Winkelvoss
sbrown@bastamron.com,
hharrison@bastamron.com;jmiranda@bastamron.com;kjones@bastamron.com;jleggett@bastamron.com

Scott N Brown, Esq on behalf of Interested Party Howard Winklevoss
sbrown@bastamron.com,
hharrison@bastamron.com;jmiranda@bastamron.com;kjones@bastamron.com;jleggett@bastamron.com

Dennis M. Campbell, Esq. on behalf of Defendant JPMorgan Chase Bank NA
dcampbell@campbellmiami.com,
mjohnson@campbellmiami.com,ranthony@campbellmiami.com,service@campbellmiami.com

Rilyn A Carnahan, Esq. on behalf of Creditor Anchor Bank
rilyn.carnahan@gmlaw.com,
efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

Rilyn A Carnahan, Esq. on behalf of Creditor Anchor Commercial Bank
rilyn.carnahan@gmlaw.com,
efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

Rilyn A Carnahan, Esq. on behalf of Defendant Anchor Bank
rilyn.carnahan@gmlaw.com,
efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

Rilyn A Carnahan, Esq. on behalf of Defendant Anchor Commercial Bank
rilyn.carnahan@gmlaw.com,
efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

Rilyn A Carnahan, Esq. on behalf of Defendant William H. Jennings, II
rilyn.carnahan@gmlaw.com,
efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

Rilyn A Carnahan, Esq. on behalf of Interested Party William H Jennings, II
rilyn.carnahan@gmlaw.com,
efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

Angelo M Castaldi on behalf of Plaintiff Nicole Testa Mehdipour
acastaldi@gjb-law.com

Angelo M Castaldi on behalf of Plaintiff Nicole Testa Mehdipour
acastaldi@wargofrench.com

Labeed A Choudhry on behalf of Creditor Alexander Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com;aferrara@warddamon.com

Labeed A Choudhry on behalf of Creditor Winifred Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com;aferrara@warddamon.com

Labeed A Choudhry on behalf of Defendant Alexander Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com;aferrara@warddamon.com

Labeed A Choudhry on behalf of Defendant Winifred Aranyos
lchoudhry@warddamon.com, litservice@warddamon.com;aferrara@warddamon.com

Eric C Christu on behalf of Defendant Elizabeth Shiverick
echristu@shutts.com, aarce@shutts.com;lmcnesby@shutts.com;jhart@shutts.com

Jesse R Cloyd on behalf of Interested Party Tripp Scott, P.A.
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jesse R Cloyd on behalf of Plaintiff Nicole Testa Mehdipour
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jesse R Cloyd on behalf of Trustee Nicole Testa Mehdipour
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Ashley J Dillman Bruce on behalf of 3rd Party Plaintiff Nextgear Capital, Inc.
adbruce@bergersingerman.com,
efile@bergersingerman.com;cphillips@bergersingerman.com;efile@ecf.inforuptcy.com

Ashley J Dillman Bruce on behalf of Cross-Claimant Nextgear Capital, Inc.
adbruce@bergersingerman.com,
efile@bergersingerman.com;cphillips@bergersingerman.com;efile@ecf.inforuptcy.com

Ashley J Dillman Bruce on behalf of Defendant Nextgear Capital, Inc.
adbruce@bergersingerman.com,
efile@bergersingerman.com;cphillips@bergersingerman.com;efile@ecf.inforuptcy.com

Drew M Dillworth on behalf of Defendant All Vehicle Imports Inc
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;
cgraver@stearnsweaver.com;fsanchez@stearnsweaver.com

Drew M Dillworth on behalf of Defendant Braman Motors, Inc.
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;
cgraver@stearnsweaver.com;fsanchez@stearnsweaver.com

Drew M Dillworth on behalf of Defendant Palm Beach Imports Inc
ddillworth@stearnsweaver.com,
mfernandez@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;
cgraver@stearnsweaver.com;fsanchez@stearnsweaver.com

Patrick R Dorsey on behalf of Creditor Autosport USA, Inc.
pdorsey@slp.law,
dlocascio@slp.law;dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Michael P Dunn on behalf of Cross-Claimant Wolf Von Falkenberg
michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;mzucker@dunnlawpa.com

Michael P Dunn on behalf of Defendant Wolf Von Falkenberg
michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;mzucker@dunnlawpa.com

Julie Feigeles on behalf of Creditor Two Wheels World
jf@womenatlawfl.com, way@womenatlawfl.com

Julie Feigeles on behalf of Defendant Two Wheels World LLC
jf@womenatlawfl.com, way@womenatlawfl.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

William A Fleck on behalf of Creditor Daniel J Keegan
wfleck@jla.legal, info@jla.legal

William A Fleck on behalf of Creditor Daniel Jack Keegan
wfleck@jla.legal, info@jla.legal

William A Fleck on behalf of Creditor William V. Mauro
wfleck@jla.legal, info@jla.legal

William A Fleck on behalf of Defendant Daniel Jack Keegan
wfleck@jla.legal, info@jla.legal

William A Fleck on behalf of Defendant William V. Mauro
wfleck@jla.legal, info@jla.legal

Michael Foster on behalf of Plaintiff Nicole Testa Mehdipour
mfoster@wargofrench.com,
vgonzalez@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com;yperez@wargofrench.com

Michael Foster on behalf of Trustee Nicole Testa Mehdipour
mfoster@wargofrench.com,
vgonzalez@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com;yperez@wargofrench.com

Julianne R. Frank on behalf of Creditor Alan Gilison
fwbbnk@fwbpa.com, G59511@notify.cincompass.com

Julianne R. Frank on behalf of Defendant Alabas Corp
julianne@jrfesq.com, G59511@notify.cincompass.com

Julianne R. Frank on behalf of Defendant Alan Gilison
fwbbnk@fwbpa.com, G59511@notify.cincompass.com

Scott R Fransen on behalf of Creditor State of Florida, Office of Financial Regulation
scott.fransen@flofr.com

Andrew Fulton IV, Esq on behalf of Defendant Branch Banking and Trust Company
andrew@kelleylawoffice.com,
tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;dana@kelleylawoffice.com

Andrew Fulton IV, Esq on behalf of Defendant LQD Business Finance LLC
andrew@kelleylawoffice.com,
tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;dana@kelleylawoffice.com

Andrew Fulton IV, Esq on behalf of Defendant Regional Acceptance Corporation
andrew@kelleylawoffice.com,
tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;dana@kelleylawoffice.com

Andrew Fulton IV, Esq on behalf of Defendant Richard P. Facchine
andrew@kelleylawoffice.com,
tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;dana@kelleylawoffice.com

Andrew Fulton IV, Esq on behalf of Interested Party Branch Banking And Trust Company
andrew@kelleylawoffice.com,
tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbi
e@kelleylawoffice.com;dana@kelleylawoffice.com

Andrew Fulton IV, Esq on behalf of Interested Party Regional Acceptance Corporation
andrew@kelleylawoffice.com,
tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbi
e@kelleylawoffice.com;dana@kelleylawoffice.com

David L Gay, Esq. on behalf of 3rd Party Plaintiff Nextgear Capital, Inc.
dgay@carltonfields.com,
cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

David L Gay, Esq. on behalf of Creditor NextGear Capital, Inc.
dgay@carltonfields.com,
cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

David L Gay, Esq. on behalf of Defendant Nextgear Capital, Inc.
dgay@carltonfields.com,
cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

Nicola A Gelormino on behalf of Plaintiff Nicole Testa Mehdipour
ngelormino@wargofrench.com,
vgonzalez@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com

Nicola A Gelormino on behalf of Trustee Nicole Testa Mehdipour
ngelormino@wargofrench.com,
vgonzalez@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com

Malinda L Hayes, Esq. on behalf of Cross Defendant LQD Business Finance LLC
malinda@mlhlawoffices.com, mlhbnk@gmail.com

Malinda L Hayes, Esq. on behalf of Defendant LQD Business Finance LLC
malinda@mlhlawoffices.com, mlhbnk@gmail.com

Malinda L Hayes, Esq. on behalf of Interested Party LQD Business Finance, LLC
malinda@mlhlawoffices.com, mlhbnk@gmail.com

Jeffrey S. Hochfelsen on behalf of Creditor Michael Joseph
jhochfelsen@kraskerlaw.com, bkry@kraskerlaw.com;hochfelsenjr92142@notify.bestcase.com

Sara F. Holladay on behalf of Defendant TD Auto Finance LLC
sfhollad@mcguirewoods.com, clambert@mcguirewoods.com

Jason Z. Jones, Esq. on behalf of Creditor American Express National Bank
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Defendant American Express Company
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Defendant American Express National Bank
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Interested Party American Express Company
jjones@joneslawpa.com

Jason Z. Jones, Esq. on behalf of Interested Party American Express National Bank
jjones@joneslawpa.com

Richard M Jones on behalf of Defendant Mackail & Sterling, P.A.
jonesr@kleinpark.com, montanem@kleinpark.com;orozcol@kleinpark.com

Craig I Kelley on behalf of Creditor LQD Business Finance, LLC
craig@kelleylawoffice.com,
tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbi
e@kelleylawoffice.com;dana@kelleylawoffice.com

Craig I Kelley on behalf of Creditor Rocreation Corp
craig@kelleylawoffice.com,
tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbi
e@kelleylawoffice.com;dana@kelleylawoffice.com

Craig I Kelley on behalf of Creditor Arthur Silber
craig@kelleylawoffice.com,
tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbi
e@kelleylawoffice.com;dana@kelleylawoffice.com

Craig I Kelley on behalf of Creditor Joe Baker
craig@kelleylawoffice.com,
tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbi
e@kelleylawoffice.com;dana@kelleylawoffice.com

Craig I Kelley on behalf of Creditor Richard P. Facchine
craig@kelleylawoffice.com,
tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbi
e@kelleylawoffice.com;dana@kelleylawoffice.com

Loretta A Kenna, Esq on behalf of Creditor Flagler Bank
service@kennalawfirm.com, lorettakenna@kennalawfirm.com

Loretta A Kenna, Esq on behalf of Cross Defendant Flagler Bank
service@kennalawfirm.com, lorettakenna@kennalawfirm.com

Loretta A Kenna, Esq on behalf of Defendant Flagler Bank
service@kennalawfirm.com, lorettakenna@kennalawfirm.com

Evan B Klinek on behalf of Defendant C&K Auto Imports South Inc
evan.klinek@gmlaw.com, rene.vazquez@gmlaw.com

Roy S Kobert, Esq on behalf of Mediator Roy S Kobert
roy.kobert@gray-robinson.com, andrea.taylor@gray-robinson.com

Harris J. Koroglu on behalf of Creditor IBM Southeast Employees' Credit Union
hkoroglu@shutts.com, LJohnson-Kennedy@shutts.com;bvelapoldi@shutts.com

Harris J. Koroglu on behalf of Defendant IBM Southeast Employees Credit Union
hkoroglu@shutts.com, LJohnson-Kennedy@shutts.com;bvelapoldi@shutts.com

Bernice C. Lee on behalf of Creditor Mark Foley
blee@slp.law, rcp@kttlaw.com

Bernice C. Lee on behalf of Creditor Ross W Meltzer
blee@slp.law, rcp@kttlaw.com

Jonathan S Leiderman on behalf of Defendant Mint Motorcars Inc
jsl@lsaslaw.com, zbs@lsaslaw.com;info@lsaslaw.com;jleiderman@ecf.inforuptcy.com

Jonathan S Leiderman on behalf of Defendant Mint Motorcars LLC
jsl@lsaslaw.com, zbs@lsaslaw.com;info@lsaslaw.com;jleiderman@ecf.inforuptcy.com

Scott J Leitten on behalf of Creditor Anchor Commercial Bank
sleitten@blockandcoluccipa.com

Aliza Malouf on behalf of Defendant Capital One Bank (USA), N.A.
amalouf@huntonak.com,
plozano@huntonak.com;amckenzie@huntonak.com;creeves@huntonak.com

Aliza Malouf on behalf of Defendant Capital One, N.A.
amalouf@huntonak.com,
plozano@huntonak.com;amckenzie@huntonak.com;creeves@huntonak.com

Orfelia M Mayor on behalf of Creditor Palm Beach County Tax Collector
ombankruptcy@mayorbankruptcy.com,
legalservices@pbctax.com;mayor.orfeliar100728@notify.bestcase.com

James R McCachren on behalf of Defendant J&G Capital Group LLC
jrmccachren@sgrlaw.com, dhsmith@sgrlaw.com;lfelici@sgrlaw.com;bhall@sgrlaw.com

James P McCaughan on behalf of Plaintiff Nicole Testa Mehdipour
jmccaughan@wargofrench.com,
lcruz@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com

Courtney A McCormick on behalf of Defendant Bank of America, N.A.
cmccormick@mcguirewoods.com, sjerreld@mcguirewoods.com;flservice@mcguirewoods.com

Brian K. McMahon, Esq. on behalf of Creditor Margaret Krupa
briankmcmahon@gmail.com, irizarryelise1@gmail.com

Brian K. McMahon, Esq. on behalf of Defendant Scott Courtney
briankmcmahon@gmail.com, irizarryelise1@gmail.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;B
Casey@ntmlawfirm.com

Kenneth L Minerley, Esq. on behalf of Creditor Car Coach Auto Transport, Inc.
ken@minerleyfein.com, litigation@minerleyfein.com;fileclerk@minerleyfein.com

Kenneth L Minerley, Esq. on behalf of Defendant Auto Krafters LLC
ken@minerleyfein.com, litigation@minerleyfein.com;fileclerk@minerleyfein.com

Kenneth L Minerley, Esq. on behalf of Defendant Car Coach Auto Transport, Inc.
ken@minerleyfein.com, litigation@minerleyfein.com;fileclerk@minerleyfein.com

Jacob E Mitrani on behalf of Defendant Suntrust Bank
jem@lgplaw.com, amm@lgplaw.com

Michael W Moskowitz on behalf of Creditor Legacy Bank of Florida
mmoskowitz@mmsslaw.com

Steven S Newburgh on behalf of Debtor Chariots of Palm Beach, Inc.
snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com

Steven S Newburgh on behalf of Debtor H & S, Inc.
snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com

Steven S Newburgh on behalf of Interested Party Chariots of Palm Beach, Inc.
snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com

Steven S Newburgh on behalf of Interested Party H & S, Inc.
snewburgh@mclaughlinstern.com, ssn@newburghlaw.net;mgarcia@mclaughlinstern.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Leslie S. Osborne, Esq. on behalf of Defendant Experience Leasing, LLC
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Daniel J Pasky on behalf of Defendant Bank of America, N.A.
dpasky@mcguirewoods.com

Eric S Pendergraft on behalf of Defendant Mark Foley
ependergraft@slp.law,
dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft on behalf of Defendant Ross William Walter Meltzer
ependergraft@slp.law,
dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft on behalf of Plaintiff Chariots of Palm Beach, Inc.
ependergraft@slp.law,
dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Yasbel Perez on behalf of Plaintiff Nicole Testa Mehdipour
YPerez@wargofrench.com, vgonzalez@wargofrench.com;flservice1@wargofrench.com

Christian A Petersen on behalf of Defendant James Ellis
cpetersen@hojlaw.com,
srodriguez@hojlaw.com;pleadings@hojlaw.com;msanchez@hojlaw.com

Chad P Pugatch, Esq. on behalf of Creditor Legacy Bank of Florida
cpugatch.ecf@rprslaw.com

Chad P Pugatch, Esq. on behalf of Defendant Legacy Bank of Florida
cpugatch.ecf@rprslaw.com

Robert M Quinn, Esq on behalf of Creditor JPMorgan Chase Bank, N.A.
rquinn@carltonfields.com, dlester@carltonfields.com;tpaecf@cfdom.net

Robert M Quinn, Esq on behalf of Defendant JPMorgan Chase & Co.
rquinn@carltonfields.com, dlester@carltonfields.com;tpaecf@cfdom.net

Robert M Quinn, Esq on behalf of Defendant JPMorgan Chase Bank, N.A.
rquinn@carltonfields.com, dlester@carltonfields.com;tpaecf@cfdom.net

Alexis S Read on behalf of Counter-Claimant Wolf Von Falkenberg
alexis.read@dunnlawpa.com, asr@alexisreadlaw.com

Alexis S Read on behalf of Creditor Wolfgang Von Falkenberg
alexis.read@dunnlawpa.com, asr@alexisreadlaw.com

Alexis S Read on behalf of Cross-Claimant Wolf Von Falkenberg
alexis.read@dunnlawpa.com, asr@alexisreadlaw.com

Alexis S Read on behalf of Defendant Wolf Von Falkenberg
alexis.read@dunnlawpa.com, asr@alexisreadlaw.com

Ryan C Reinert on behalf of Creditor IBM Southeast Employees' Credit Union
rreinert@shutts.com, juanitasanchez@shutts.com

Heather L. Ries, Esq. on behalf of Creditor North Florida Mango Credit, LLC
hries@foxrothschild.com, ralbert@foxrothschild.com

Heather L. Ries, Esq. on behalf of Defendant North Florida Mango Credit LLC
hries@foxrothschild.com, ralbert@foxrothschild.com

Heather L. Ries, Esq. on behalf of Defendant North Florida Mango Credit, LLC
hries@foxrothschild.com, ralbert@foxrothschild.com

Mark S. Roher, Esq. on behalf of Creditor Marie Philomene Tomasino
mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Emily Y Rottmann on behalf of Defendant TD Auto Finance LLC
erottmann@mcguirewoods.com, clambert@mcguirewoods.com;flservice@mcguirewoods.com

William G Salim Jr on behalf of Creditor Legacy Bank of Florida
wsalim@mmsslaw.com, cleibovitz@mmsslaw.com

William G Salim Jr on behalf of Defendant Legacy Bank of Florida
wsalim@mmsslaw.com, cleibovitz@mmsslaw.com

Nemia L. Schulte, Esq. on behalf of Defendant Lauderhill Auto Investors I, LLC
nemia2000@aol.com, nemia3000@gmail.com

Peter E. Shapiro, Esq. on behalf of Interested Party Ronald Alalouf
pshapiro@shapirolawpa.com

Bradley S Shraiberg on behalf of Defendant Autosport USA, Inc.
bss@slp.law,
dwoodall@slp.law;dwoodall@ecf.courtdrive.com;dlocascio@slp.law;pmouton@slp.law

Meredith Mishan Silver on behalf of Defendant Alan Gilison
msilver@phillipslawyers.com, tedwards@phillipslawyers.com

Meredith Mishan Silver on behalf of Defendant Susan Gilison
msilver@phillipslawyers.com, tedwards@phillipslawyers.com

Jason Slatkin, Esq. on behalf of Defendant Florida European, Inc.
jslatkin@slatkinreynolds.com, imalcolm@slatkinreynolds.com;r53227@notify.bestcase.com

Jason Slatkin, Esq. on behalf of Interested Party Florida European, Inc.
jslatkin@slatkinreynolds.com, imalcolm@slatkinreynolds.com;r53227@notify.bestcase.com

Scott W Spradley on behalf of Defendant Jack Scalo
scott.spradley@flaglerbeachlaw.com, suzy@flaglerbeachlaw.com

Mark E Steiner on behalf of Defendant Suntrust Bank
MES@lgplaw.com, pm@lgplaw.com

Charles M Tatelbaum on behalf of Interested Party Tripp Scott, P.A.
cmt@trippscott.com, hbb@trippscott.com;cvp@trippscott.com;eservice@trippscott.com

Charles M Tatelbaum on behalf of Trustee Nicole Testa Mehdipour
cmt@trippscott.com, hbb@trippscott.com;cvp@trippscott.com;eservice@trippscott.com

Charles W Throckmorton, Esq on behalf of Defendant Ellen Cunningham
cwt@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

Mark J Wolfson, Esq on behalf of Defendant Mercedes-Benz Financial Services USA LLC
mwolfson@foley.com, crowell@foley.com

Stuart A Young, Esq on behalf of Defendant Hugh Bate
syoung@ybplaw.com

Stuart A Young, Esq on behalf of Interested Party Hugh Bate
syoung@ybplaw.com

# EXHIBIT "A"

## CONTRACT FOR SALE OF GOODS

AGREEMENT made on the _23_ day of _MAY_ between CHARIOTS OF PALM BEACH, INC., a Florida corporation, at 2400  N. Florida Mango Road, West Palm Beach, Florida 33409, hereinafter referred to as "CHARIOTS," consignee and _CHARIOTS OF P.B._ , hereinafter referred to as "OWNER," consignor.

In consideration of the mutual promises and covenants contained herein, the sufficiency of which consideration the parties agree to and acknowledge, it as agreed to as follows:

1.  Owner agrees to deliver to Chariots a _2017  MACAN S_ and Chariots agrees to accept possession of such automobile on the terms and conditions set forth in this agreement, Year _2017_ VIN _WP1AB2A52HL B12702_ Mileage _5458_ .

2.  Chariots agrees to accept possession of the subject automobile and hold the same as the property of Owner, it being agreed that the title to the automobile or its proceeds as hereinafter defined is always vested in Owner. The title to the automaobile shall pass directly form Owner to the person or persons or entity to whom the same shall be sold in the manner and on the terms contained in this agreement.

3.  Vehicles on consignment shall be driven with the consignee's dealer plates after removal of all other plates and permits.

4.  Owner agrees to keep the subject automobile fully insured and to provide such maintenance and care for it as may be reasonably necessary to maintain it in its condition as of the date of this agreement.

5.  Chariots agrees to attempt to sell such automobile during the terms of this Agreement to such person or persons or entity as Chariots may locate for a net sales price to owner of $ _57,000_ , and  to receive in consideration of its efforts to sell such vehicle any monies received by Chariots over and above the net sales price to be received by Owner.

6.  Owner agrees that they will not, during the term of this agreement, engage in any efforts to sell or merchandise the subject vehicle or to convey it to anyone other than a buyer procured by Chariots.

7.  Chariots agrees that the automobile will be test driven by prospective buyers with pre-approved credit or whom Chariots knows to be credit worthy. The automobile is to be test driven with a representative of Chariots in vehicle at all times and is not to be driven for longer that 15 minutes or 10 miles, whichever is longer.

8.  This Agreement shall continue for a period of _60_ days form the date of its execution.

Page 1 of 2

Initials Only_____  _____

FORM CSG 2012.1.12

9.   Owner agrees to execute any and all sales documents that Chariots shall deem advisable in order to carry out the purposes of this Agreement.

10.   Any breach on the part of Owner of any of the terms and conditions of this Agreement shall at the option of Chariots terminate this Agreement.

11.   Chariots shall notify Owner of the sale within 5 business days and make payment to Owner within 15 business days of sale.

12.   This agreement shall be governed by the Laws of the State of Florida and in any litigation arising out of the relationship established by this Agreement, the venue for such litigation shall be in Palm Beach County, Florida.

13.   In the event of any litigation arising out of the relationship established by this Agreement, the prevailing party shall recover, in addition to any attorney's fee incurred by them together with any taxable costs and prejudgment interest.

IN WITNESS WHEREOF, the parties have executed this Agreement at _____ Florida, the day and year first above written.

_____
Witness

_____
CHARIOTS OF PALM BEACH, INC.

_____
Witness

_____
Witness

_____
OWNER

_____
Witness

# EXHIBIT "B"



**A SAFER**
**FLORIDA**
HIGHWAY SAFETY AND MOTOR VEHICLES

## DIVISION OF MOTORIST SERVICES
## COMPLAINT AFFIDAVIT

*FOR OFFICIAL USE ONLY*

| **TYPE OF COMPLAINT** | |
|---|---|
| ☐ Motor Vehicle Dealer | Date Opened: _____ Date Closed: _____ |
| ☐ Mobile Home Dealer | |
| ☐ Mobile Home Manufacturer | Closing Code: _____ |
| ☑ RV Dealer/Manufacturer | Complaint #: _____ |
| ☐ Odometer Fraud | Investigator: _____ |
| ☐ Other | |

### COMPLAINANT INFORMATION

Name: Marie Philomene Tomasino          Date of Birth ▮▮▮▮ E-mail Address: ▮▮▮▮▮

Address: ▮▮▮▮▮

City/County/State/Zip Code: ▮▮▮▮▮

Home Telephone Number ▮▮▮▮ Work Telephone Numbe ▮▮▮▮8 FAX Number: ▮▮▮▮

Driver License/ID Number (In lieu of FL DL/ID, an Out of State/U.S. Territory DL can be used ): ▮▮▮▮

In lieu of DL or ID, a U.S. or Out of Country Passport can be used : _____

### DEALERSHIP INFORMATION

Dealership Name: Chariots of Palm Beach

Address: 2400 N. Florida Mango Road

City/County/State/Zip Code: West Palm Beach / Palm Beach / Florida / 33409

E-mail Address: tom@chariotsofpb.com          FAX Number: (561) 640-1070

Dealer License Number (if known): Do not know

Salesperson's Name (if known): Thomas Clinton

### VEHICLE/MOBILE HOME/INSPECTION INFORMATION

Make/Model/Year: Porsche / Macan S / 2017          Date Purchased: 08/10/2017   Date Delivered: 08/10/2017

Vehicle Identification Number: WP1AB2A52HLB12702          Tag Number: 394 YIR

### MOBILE HOME, RECREATIONAL VEHICLE, OR PARK TRAILER INFORMATION
(Complete this section only if a mobile home, recreational vehicle or park trailer is involved in your complaint.)

Name of Manufacturer: _____

Manufacturer's Address: _____

City/County/State/Zip Code: _____

HUD Label (red/silver metal tag on rear of unit): _____

Florida Seal Number if unit is a recreational vehicle or park trailer (by HUD Label or front): _____

HSMV 84901  (Rev. 08/11)                    **Please complete page two of this form.**

**COMPLAINT AFFIDAVIT**          **Page 2**

DESCRIBE THE NATURE OF YOUR COMPLAINT: Please explain your complaint, listing events in the order in which they occurred. It is important to verify that dates listed are accurate. Enclose copies of any documentation you have related to your complaint.

See Attachment 1 enclosed.

WHAT ACTIONS DO YOU FEEL WILL SATISFY YOUR COMPLAINT?

Issuance of the title for my 2017 Porsche Macan S.

Note: Please attach additional pages if necessary. Also, please attach copies of ALL supporting documents, including purchase agreement, contracts receipts, cancelled checks, proof of vehicle insurance, registration, inspection reports, warranty documents, repair invoices or any other documents relating to your complaint.

Please view the list of Regional Offices online and mail or fax the complaint to your local regional office.

SIGNATURE: _P. Tomasino_        DATE: _10/05/2017_

## ATTACHMENT 1

## COMPLAINT AFFIDAVIT                                           Page 2

DESCRIBE THE NATURE OF YOUR COMPLAINT: Please explain your complaint, listing
events in the order in which whey occurred. It is important to verify that dates listed are
accurate. Enclose copies of any documentation you have related to your complaint.

## REQUEST FOR ISSUANCE OF TITLE FOR 2017 PORSCHE MACAN S

On August 10, 2017, my husband and I visited Chariots of Palm Beach and decided to purchase for
myself a 2017 Porsche Macan S. We then traded in our 2015 Porsche Macan S and paid Chariots of Palm
Beach a balance of $15,500 of which $10,000 was paid by check and $5,500 by credit card (see
attachments). We left the dealer that same day with the 2017 Porsche Macan S and we were told we
would receive the title from DMV in Tallahassee. As of October 5, 2017, I have not yet received the title
to the vehicle.

On October 4, after I had heard that Chariots of Palm Beach was no longer in business, I tried to contact
them by phone but there was no answer and no way to leave a message. I then called the sales person,
Thomas Clinton, and left a message for him to call me back. He didn't call back. I then went to the
DMV office on Sheridan Street in Hollywood and was told to contact the DMV in Margate.

On October 5, I contacted the DMV in Margate who directed me to the DMV of West Palm Beach as the
dealer is from West Palm Beach. I was informed that Chariots of Palm Beach had filed under Chapter 7
Bankruptcy and that I must complete a Complaint Affidavit with the Division of Motorist Services. This
will provide the Division of Motorist Services with the necessary information to work on my behalf with
the Trustee for the Bankruptcy to issue the title for the 2017 Porsche Macan S purchased at Chariots of
Palm Beach on August 10, 2017.

SIGNATURE:  _P. Tomasino_                          DATE:  _10/05/2017_




# CHARIOTS
## OF PALM BEACH
2400 N. Florida Mango Road · West Palm Beach, Florida 33409
Office: (561) 640-1090     Fax: (561) 640-1070

## PURCHASE ORDER

| | |
|---|---|
| PURCHASER'S NAME | TOMASINO, MARIE PHILOMENE |
| DATE | 08/10/2017 |
| ADDRESS | ▮▮▮▮ |
| RES# | BUS# | CELL # ▮▮▮ | FAX# |

I (we) hereby order from you, subject to all terms, conditions and agreements contained herein, and the ADDITIONAL CONDITIONS PRINTED ON THE REVERSE SIDE hereof, the following  ☐ NEW  ☐ USED  ☐ DEMO  ☐ CAR  ☐ TRUCK  ☐ USED PREVIOUS AS LEASE OR RENTAL    Buyer's Initials

| YEAR | MAKE | MODEL or SERIES | BODY TYPE | COLOR | TRIM |
|---|---|---|---|---|---|
| 2017 | PORSCHE | MACAN S | UT | SILVER | RED |

| | | | | |
|---|---|---|---|---|
| VIN # | WP1AB2A52HLB12702 | | STOCK # C8806  / 11974 | |
| MILEAGE | 5520 | | | 57688.00 |
| I.S.D. | | | | |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | |
| | | | | 0.00 |

The RETAILER'S FEE includes the retailer's cost for vehicle preparation and costs incurred in locating a specific vehicle as well as a retailer's charge which is a profit item to the retailer   ▶ | $199 | 00

The information you see on the window form for this vehicle is part of this order. Information on the window form overrides any contrary provisions in this order.

| DESCRIPTION OF TRADE-IN | | | | | |
|---|---|---|---|---|---|
| YEAR | MAKE | MODEL | TYPE | COLOR | |
| 2015 | PORSCHE | MACAN | S UT | GREY | |
| VIN # | WP1AB2A58FLB70035 | | | | |
| TITLE # | | LICENSE # | | | |
| MILEAGE | 28378 | | | | |

| | | | | |
|---|---|---|---|---|
| TRADE - 2 | | | | |
| YEAR | MAKE | MODEL | TYPE | COLOR |
| VIN # | | | | |
| TITLE # | | LICENSE # | | |
| MILEAGE | 0 | | | |

| | | |
|---|---|---|
| TOTAL | | 57887.00 |
| TRADE-IN | | 43500.00 |
| CASH DIFFERENCE | | 14387.00 |
| TAX | | 913.00 |
| TAG | | 200.00 |
| BALANCE OWED ON TRADE | | 0.00 |
| TOTAL CASH DUE | | 15500.00 |
| DEPOSIT | 15500.00 | |
| CASH ON DELIVERY | | |
| TOTAL DOWN PAYMENT | | 15500.00 |
| UNPAID BALANCE FINANCED | | 0.00 |

| PAYOFF INFORMATION | | | DRIVER'S LICENSE # | ▮▮▮ |
|---|---|---|---|---|
| BALANCE OWED TO | | | DATE OF BIRTH | ▮▮▮ |
| | | | DRIVER'S LICENSE # | |
| ACCOUNT # | | | DATE OF BIRTH | / / |
| OFFICER | AMOUNT 0.00 | PAYOFF GOOD UNTIL | REPRESENTATIVE | |

Purchaser agrees that this Order includes all of the terms and conditions on both the face and reverse sided hereof and in the previously supplied export policy form, that this Order cancels and supersedes any prior agreement and as of the date hereof comprises the complete and exclusive statement of the terms of the agreement relating to the subject matters covered hereby and that THIS ORDER SHALL NOT BECOME BINDING UNTIL ACCEPTED BY RETAILER OR ITS AUTHORIZED REPRESENTATIVE AND IN THE EVENT OF A TIME SALE RETAILER SHALL NOT BE OBLIGATED TO SELL UNTIL APPROVAL OF THE TERMS HEREOF IS GIVEN BY A BANK OR FINANCE COMPANY WILLING TO PURCHASE A RETAIL INSTALLMENT CONTRACT BETWEEN THE PARTIES HERETO BASED ON SUCH TERMS. ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN RETAILER ARE THEIRS, NOT RETAILER'S AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES, UNLESS RETAILER FURNISHES PURCHASER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY RETAILER ON ITS OWN BEHALF. RETAILER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE (A) ON ALL GOODS AND SERVICES SOLD BY A RETAILER; AND (B) ON ALL USED VEHICLES WHICH ARE HEREBY "SOLD" AS IS NOT EXPRESSLY WARRANTED OR GUARANTEED. Purchaser by his execution of this Order certifies that he is of legal age and if a corporate purchaser has the legal authority to execute binding contracts in this State and acknowledges that he has read its terms and conditions and has received a true copy of this order.

I, TOMASINO, MARIE PHILOMENE state that this above identified trade-in sold to Chariots of Palm Beach has not sustained any frame damage and that the true mileage is as represented on the mileage from accompanying this transaction. Purchaser acknowledges receipt of a true and completely filled in copy of the order at the time of signing.

PURCHASER'S NAME

_P. Tomasino_
PURCHASER'S SIGNATURE

ACCEPTED BY: _____

PURCHASER'S SIGNATURE

RETAILER OR HIS AUTHORIZED REPRESENTATIVE



**AMERICAN EXPRESS**

Menu | Help | Log Out

**Good morning, Marie** | Member Since 2000
Gold Delta SkyMiles® (ending -51003)

Home | Statements & Activity | Payments | Account Services | Benefits | My Accounts (1)

Jul 13, 2017 to Aug 11, 2017 | Search

Spend By: Category | Filtered By: All Categories | Table View | ✕

| Transportation | $5,620.11 |
| Merchandise & Su... | $1,574.85 |
| Other | $371.51 |
| Business Services | $167.00 |

SHOWING YOUR CATEGORIES

Note: Data shown does not include Pending Charges or Payments. These categories are different from the categories that are eligible for bonus rewards. For details about your bonus rewards click here.

TOTAL: | $7,733.47

**Posted Transactions** | Billing Statements & Documents | Trends Summary NEW

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| > AUG 10 | CHARIOTS OF PALM BEACH - WEST PALM BEA, FL | Marie P Tomasino | $5,500.00 |

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 956 |
| **Date Posted** | 08/11/17 |
| **Check Amount** | $10,000.00 |





## *Note

The account number, signature, and endorsement are removed from the image(s) for security reasons.
To obtain a full copy of the image, please call us at 1-800-TO-WELLS (1-800-869-3557), 24 hours, 7 days
a week.

⌂ Equal Housing Lender

# BUYERS GUIDE

**IMPORTANT: Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.**

| PORSCHE | MACAN S | 2017 | WP1AB2A52HLB12702 |
|---|---|---|---|
| **VEHICLE MAKE** | **MODEL** | **YEAR** | **VIN NUMBER** |

C8806

**DEALER STOCK NUMBER (Optional)**

**WARRANTIES FOR THIS VEHICLE:**

☐ **AS IS-NO WARRANTY**

**YOU WILL PAY ALL COSTS FOR ANY REPAIRS.** The dealer assumes no responsibility for any repairs regardless of any oral statements about the vehicle.

☒ **WARRANTY**

☐ FULL ☐ LIMITED WARRANTY. The dealer will pay _____ % of the labor and _____ % of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations. Under state law, "implied warranties" may give you even more rights.

**SYSTEMS COVERED:**

_P. Tomascio_

**DURATION:**

☐ **SERVICE CONTRACT.** A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

**PRE PURCHASE INSPECTION: ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.**

**SEE THE BACK OF THIS FORM** for important additional information, including a list of some major defects that may occur in used motor vehicles.

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| VEHICLE MAKE | MODEL | YEAR | VIN NUMBER |
|---|---|---|---|
| PORSCHE | MACAN S | 2017 | WP1AB2A52HLB12792 |

DEALER STOCK NUMBER (Optional)

C8896

## Below is a list of some major defects that may occur in used motor vehicles.

**Frame & Body**
Frame—cracks, corrective welds, or rusted through
Dog tracks—bent or twisted frame

**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related to camshaft lifters and push rods
Abnormal exhaust discharge

**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged case which is visible
Abnormal noise or vibration caused by faulty transmission or drive shaft
Improper shifting or functioning in any gear
Manual clutch slips or chatters

**Differential**
Improper fluid level or leakage excluding normal seepage
Cracked or damaged housing which is visible
Abnormal noise or vibration caused by faulty differential

**Cooling System**
Leakage including radiator
Improperly functioning water pump

**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter

**Fuel System**
Visible leakage

**Inoperable Accessories**
Gauges or warning devices
Air conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight line (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr. Specs)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged

**Steering System**
Too much free play at steering wheel (DOT specs.)
Free play in linkage more than 1/4 inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper

**Suspension System**
Ball joint seals damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Rubber bushings damaged or missing
Radius rod damaged or missing
Shock absorber leaking or functioning improperly

**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visible damage

**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing

**Exhaust System**
Leakage

**DEALER**

**ADDRESS**

**SEE FOR COMPLAINTS**

I hereby acknowledge receipt of the Buyers Guide at the closing of this sale.

**BUYER'S SIGNATURE**

**IMPORTANT:** The information on this form is part of any contract to buy this vehicle. Removal of this label before consumer purchase (except for purpose of test-driving) is a violation of federal law (16 C.F.R. 455).