# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 17-19455 | | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | | | Date Filed (f) or Converted (c): | 09/19/2017 (c) |
| For the Period Ending: | 03/31/2022 | | | §341(a) Meeting Date: | 10/16/2017 |
| | | | | Claims Bar Date: | 01/16/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1822 Upland Road, West Palm Beach, FL | $1,338,957.00 | $0.00 | OA | $0.00 | FA |
| 2 | Flagler Bank Checking 0397 | $4,305.97 | $0.00 | | $0.00 | FA |
| 3 | TD Bank Checking 5696 | $0.00 | $11,270.95 | | $11,270.95 | FA |
| 4 | Accounts receivable face amount 162,481.76 doubtful or uncollectible accounts 162,481.76 | $0.00 | $1,054.94 | | $1,054.94 | FA |
| 5 | Accounts receivable face amount 101,500.00 doubtful or uncollectible accounts 0.00 | $101,500.00 | $231.60 | | $231.60 | FA |
| 6 | Inventory | $7,723,900.00 | $32,544.00 | | $32,544.00 | FA |
| 7 | License Certificate For A Dealer in Franchised Motor Vehicles Expires 12/31/2017 Issued by: State of Florida Department of Highway Safety and Motor Vehicles Division of Motorist Services $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Resident Insurance License Issued by: Florida Department of Financial Services | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Liability insurance for various scheduled vehicles Policy held with: Empire Fire and Marine Insurance Co. Policy number ending in L33H | Unknown | $0.00 | | $0.00 | FA |
| 10 | Flood Insurance Policy held with: Florida Family Insurance Mark S. Horne Agency, Inc. 4010 S. 57th Street Suite 104A Lake Worth, FL 33463 Policy number ending in 4792 | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Garage Liability Insurance Policy held with: Universal Underwriters Insurance Company 7045 College Boulevard Overland Park, KS 66211-1523 Certificate number ending in: 9213 | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Workers Compensation Refund (u) | $0.00 | $9,595.44 | | $9,595.44 | FA |
| 13 | Union Bank DIP Acct 2529 (u) | $0.00 | $1,215,206.00 | | $1,215,206.00 | FA |
| 14 | Tax Refund (u) | $0.00 | $8,962.78 | | $8,962.78 | FA |
| 14 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | VOID - DUPLICATE ASSET NUMBER - ENTERED NUMBER 63 | | | | | |
| 15 | Unpaid check to Pedro Umanzor (Funds remaing in Union Bank) (u) | $0.00 | $52.27 | | $52.27 | FA |

| Case No.: | 17-19455 | | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | | | Date Filed (f) or Converted (c): | 09/19/2017 (c) |
| For the Period Ending: | 03/31/2022 | | | §341(a) Meeting Date: | 10/16/2017 |
| | | | | Claims Bar Date: | 01/16/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Asset Notes:** (Funds turned over form Michael Phelan as the check was stale.)

| | | | | | |
|---|---|---|---|---|---|
| 16  Cash in drawer at N. Florida Mango Rd (u) | $0.00 | $34.00 | | $34.00 | FA |
| 17  IRA Account (u) | $0.00 | $106.56 | | $106.56 | FA |
| 18  Union Bank Account (DIP) H&S 1825 (u) | $0.00 | $0.00 | | $0.00 | FA |
| 19  Preference Zurich American Insurance Company (u) | $0.00 | $3,500.00 | | $3,500.00 | FA |
| 20  Preference Jennings, II (u) | $0.00 | $143,900.00 | | $5,000.00 | FA |
| 21  Preference Two Wheels World LLC (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |
| 22  Preference Alabas Corp. /Tropical Auto Sales (u) | $0.00 | $4,000.00 | | $4,000.00 | FA |
| 23  Preference / Gary Parker (u) | $0.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** Dismissed

| | | | | | |
|---|---|---|---|---|---|
| 24  Preference / Transamerica Life Insurance Co (u) | $0.00 | $13,500.00 | | $13,500.00 | FA |
| 25  Preference / Florida European, Inc. (u) | $0.00 | $264,230.00 | | $3,000.00 | FA |
| 26  Preference / TQI Exchange, LLC (u) | $0.00 | $3,000.00 | | $3,000.00 | FA |
| 27  Preference / Experience Leasing, LLC (u) | $0.00 | $8,750.00 | | $8,750.00 | FA |
| 28  Preference / Suntrust Bank (u) | $0.00 | $50,000.00 | | $50,000.00 | FA |
| 29  Preference / Ellen Cunningham (u) | $0.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** Dismissed

| | | | | | |
|---|---|---|---|---|---|
| 30  Preference / Scott Courtney (u) | $0.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** Dismissed

| | | | | | |
|---|---|---|---|---|---|
| 31  Preference / Elizabeth Shiverick (u) | $0.00 | $2,000.00 | | $2,000.00 | FA |
| 32  Preference / Regional Acceptance Corporation (u) | $0.00 | $79,216.32 | | $0.00 | FA |
| 33  Preference / Lauderhill Auto Investors I, LLC d/b/a Phil Smith (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| 34  Preference / Morse Operations, Inc. d/b/a Ed Morse Honda (u) | $0.00 | $0.00 | | $27,500.00 | FA |
| 35  Preference / Chase Auto Finance Corp. (u) | $0.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** Dismissed

| | | | | | |
|---|---|---|---|---|---|
| 36  Preference / Car Coach Auto Transport, Inc. (u) | $0.00 | $139,799.05 | | $3,500.00 | FA |
| 37  Preference / Mint Motorcars LLC et al (u) | $0.00 | $4,500.00 | | $4,500.00 | FA |
| 38  Preference / Capital One Bank (USA), N.A. et al (u) | $0.00 | $61,344.54 | | $61,344.54 | FA |
| 39  Preference / Mercedes-Benz Financial Services USA LLC (u) | $0.00 | $9,999.00 | | $9,999.00 | FA |
| 40  Preference / Mackail & Sterling, P.A. (u) | $0.00 | $15,424.30 | | $404,847.90 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3

| Case No.: | 17-19455 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
| --- | --- | --- | --- |
| Case Name: | CHARIOTS OF PALM BEACH, INC. | Date Filed (f) or Converted (c): | 09/19/2017 (c) |
| For the Period Ending: | 03/31/2022 | §341(a) Meeting Date: | 10/16/2017 |
| | | Claims Bar Date: | 01/16/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 41 | Preference / C&K Auto Imports South, Inc. a/k/a C&K Auto Import (u) | $0.00 | $18,000.00 | | $18,000.00 | FA |
| 42 | Preference / LQD Business Finance LLC (u) | $0.00 | $252,043.10 | | $0.00 | $252,043.10 |
| 43 | Preference / Legacy Bank of Florida (u) | $0.00 | $160,000.00 | | $160,000.00 | FA |
| 44 | Preference / Palm Beach Imports, Inc. d/b/a Braman Motorcars et (u) | $0.00 | $2,500.00 | | $2,500.00 | FA |
| 45 | Preference / JPMorgan Chase Bank, N.A. et al (u) | $0.00 | $110,000.00 | | $110,000.00 | FA |
| 46 | Preference / Branch Banking and Trust Company d/b/a BB&T Loan (u) | $0.00 | $111,374.65 | | $29,000.00 | FA |
| 47 | Preference / . Bankcard USA Merchant Services, Inc. (u) | $0.00 | $66,766.58 | | $0.00 | FA |
| 48 | Preference / Bank of America, N.A. (u) | $0.00 | $65,000.00 | | $65,000.00 | FA |
| 49 | Preference / James Ellis (u) | $0.00 | $6,500.00 | | $6,500.00 | FA |
| 50 | Preference / Autosport USA, Inc. (u) | $0.00 | $8,241,400.00 | | $0.00 | FA |
| 51 | Preference / Jack Scalo (u) | $0.00 | $271,000.00 | | $0.00 | FA |
| 52 | Preference / Auto Krafters LLC (u) | $0.00 | $13,957.14 | | $2,000.00 | FA |
| 53 | Preference / Anchor Bank f/k/a Anchor Commercial Bank (u) | $0.00 | $4,774,643.12 | | $50,000.00 | FA |
| 54 | Preference / American Express Company et al (u) | $0.00 | $1,123,495.68 | | $185,000.00 | FA |
| 55 | Preference / IBM Southeast Employees Credit Union (u) | $0.00 | $9,500.00 | | $9,500.00 | FA |
| 56 | Preference / Ally Financial, Inc. (u) | $0.00 | $3,000.00 | | $3,000.00 | FA |
| 57 | Preference / Hugh Bate (u) | $0.00 | $553,484.00 | | $0.00 | FA |
| 58 | Preference / Alexander P. Aranyos (u) | $0.00 | $90,000.00 | | $90,000.00 | FA |
| 59 | Class Action Settlement City Select v. BMW (u) | $0.00 | $145.00 | | $145.00 | FA |
| 60 | Preference / TD Auto (u) | $0.00 | $57,500.00 | | $57,500.00 | FA |
| 61 | Preference / Gilison (u) | $0.00 | $90,000.00 | | $90,000.00 | FA |
| 62 | Preference / Flagler Bank Adv. 19-01278 | $0.00 | Unknown | | $0.00 | Unknown |
| 63 | Anchor Bank Account 2400 (u) | $0.00 | $3,987.63 | | $3,987.65 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-19455 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | Date Filed (f) or Converted (c): | 09/19/2017 (c) |
| For the Period Ending: | 03/31/2022 | §341(a) Meeting Date: | 10/16/2017 |
| | | Claims Bar Date: | 01/16/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset** |
| | $9,168,662.97 | $18,121,518.65 | | $2,780,632.63 | $252,043.10 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/18/2022 | One adversary proceeding, which is adverse to Flagler Bank; Adv. Proc. No. 19-1278 (the "Flagler Adversary") remains pending. A settlement of the Flagler Adversary is being pursued and the claims administration process is underway.<br>Claims review complete; objections filed.<br>Extensions filed for tax returns. |
| 03/01/2021 | The primary administration of the case is completed and the Trustee's focus is now pursuit of avoidance cases. To date, we have settled or otherwise resolved all but one adversary proceeding, which is adverse to Flagler Bank; Adv. Proc. No. 19-1278 (the "Flagler Adversary"). The Flagler Adversary is scheduled for a Judicial Settlement conference on April 21, 2021. The Trustee expects the conclusion of the case as a whole before the end of 2021, regardless of whether the Flagler Adversary settles at the Judicial Settlement Conference. |
| 03/31/2020 | The primary administration of the case is completed and the Trustee's focus is now pursuit of avoidance cases. To date, court approval has been obtained for eighteen (18) adversary proceedings (yielding over $500,000 for the estate). An additional nine (9) adversary proceedings have been settled in principal, subject to documentation (with expected further recoveries of approximately $100,000). Sixteen (16) adversary proceedings are being actively prosecuted, which the Trustee expects will be resolved by the first quarter of 2021. |
| 09/04/2018 | Adversary case 18-01360. Complaint filed against Anchor Commercial Bank, Flagler Bank, Nextgear Capital, Inc., LQD Business Finance LLC, |
| 03/10/2018 | The Trustee has worked with vehicle owners to resolve title and other related ownership issues.<br><br>The Trustee has separately initiated discovery in support of potential avoidance claims directed to (a) persons familiar with the Debtors' pre-petition and pre-conversion business dealings (H. Bate, S. Bate, Phelan, Sharoubim, and Newburgh); and (b) various secured creditors and/or preference targets.<br><br>The Trustee has investigated the entitlement to the Debtors' cash collateral, pending in the 15th Judicial Circuit for Palm Beach County. |
| 01/02/2017 | Trustee initially focused on securing the building, and its contents, including high end luxury vehicles. Significant time was spent handling complex and time-consuming title issues caused by the Debtor pre-filing. This involved communicating with numerous purchasers, the State of Florida and the floor plan financiers regarding titles which had never been issued. Titles have been sent out to (or issued) to nearly all bona fide purchasers.<br><br>Trustee has returned nearly all of the vehicles to NextGear or consignors and is working with a financial advisor as to the analysis of the data in order to identify litigation claims, which would belong to the estate.<br><br>Trustee is communicating with all secured creditors in working to turn over the buildings, their contents, the remaining 2 vehicles, and cash in the Chariots estate account in the amount of $1,274,023.81 and the H&S estate account of $5,289.31 to the proper parties (there are numerous competing interests claimed).<br><br>Finally, the remaining focus of the case is the litigation portion regarding preferences and various transfers. Rule 2004 examinations will be set for Mr. Phelan, Steve Newburgh, Charles Sharoubim (the former president of the Debtor) and potentially others that worked at the Debtor. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** 17-19455 | | | **Trustee Name:** | Nicole Testa Mehdipour, Trustee |
| **Case Name:** CHARIOTS OF PALM BEACH, INC. | | | **Date Filed (f) or Converted (c):** | 09/19/2017 (c) |
| **For the Period Ending:** 03/31/2022 | | | **§341(a) Meeting Date:** | 10/16/2017 |
| | | | **Claims Bar Date:** | 01/16/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   12/31/2019   **Current Projected Date Of Final Report (TFR):**   12/31/2022

/s/ NICOLE TESTA MEHDIPOUR, TRUSTEE
NICOLE TESTA MEHDIPOUR, TRUSTEE

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 17-19455 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2021 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/25/2017 | (13) | ESTATE OF CHARIOTS OF PALM BEACH, INC, DEBTOR | Turnover of funds from M. Phelan (DIP account) | 1229-000 | $1,215,206.00 | | $1,215,206.00 |
| 09/26/2017 | (2) | ESTATE OF H & S INC, DEBTOR | Turnover of funds received from M. Phelan's office from H&S DIP account; Funds wired into wrong account. Motion to disburse funds filed. Per Court Order funds dated 10/17/17; ECF #359 funds turned over to H&S , Inc. 17-19458 | 1280-002 | $4,300.92 | | $1,219,506.92 |
| 09/28/2017 | (18) | ESTATE OF H & S INC, DEBTOR | Turnover of funds received from M. Phelan's office from H&S DIP account; Funds wired into wrong account. Motion to disburse funds filed. Per Court Order funds dated 10/17/17; ECF #359 funds are to be turned over to H&S , Inc. 17-19458 | 1280-002 | $1,003.00 | | $1,220,509.92 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $444.62 | $1,220,065.30 |
| 10/27/2017 | | H & S, Inc. | Per Court Order dated 10/17/17; ECF #359 | * | ($5,303.92) | | $1,214,761.38 |
| | {2} | | Per Court Order dated 10/17/17; ECF #359   ($4,300.92) | 1280-002 | | | $1,214,761.38 |
| | {18} | | Per Court Order dated 10/17/17; ECF #359   ($1,003.00) | 1280-002 | | | $1,214,761.38 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1,905.30 | $1,212,856.08 |
| 11/03/2017 | (14) | United States Treasury | Turnover of tax refund | 1224-000 | $8,962.78 | | $1,221,818.86 |
| 11/09/2017 | (6) | Space Coast Credit Union | Balance for 2014 Porche | 1129-000 | $32,544.00 | | $1,254,362.86 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1,945.19 | $1,252,417.67 |
| 12/15/2017 | (3) | TD Bank | Turnover of Funds in Bank Account | 1129-000 | $11,270.95 | | $1,263,688.62 |
| 12/29/2017 | (63) | Anchor Commerical Bank | Turnover and closeout of bank account 2400 | 1229-000 | $3,987.65 | | $1,267,676.27 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2,030.99 | $1,265,645.28 |
| 01/11/2018 | (12) | United Healthcare Svs Inc. | Turnover of refund to Worker's Compensation | 1229-000 | $8,378.53 | | $1,274,023.81 |
| 01/16/2018 | 3002 | FPL | Per Court Order dated 01/16/18; ECF #410. Payment for past due invoices and a deposit of $326.00. | 2990-000 | | $773.60 | $1,273,250.21 |
| | | | **SUBTOTALS** | | **$1,280,349.91** | **$7,099.70** | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 17-19455 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2021 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/16/2018 | 3003 | FPL | Per Court Order dated 01/16/18; ECF #410. Payment for past due invoices and a deposit of $59.00 | 2990-000 | | $151.40 | $1,273,098.81 |
| 01/16/2018 | 3004 | FPL | Per Court Order dated 01/16/18; ECF #410. Payment for past due invoices and a deposit of $566.00. | 2990-000 | | $945.87 | $1,272,152.94 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $2,049.54 | $1,270,103.40 |
| 02/05/2018 | (15) | Michael Phelan, Trustee | Turnover of Funds from M. Phelan for outstanding check (stale check) | 1229-000 | $52.27 | | $1,270,155.67 |
| 02/09/2018 | 3005 | FPL | Per Court Order dated 01/16/18; ECF #410 Account #14680-64355 | 2990-000 | | $125.17 | $1,270,030.50 |
| 02/09/2018 | 3006 | FPL | Per Court Order dated 01/16/18; ECF #410 Account #45525-02041 | 2990-000 | | $35.75 | $1,269,994.75 |
| 02/09/2018 | 3007 | FPL | Per Court Order dated 01/16/18; ECF #410 Account #06635-87129 | 2990-000 | | $117.51 | $1,269,877.24 |
| 02/14/2018 | (16) | Cash | $34.00 (in quarters retrieved from premises) | 1229-000 | $34.00 | | $1,269,911.24 |
| 02/21/2018 | (12) | United Healthcare Svs Inc. | Turnover of refund to Worker's Compensation | 1229-000 | $1,216.91 | | $1,271,128.15 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1,851.57 | $1,269,276.58 |
| 03/13/2018 | | FPL | Turnover of Dep refund #4593812 (Balance after months charges) | 2990-000 | | ($160.47) | $1,269,437.05 |
| 03/13/2018 | | FPL | Turnover of Dep refund #5775991 (Balance after months charges) | 2990-000 | | ($28.25) | $1,269,465.30 |
| 03/13/2018 | | FPL | Turnover of Dep refund #5775991 (Balance after months charges) | 2990-000 | | ($359.86) | $1,269,825.16 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $2,114.82 | $1,267,710.34 |
| 04/04/2018 | (17) | Wells Fargo Cashiers Check | Turnover of IRA Premature Distribution | 1229-000 | $106.56 | | $1,267,816.90 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1,913.86 | $1,265,903.04 |
| 05/23/2018 | | Green Bank | Reverse all bank fees due to court order dated 5/22/2018 | 2600-000 | | ($14,255.89) | $1,280,158.93 |
| | | | **SUBTOTALS** | | $1,409.74 | ($5,498.98) | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 17-19455 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2021 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/26/2018 | 3008 | David L, Gay, Esquire | Per the Court Order Granting Nextgear Capital Inc.'s Motion to Require Trustee To Deposit Cash Collateral Held By Trustee Into Trust Account dated May 21, 2018; ECF #504. | 4110-000 | | $1,280,158.93 | $0.00 |
| 07/24/2018 | (5) | Devel Automotive, Inc. | Turnover of Accounts Receivable | 1121-000 | $231.60 | | $231.60 |
| 09/10/2018 | 3009 | David L. Gay, Esquire | Per the Court Order Granting Nextgear Capital Inc.'s Motion to Require Trustee To Deposit Cash Collateral Held By Trustee Into Trust Account dated May 21, 2018; ECF #504. | 4110-000 | | $231.60 | $0.00 |
| 01/15/2019 | (4) | Matthew A. Brown or Thomas W. Brown | Turnove of Receivable | 1121-000 | $1,054.94 | | $1,054.94 |
| 01/28/2019 | 3010 | David L. Gay | Per the Court Order Granting Nextgear Capital Inc.'s Motion to Require Trustee To Deposit Cash Collateral Held By Trustee Into Trust Account dated May 21, 2018; ECF #504. | 4110-000 | | $1,054.94 | $0.00 |
| 12/26/2019 | (34) | Morse Operations, Inc. d/b/a Ed Morse Honda | Per order Approving Settlement dated 02/24/20; ECF #648 | 1241-000 | $27,500.00 | | $27,500.00 |
| 01/13/2020 | (39) | Mercedes Benz Financial Services | Per order Approving Settlement dated 02/24/20; ECF #648 | 1241-000 | $9,999.00 | | $37,499.00 |
| 01/18/2020 | (28) | SunTrust Bank Inc. | Per order Approving Settlement dated 02/24/20; ECF #648 | 1241-000 | $50,000.00 | | $87,499.00 |
| 02/02/2020 | (24) | Transamerica Primier Life Insurance Company | Per Settlement Agreement (Order Pending) | 1241-000 | $13,500.00 | | $100,999.00 |
| 02/11/2020 | (38) | Capital One Services, LLC | Per order Approving Settlement dated 02/24/20; ECF #648 | 1241-000 | $61,344.54 | | $162,343.54 |
| 02/26/2020 | (58) | ALEXANDER P. ARANYOS | Per order Approving Settlement dated 02/24/20; ECF #648 | 1241-000 | $90,000.00 | | $252,343.54 |
| 02/26/2020 | 3011 | Nicole Testa Mehdipour, Trustee | Per Order Granting Motion to Authorize Payment to DMS dated 03/08/19; ECF #541 | 2410-000 | | $5,076.00 | $247,267.54 |
| 02/26/2020 | 3012 | Nicole Testa Mehdipour | Per Order Granting Motion to Reimburse Administrative Expense dated 02/26/20; ECF #656 | 2990-000 | | $2,101.82 | $245,165.72 |
| 03/03/2020 | (56) | Ally | Per order Approving Settlement dated 02/24/20; ECF #648 | 1241-000 | $3,000.00 | | $248,165.72 |
| | | | SUBTOTALS | | $256,630.08 | $1,288,623.29 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 17-19455 | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/03/2020 | (59) | DIME | Turnover of funds from a Class Action Settlement Citi Select v BMW | 1249-000 | $145.00 | | $248,310.72 |
| 03/04/2020 | (33) | PHIL SMITH MANAGEMENT INC DBA | Per order Approving Settlement dated 02/24/20; ECF #648 | 1241-000 | $10,000.00 | | $258,310.72 |
| 03/10/2020 | (60) | TD Auto Finance | Per order Approving Settlement dated 02/24/20; ECF #648 | 1241-000 | $57,500.00 | | $315,810.72 |
| 03/16/2020 | (43) | RICE PUGATCH ROBINSON STORFER & COHEN PLLC | Per order Approving Settlement dated 02/24/20; ECF #648 | 1241-000 | $160,000.00 | | $475,810.72 |
| 03/23/2020 | (19) | Zurich American insurance Company | Per order Approving Settlement dated 02/24/20; ECF #648 | 1241-000 | $3,500.00 | | $479,310.72 |
| 03/23/2020 | (55) | Shutts | Per order Approving Settlement dated 02/24/20; ECF #648 | 1241-000 | $9,500.00 | | $488,810.72 |
| 03/27/2020 | (21) | Two Wheels World LLC | Per order Approving Settlement dated 02/24/20; ECF #648 | 1241-000 | $2,500.00 | | $491,310.72 |
| 03/30/2020 | (27) | EXPERIENCE LEASING LLC | Per order Approving Settlement dated 02/24/20; ECF #648 | 1241-000 | $8,750.00 | | $500,060.72 |
| 04/01/2020 | (26) | Toyota Motor Credit Corporation | Per order Approving Settlement dated 02/24/20; ECF #648 | 1241-000 | $3,000.00 | | $503,060.72 |
| 04/17/2020 | (61) | PHILLIPS CANTOR AND SHALEK PA | Settlement payment for GILISON pursuant to Order dated 3/31/2020, ECF 696 | 1141-000 | $90,000.00 | | $593,060.72 |
| 05/20/2020 | 3013 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632. Invoices: 1802 March, 1812 April and 1822 May, 2020. | 2410-000 | | $555.00 | $592,505.72 |
| 05/21/2020 | (21) | Two Wheels World LLC | Per order Approving Settlement dated 02/24/20; ECF #648 | 1241-000 | $2,500.00 | | $595,005.72 |
| 06/08/2020 | (48) | Bank of America | Per Order Granting Second Omnibus to Approve Compromise and Settlement dated 06/30/20; ECF #776 | 1241-000 | $65,000.00 | | $660,005.72 |
| 06/16/2020 | (45) | JP Morgan Chase & Co. | Per Order Granting Second Omnibus to Approve Compromise and Settlement dated 06/30/20; ECF #776 | 1241-000 | $110,000.00 | | $770,005.72 |
| 06/26/2020 | 3014 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632. June Invoice 1828 | 2410-000 | | $185.00 | $769,820.72 |
| | | | **SUBTOTALS** | | **$522,395.00** | **$740.00** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 17-19455 | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2021 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/07/2020 | (37) | Mint Motorcars, inc. | Per Order Granting Motion for Compromise dated 0701/20; ECF #776 | 1241-000 | $4,500.00 | | $774,320.72 |
| 07/15/2020 | (41) | C&K Auto Imports Inc. | Per COurt Order Granting Second Compromise and Settlement; ECF #776 | 1241-000 | $18,000.00 | | $792,320.72 |
| 07/16/2020 | (20) | WILLIAM H JENNINGS II | Per Order Granting Second Omnibus Compromise and Settlement dated 07/01/20; ECF #776 | 1241-000 | $5,000.00 | | $797,320.72 |
| 07/22/2020 | (22) | Tropical Auto Sales | Per Court Order Granting Second Compromise and Settlement; ECF #776 | 1241-000 | $4,000.00 | | $801,320.72 |
| 08/08/2020 | (25) | Florida European | Per Court Order Granting Second Compromise and Settlement; ECF #776 | 1241-000 | $3,000.00 | | $804,320.72 |
| 08/08/2020 | (44) | Braman | Per Court Order Granting Second Compromise and Settlement; ECF #776 | 1241-000 | $2,500.00 | | $806,820.72 |
| 08/08/2020 | (46) | BBT Official Check | Per Motion filed (Order Pending) | 1241-000 | $29,000.00 | | $835,820.72 |
| 09/04/2020 | 3015 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632. July Invoice #2025 and August Invoice #2509 | 2410-000 | | $370.00 | $835,450.72 |
| 09/04/2020 | 3016 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632. September Invoice #2524 | 2410-000 | | $185.00 | $835,265.72 |
| 09/11/2020 | (31) | SHUTTS AND BOWEN LLP | Per Court Order Granting Second Compromise and Settlement; ECF #776 | 1241-000 | $2,000.00 | | $837,265.72 |
| 10/21/2020 | 3017 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632. October Invoice #2538 | 2410-000 | | $185.00 | $837,080.72 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,394.67 | $835,686.05 |
| 11/06/2020 | (49) | James F. Ellis | Per Order Granting Second Omnibus Compromise and Settlement dated 07/01/20; ECF #776 | 1241-000 | $6,500.00 | | $842,186.05 |
| 11/10/2020 | (36) | Car Coach Auto Transport Inc | Per Order Granting Third Omnibus Cormpromise and Settlement dated 10/28/20; ECF #872 | 1241-000 | $1,500.00 | | $843,686.05 |
| 11/10/2020 | (52) | Auto Krafters | Per Order Granting Third Omnibus Cormpromise and Settlement dated 10/28/20; ECF #872 | 1241-000 | $2,000.00 | | $845,686.05 |
| | | | **SUBTOTALS** | | $78,000.00 | $2,134.67 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6

| Case No. | 17-19455 | | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | | | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 04/01/2021 | | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,273.05 | $844,413.00 |
| 11/30/2020 | 3018 | Wargo & French LLP | Attorney for Trustee Fees per Court Order dated November 25, 2020; ECF #910 | 3210-000 | | $167,000.00 | $677,413.00 |
| 11/30/2020 | 3019 | Wargo & French LLP | Attorney for Trustee Expenses per Court Order dated 11/25/20; ECF #910 | 3220-000 | | $30,584.06 | $646,828.94 |
| 12/04/2020 | 3020 | Roy S. Kobert, Esquire | Mediator for Trustee Fees per Court Order dated 11/17/20; ECF #895 | 3721-000 | | $48,161.96 | $598,666.98 |
| 12/09/2020 | (54) | AMEX | Per Order Granting Motion to Approve Compromise; ECF #912 | 1241-000 | $185,000.00 | | $783,666.98 |
| 12/31/2020 | (36) | Car Coach Auto Transport | Per Order Granting Third Omnibus Cormpromise and Settlement dated 10/28/20; ECF #872 | 1241-000 | $2,000.00 | | $785,666.98 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,492.54 | $784,174.44 |
| 01/14/2021 | (53) | Anchor Bank | Per order Approving Compromise and Settlement dated 01/04/21; ECF #937 | 1241-000 | $50,000.00 | | $834,174.44 |
| 01/21/2021 | 3021 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632. November Invoice 2548, December Invoice 2564 and January Invoice 2573 | 2410-000 | | $555.00 | $833,619.44 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,312.27 | $832,307.17 |
| 02/16/2021 | 3022 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632 February Invoice #2593 | 2410-000 | | $185.00 | $832,122.17 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,213.14 | $830,909.03 |
| 03/25/2021 | 3023 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632 March Invoice #2602 | 2410-000 | | $185.00 | $830,724.03 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,340.84 | $829,383.19 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,381.72 | $828,001.47 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,249.94 | $826,751.53 |

| | | | | SUBTOTALS | $237,000.00 | $255,934.52 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 7

| Case No. | 17-19455 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2021 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/08/2021 | 3024 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632.  April Invoice #2611, May Invoice#2620 and June Invoice #2635 | 2410-000 | | $555.00 | $826,196.53 |
| 06/23/2021 | 3025 | Ouellette & Mauldin Court Reporters, Inc. | Per Order Granting Motion for Payment to Court Reporter; ECF #982.  Invoice #970203 | 2990-000 | | $2,040.00 | $824,156.53 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,290.61 | $822,865.92 |
| 07/14/2021 | 3026 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632.  July Invoice #2641 | 2410-000 | | $185.00 | $822,680.92 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,370.63 | $821,310.29 |
| 08/03/2021 | 3027 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632 August Invoice #2647 | 2410-000 | | $185.00 | $821,125.29 |
| 08/19/2021 | (40) | Hanover Insurance Company | Per Order Approving Settlement dated 7/14/2021 at ECF 988. | 1241-000 | $350,000.00 | | $1,171,125.29 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,519.28 | $1,169,606.01 |
| 09/16/2021 | 3028 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632 September Invoice #2651 | 2410-000 | | $185.00 | $1,169,421.01 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,826.50 | $1,167,594.51 |
| 10/19/2021 | 3029 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632 October Invoice #2663 | 2410-000 | | $185.00 | $1,167,409.51 |
| 10/19/2021 | 3030 | Joseph Luzinski | Per Order Granting First Interim Application Financial Advisor; ECF #981 | 3731-420 | | $15,000.00 | $1,152,409.51 |
| 10/19/2021 | 3031 | Joseph Luzinski | Per Order Granting First Interim Application Financial Advisor Expenses; ECF #981 | 3732-430 | | $290.53 | $1,152,118.98 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,884.37 | $1,150,234.61 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,797.07 | $1,148,437.54 |
| 12/07/2021 | 3032 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632 November Invoice #2664 | 2410-000 | | $185.00 | $1,148,252.54 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,853.13 | $1,146,399.41 |
| | | | **SUBTOTALS** | | $350,000.00 | $30,352.12 | |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 8

| Case No. | 17-19455 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2021 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/11/2022 | 3033 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632 December Invoice #2670 | 2410-000 | | $185.00 | $1,146,214.41 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,849.86 | $1,144,364.55 |
| 02/18/2022 | (40) | Hanover Insurance Company | Per Order Approving Settlement dated 7/14/2021 at ECF 988. | 1241-000 | $54,847.90 | | $1,199,212.45 |
| 02/23/2022 | 3034 | Document Management Systems DMS | Per Order Authorizing Payment for Monthly Storage Fees dated 09/25/19; ECF #632 January Invoice #2679 | 2410-000 | | $185.00 | $1,199,027.45 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,699.35 | $1,197,328.10 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1,932.12 | $1,195,395.98 |
| | | | TOTALS: | | $2,780,632.63 | $1,585,236.65 | $1,195,395.98 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $2,780,632.63 | $1,585,236.65 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,780,632.63 | $1,585,236.65 | |

| For the period of 04/01/2021 to 03/31/2022 | | For the entire history of the account between 09/20/2017 to 3/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $404,847.90 | Total Compensable Receipts: | $2,780,632.63 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $404,847.90 | Total Comp/Non Comp Receipts: | $2,780,632.63 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $38,835.11 | Total Compensable Disbursements: | $1,585,236.65 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $38,835.11 | Total Comp/Non Comp Disbursements: | $1,585,236.65 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9

| Case No. | 17-19455 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | CHARIOTS OF PALM BEACH, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2021 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,780,632.63 | $1,585,236.65 | $1,195,395.98 |

For the period of 04/01/2021 to 03/31/2022

| | |
|---|---|
| Total Compensable Receipts: | $404,847.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $404,847.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $38,835.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $38,835.11 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 09/20/2017 to 3/31/2022

| | |
|---|---|
| Total Compensable Receipts: | $2,780,632.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,780,632.63 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,585,236.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,585,236.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ NICOLE TESTA MEHDIPOUR, TRUST

NICOLE TESTA MEHDIPOUR, TRUSTEE